IN THE CIRCUIT COURT FOR FREDERICK COUNTY, MARYLAND

BONNIE POTTER

    Plaintiff

vs.      Case No. C-10-CV-23-000042

WILLIAM M. CASTLE

    Defendant

## ORDER

This matter having come before the Court (the Honorable Teresa Adams, Judge, presiding) for hearing on November 22, 2023 regarding Defendant's Motion to Stay and relief requested therein, it is, this  28th of November, 2023 by the Circuit Court for Frederick County, Maryland,

ORDERED, that by consent of the parties, the Defendant be, and he is determined to be under disability as contemplated by Maryland Rule 2-202(d); and it is further

ORDERED, that pursuant to Maryland Rule 2-202(d), the Court shall appoint an attorney to act in a *de facto* capacity on Defendant's behalf throughout the duration of this litigation; and it is further

ORDERED, that this matter be, and it is hereby STAYED until the entry of an attorney to represent the interests of the Defendant in this matter as stated herein.

/s/ Teresa M. Adams
JUDGE

11/28/2023 10:29:43 AM

Entered: Clerk, Circuit Court for
Frederick County, MD
November 28, 2023

CONSENTED AS TO FORM AND CONTENT:

*Elizabeth L. Morris*

Elizabeth Morris, Attorney for Plaintiff

*[signature]*

Richard M. Winters, Attorney for Defendant