E-FILED; Frederick Circuit Court
Docket: 9/24/2024 12:06 PM; Submission: 9/24/2024 12:06 PM
E-FILED; Frederick Circuit Court
Docket: 1/24/2024 12:43 PM; Submission: 1/24/2024 12:43 PM
Envelope: 15185292
Envelope: 18134581

IN THE CIRCUIT COURT FOR FREDERICK COUNTY, MARYLAND

BRENNAN FERGUSON, et al.,
Substitute Trustees

  Plaintiffs

vs         Case Nos. C-10-CV-23-000690

WILLIAM M. CASTLE,

  Defendant

\* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT ORDER

  This Honorable Court (Adams, J.) having an entered an Order in Case No. C-10-CV-23-00042 in the Honorable Court, dated November 21, 2023, which found that the Defendant, William M. Castle, is under disability as contemplated by Maryland Rule 2-202(d), and requires an attorney to act in a *de facto* capacity on his behalf throughout the duration of this case, and Roger Schlossberg, Esquire, having been retained and agreed by the Defendant to act as his Guardian *ad Litem*, it is, this

  **24th of January, 2024**

by the Circuit Court for Frederick County, Maryland,

  ORDERED, that by consent of the parties, Roger Schlossberg, Esquire, be, and he is hereby appointed as the *Guardian ad Litem* of the Defendant, William Castle and shall be permitted to participate in that capacity during the pendency of these proceedings; and it is further

  ORDERED, that the said Roger Schlossberg, Esquire shall be vested with qualified immunity while acting in this capacity, and shall have no civil liability for any discretionary acts performed in which his conduct is not malicious, grossly negligent or otherwise violative of any established or constitutional rights of which acting as a Guardian in this capacity, he would be presumed to have knowledge; and it is further

Page 1 of 2

Exhibit 2

ORDERED, that the expenses incurred by the Guardian *ad litem* shall be the sole responsibility of the Defendant; and it is further

IT IS SO ORDERED.

01/24/2024 11:46:00 PM

Entered: Clerk, Circuit Court for
Frederick County, MD
January 25, 2024

_____
JUDGE    Julia A. Martz-Fisher, Judge

CONSENTED AS TO FORM AND CONTENT:

_____ /s/ w/permission
John Hanrahan, Attorney for Plaintiff

_____
Richard M. Winters, Attorney for Defendant