**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

In re                                                                Case No. 26-11062

William Castle                                                Chapter 11

      Debtor.

_____/

**ORDER GRANTING MOTION TO UTILIZE
FDIC-INSURED AND NCUA-INSURED DEPOSITORY ACCOUNTS**

Upon consideration of the Motion to Utilize FDIC-Insured and NCUA-Insured Depository Accounts (the "Motion," with the debtor being known as "Mr. Castle" or the "Debtor" and the proposed guardian *ad litem* being known as "Mr. Schlossberg"), any objections thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED.

Copies:
All Counsel of Record

1