IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re                                                                 Case No. 26-11062

William Castle                                                  Chapter 11

      Debtor.
_____/

**ORDER GRANTING MOTION TO SHORTEN TIME**

      Upon consideration of the Motion to Shorten Time (the "Motion") filed by William Castle (the "Debtor") through his state court-appointed guardian *ad litem* Roger Schlossberg, any opposition thereto, the arguments set forth therein, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

      ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

      ORDERED, that a hearing on the First Day Motions (as that term is defined in the Motion) shall be held at the date and time indicated in the upper left hand of the first page of this order; and it is further

      ORDERED, that proposed counsel for the Debtor shall promptly serve this order via e-mail, on all parties in interest for whom proposed counsel for the Debtor has an e-mail address.

1

Copies:

All counsel of record