IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In re | Case No. 26-11062 |
| William Castle | Chapter 11 |
| Debtor. / | |

**DECLARATION IN SUPPORT OF APPLICATION TO APPROVE
EMPLOYMENT OF MAURICE B. VERSTANDIG, ESQ.
AND THE VERSTANDIG LAW FIRM, LLC AS
<u>GENERAL REORGANIZATION COUNSEL TO WILLIAM CASTLE</u>**

1. My name is Maurice VerStandig, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I am an attorney licensed to practice before the highest courts of the District of Columbia, the State of Nevada, the State of Maryland, the Commonwealth of Virginia, and the State of Florida; as well as before the United States District and Bankruptcy Courts for the District of Columbia, the District of Maryland, the Eastern District of Virginia, the Western District of Virginia, the Northern District of Florida, the Middle District of Florida, the Southern District of Florida, the District of Nevada, the Western District of Wisconsin, the District of Colorado, the District of Nebraska, the Southern District of Illinois, the Central District of Illinois, the Eastern District of Oklahoma, the Eastern District of Missouri, and the District of North Dakota; as well as before the Supreme Court of the United States; as well as before the United States Courts of Appeal for the District of Columbia Circuit, the Fourth Circuit, the Eleventh Circuit, and the Ninth Circuit; as well as before the United States Tax Court.

3. I maintain a mailing address of 1452 W. Horizon Ridge Parkway, #665, Henderson, Nevada 89012 and, within the District of Columbia, a mailing address of 1050 Connecticut

1

Avenue, Suite 500, Washington, District of Columbia 20036. I also maintain a mailing address of 9812 Falls Road, #114-160, Potomac, Maryland 20854.

4.     I am the sole equity holder of The VerStandig Law Firm, LLC, an entity that trades as The Belmont Firm—a registered trade name—when conducting debtor-side work in Maryland, the District of Columbia, and Virginia. The firm trades as The Dakota Bankruptcy Firm—also a registered trade name—when conducting work in the United States Bankruptcy Court for the District of North Dakota and, on rare occasion, when handling state court matters in the upper Midwest.

5.     I represent no other entity in connection with this case and am disinterested as that term is defined in 11 U.S.C. §101(14).  I (i) am not a creditor, an equity security holder, or an insider of debtor; (ii) am not and was not, within two years before the date of filing of the petition for relief, a director, officer or employee of the debtor; and (iii) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.  Further, I hold no interest adverse to the interest of the debtor.

6.     For want of ambiguity, I represented the debtor in connection with certain bankruptcy preparation and planning activities. Shortly before the petition for relief herein was filed, my firm was paid in full—out of a retainer tendered by the debtor—for such services, so as to ensure neither my firm nor I hold any adverse interest herein.

7.     Excepting those disclosed above, I have no connection with the debtor, the debtor's creditors, any other party in interest, their respective attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

8. All facts contained in the application to which this declaration is affixed are true and correct to the best of my knowledge.

I, Maurice VerStandig, pursuant to Section 1746 of Title 29 of the United States Code, do hereby declare, under the penalty of perjury, that I have personal knowledge of the matters set forth herein and the foregoing are true and correct.

Dated: February 2, 2026    By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com