Entered: February 2nd, 2026
Signed: February 2nd, 2026

**SO ORDERED**

This Order requires immediate attention.



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| William Marshall Castle, | * | Case No. 26-11062-LSS |
| | * | Chapter 11 (Subchapter V) |
| Debtor. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER SHORTENING RESPONSE DEADLINE
### AND SETTING EXPEDITED HEARING

Upon reviewing the Motion to Shorten Time [Dkt. No. 8], filed by Debtor, the Court finds good cause to shorten the response deadlines for the Motion to Appoint Roger Schlossberg as Guardian Ad Litem of Debtor for Purposes of this Case [Dkt. No. 3] ("GAL Motion") and set an expedited hearing on the GAL Motion and any timely filed responses. Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion to Shorten Time is GRANTED, as provided herein; and it is further,

**ORDERED**, that any party in interest wishing to object or otherwise respond to the GAL Motion must file an objection or other response by **Thursday, February 5, 2026, at 12:00 p.m.;** and it is further,

**ORDERED**, that a virtual hearing on the GAL Motion and all timely filed objections and responses will be held on **Friday, February 6, 2026, at 10:00 a.m.** in the Virtual Courtroom – for hearing access information see www.mdb.uscourts.gov/hearings or call 410−962−2688; and it is further,

**ORDERED,** that counsel for the Debtor shall serve a copy of this Order on all parties in interest by facsimile, e-mail, overnight mail, or hand delivery no later than **Monday, February 2, 2026, at 5:00 p.m.**; and it is further,

**ORDERED**, that counsel for the Debtor shall file a certification with the Court by **Tuesday, February 3, 2026, at 12:00 p.m.**, that service was effectuated as required by this Order; and it is further,

**ORDERED**, that, if Debtor fails to comply with all the requirements set forth in this Order, the Court may terminate the hearing and vacate this Order without further notice or a hearing.

cc:  Debtor
 Debtor's Counsel – Maurice Belmont VerStandig
 U.S. Trustee

**End of Order**