# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## Greenbelt Division

| | |
|---|---|
| In re | Case No. 26-11062-LSS |
| William Castle | Chapter 11 |
| Debtor. | |
| _____ / | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of February, 2026, I caused a copy of this Honorable Court's Order Shortening Response Deadline and Setting Expedited Hearing, DE #10, to be served through a third party mailing vendor, on all parties on the attached mailing matrix, via overnight mail, postage prepaid, *except*, (i) no copy was served on undersigned proposed counsel; and (ii) the following parties were instead served via e-mail:

US Trustee

Schlossberg & Associates, P.A.

William Castle

Respectfully submitted,

Dated: February 2, 2026    By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Proposed Counsel for the Debtor*

[Certificate of Service on Following Page]

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of February 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- US Trustee - Greenbelt   USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig   mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig  
Maurice B. VerStandig, Esq.