| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 26-11062<br>District of Maryland<br>Greenbelt<br>Mon Feb  2 15:17:55 EST 2026 | Amanda Driscole<br>5431 Oleander Drive<br>Wilmington, NC 28403-5847 | Best Egg<br>Attn: Bankrupcty<br>PO Box 42912<br>Philadelphia, PA 19101-2912 |
| Best Egg<br>PO Box 42912<br>Philadelphia, PA 19101-2912 | Brennan Baxter Ferguson, Esq.<br>Brock & Scott PLLC<br>5431 Oleander Drive<br>Wilmington, NC 28403-5847 | Capital One<br>AttN: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15299<br>Wilmington, DE 19850-5299 | Chase Card Services<br>PO Box 15369<br>Wilmington, DE 19850-5369 |
| ComenityCapital/Boscov<br>Attn: Bankruptcy Dept<br>PO Box 183003<br>Columbus, OH 43218-3003 | ComenityCapital/Boscov<br>PO Box 182120<br>Columbus, OH 43218-2120 | Comptroller of Maryland<br>Revenue Administration Division<br>PO Box 549<br>Annapolis, MD 21404-0549 |
| Estate of R. Carroll Waltemyer<br>Attn: Bonnie B. Potter, Personal Represe<br>c/o Mary Ann Ferguson<br>9438 Woodsboro Pike<br>Walkersville, MD 21793-9160 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jeremy Wilkins<br>5431 Oleander Drive<br>Wilmington, NC 28403-5847 |
| John C. Hanrahan, Esq.<br>Brock & Scott, PLLC<br>7520 Standish Place Suite 265<br>Derwood, MD 20855-2858 | Lending Club<br>595 Market St<br>San Francisco, CA 94105-5839 | Lending Club<br>Attn: Bankruptcy<br>595 Market St Ste 200<br>San Francisco, CA 94105-5839 |
| M. Delawter Esquire, LLC<br>d/b/a D<br>Law<br>110 Thomas Johnson Drive Suite 160<br>Frederick, MD 21702-4948 | Navy Federal Credit Union<br>Attn: Bankruptcy<br>PO Box 3000<br>Merrifield, VA 22116-3000 | Navy Federal Credit Union<br>PO Box 3700<br>Merrifield, VA 22119-3700 |
| Paul Heinmuller<br>5431 Oleander Drive<br>Wilmington, NC 28403-5847 | Robert Oliveri<br>5431 Oleander Drive<br>Wilmington, NC 28403-5847 | Schlossberg & Associates, P.A.<br>d/b/a Schlossberg Mastro<br>18421 Henson Blvd. Suite 200<br>Hagerstown, MD 21742-1389 |
| Select Portfolio Servicing, Inc<br>10401 Deerwood Park Blvd<br>Jacksonville, FL 32256-0505 | Select Portfolio Servicing, Inc<br>Attn: Bankruptcy<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | Synchrony Bank/Sams<br>Attn: Bankruptcy<br>PO Box 965065<br>Orlando, FL 32896-5065 |
| Synchrony Bank/Sams<br>PO Box 71727<br>Philadelphia, PA 19176-1727 | Synchrony Bank/Sams Club<br>Attn: Bankruptcy<br>PO Box 965065<br>Orlando, FL 32896-5065 | Synchrony Bank/Sams Club<br>PO Box 71727<br>Philadelphia, PA 19176-1727 |

| | | |
|---|---|---|
| US Trustee - Greenbelt<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770-6305 | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854-3976 | William Marshall Castle<br>200 Braeburn Drive<br>Walkersville, MD 21793-8110 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)For Internal Use Only

End of Label Matrix
Mailable recipients    32
Bypassed recipients     1
Total                  33