IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| IN RE:<br><br>**William Marshall Castle**<br>Debtor | Case No.: 26-11062-LSS<br><br>Chapter 11 - Subchapter_V |
|---|---|

**NOTICE OF APPEARANCE OF COUNSEL FOR**
**UNITED STATES TRUSTEE FOR REGION 4**

To the Clerk of the Court:

    Kindly enter the appearance of Courtney L. Morgan as counsel for the United States Trustee for Region 4 in this case.

Dated: February 2, 2026

    **MATTHEW W. CHENEY**
    Acting United States Trustee for Region 4
    By Counsel:

    *By: /s/ Courtney L. Morgan*
    Courtney L. Morgan, Bar No. 17817
    Trial Attorney
    Office of United States Trustee
    6305 Ivy Lane, Suite 600
    Greenbelt, MD 20770
    Telephone: (301) 344-0023
    Fax: (301) 344-8431
    Email: Courtney.l.morgan@usdoj.gov

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on February 2, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Appearance of Counsel for United States Trustee will be served electronically by the Court's CM/ECF system on the following:

- **US Trustee - Greenbelt     USTPRegion04.GB.ECF@USDOJ.GOV**
- **Maurice Belmont VerStandig     mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email**

            */s/ Courtney L. Morgan*
            Courtney L. Morgan