# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| **In re:**<br><br>**WILLIAM MARSHALL CASTLE,**<br><br>Debtor. | Case No. 26-11062 LSS<br><br>Chapter 11  Subchapter V |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

>Stephen Metz (MD Bar No. 13720)
>Offit Kurman, P.A.
>7501 Wisconsin Avenue, Suite 1000W
>Bethesda, Maryland 20814
>(240) 507-1700
>smetz@offitkurman.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: February 4, 2026

                                    **MATTHEW W. CHENEY**
                                    Acting United States Trustee for Region 4

                                    **By Counsel:**

                                    */s/ L. Jeanette Rice*
                                    L. Jeanette Rice, Bar No.: 12933
                                    6305 Ivy Lane, Suite 600
                                    Greenbelt, MD  20770
                                    (301) 344-6216
                                    Fax: (301) 344-8431
                                    E-mail: jeanette.rice@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I HEREBY certify that on February 4, 2026, a copy of the Notice of Appointment of Subchapter V Trustee was served via ECF notification to:

- **Courtney L. Morgan**   courtney.l.morgan@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **US Trustee - Greenbelt**   USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

                                            */s/ L. Jeanette Rice*
                                            L. Jeanette Rice