United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 26-11062-LSS |
| William Marshall Castle | Chapter 11 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 02, 2026 | Form ID: pdfall | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Marshall Castle, 200 Braeburn Drive, Walkersville, MD 21793-8110 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Feb 02 2026 19:44:00 | Office of the US Trustee, 6305 Ivy Lane, Ste 600, Greenbelt MD 20770-6305 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2026               Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 2

Entered: February 2nd, 2026
Signed: February 2nd, 2026
**SO ORDERED**

This Order requires immediate attention.



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| William Marshall Castle, | * | Case No. 26-11062-LSS |
| | * | Chapter 11 (Subchapter V) |
| Debtor. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER SHORTENING RESPONSE DEADLINE
### AND SETTING EXPEDITED HEARING

Upon reviewing the Motion to Shorten Time [Dkt. No. 8], filed by Debtor, the Court finds good cause to shorten the response deadlines for the Motion to Appoint Roger Schlossberg as Guardian Ad Litem of Debtor for Purposes of this Case [Dkt. No. 3] ("GAL Motion") and set an expedited hearing on the GAL Motion and any timely filed responses. Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion to Shorten Time is GRANTED, as provided herein; and it is further,

**ORDERED**, that any party in interest wishing to object or otherwise respond to the GAL Motion must file an objection or other response by **Thursday, February 5, 2026, at 12:00 p.m.**; and it is further,

**ORDERED**, that a virtual hearing on the GAL Motion and all timely filed objections and responses will be held on **Friday, February 6, 2026, at 10:00 a.m.** in the Virtual Courtroom – for hearing access information see www.mdb.uscourts.gov/hearings or call 410−962−2688; and it is further,

**ORDERED,** that counsel for the Debtor shall serve a copy of this Order on all parties in interest by facsimile, e-mail, overnight mail, or hand delivery no later than **Monday, February 2, 2026, at 5:00 p.m.**; and it is further,

**ORDERED**, that counsel for the Debtor shall file a certification with the Court by **Tuesday, February 3, 2026, at 12:00 p.m.**, that service was effectuated as required by this Order; and it is further,

**ORDERED**, that, if Debtor fails to comply with all the requirements set forth in this Order, the Court may terminate the hearing and vacate this Order without further notice or a hearing.

cc:    Debtor
        Debtor's Counsel – Maurice Belmont VerStandig
        U.S. Trustee

**End of Order**