IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **In re:**<br><br>**WILLIAM MARSHALL CASTLE,**<br><br>**Debtor.** | Case No.  26-11062 LSS<br>Chapter 11 (Subchapter V) |

## LIMITED OBJECTION TO MOTION TO APPOINT ROGER SCHLOSSBERG AS GUARDIAN *AD LITEM* OF DEBTOR FOR PURPOSES OF THIS CASE

Matthew W. Cheney, Acting United States Trustee for Region 4 (the "United States Trustee"), by counsel, hereby files this limited objection to the Motion to Appoint Roger Schlossberg as Guardian *Ad Litem* of Debtor for Purposes of this Case (the "GAL Motion") [ECF 3].  In support of this limited objection, the United States Trustee states as follows:

1. On February 2, 2026, William Marshall Castle (the "Debtor") filed a voluntary Chapter 11 petition (the "Petition") with this Court, electing to proceed under Subchapter V. ECF 1.  The Petition was executed by both the Debtor and Roger Schlossberg ("Mr. Schlossberg"), a state-court appointed Guardian *Ad Litem* ("GAL") of the Debtor.  *See id.*

2. The Debtor filed other first day motions alongside the Petition, including the GAL Motion, which seeks appointment of Mr. Schlossberg as GAL in the instant bankruptcy proceeding.  ECF 3.  The Debtor also filed a motion to shorten time (the "Motion to Shorten"), seeking to have the GAL Motion and other first day motions heard by the Court on an expedited basis.  ECF 8.

3. The Court granted the Motion to Shorten solely with respect to the GAL Motion. ECF 10.  The deadline to object to the GAL Motion was set for February 5, 2026 at 12:00 p.m. *See id*.  A virtual hearing on the GAL Motion is set for February 6, 2026 at 10:00 a.m.  *See id.*

1

4. On February 4, 2026, the United States Trustee appointed Stephen Metz as Subchapter V Trustee. ECF 13.

5. Though the United States Trustee has been in contact with proposed counsel to the Debtor as well as Mr. Schlossberg, the shortened notice upon which the GAL Motion will be heard has made it difficult to gather and digest all relevant information. For example, the United States Trustee requested and received the documents filed under seal relevant to the GAL Motion late on February 4, 2026 – less than 24 hours prior to the objection deadline. The Debtor's Schedules A/B-J and Statement of Financial Affairs have not yet been filed. All information necessary to fill out the Debtor's bankruptcy documents may not yet be readily available, as the GAL is still investigating the Debtor's bank accounts. *See, e.g.,* ECF 7 at p. 1.

6. Additionally, the Subchapter V Trustee was appointed approximately 24 hours prior to the GAL deadline.

7. Simply put, there isn't enough time or information currently available for the United States Trustee to conduct the due diligence necessary to determine whether an objection to the GAL Motion is appropriate in this case. The United States Trustee therefore requests that if the Court is inclined to grant the GAL Motion, any approval thereof be granted solely on an *interim* basis, with a final hearing to be set by the Court in 60 days, together with an accompanying final objection deadline. This will facilitate the continued sharing of information as it becomes available and will allow the United States Trustee to conduct the proper due diligence that such an important request requires.

WHEREFORE, the United States Trustee respectfully requests that, if the Court grants the GAL Motion, the Court enter an order approving such motion solely on an interim basis and setting a final hearing and accompanying deadline in 60 days, together with such other and

further relief as this Court deems necessary and appropriate.

Dated: February 5, 2026  **MATTHEW W. CHENEY**
Acting United States Trustee for Region 4
By Counsel:

<u>By: /s/ Courtney L. Morgan</u>
Courtney L. Morgan, Bar No. 17817
Trial Attorney
Office of United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
Telephone: (301) 344-0023
Fax: (301) 344-8431
Email: Courtney.L.Morgan@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on February 5, 2026, a copy of the foregoing Limited Objection to Motion to Appoint Roger Schlossberg as Guardian *Ad Litem* of Debtor for Purposes of this Case was served electronically through the Court's Electronic Case Filing notices system on the following:

- **L. Jeanette Rice**     Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **US Trustee - Greenbelt**     USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**     mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Courtney L. Morgan
Courtney L. Morgan
