UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

IN RE:                                                                 CASE NO.: 26-11062
                                                                                                      CHAPTER 11

**William Marshall Castle,**
    Debtor.

_____/

## REQUEST FOR SERVICE

      **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Towd Point Mortgage Trust 2015-2, U.S. Bank National Association as Indenture Trustee ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                        Attorney for Secured Creditor
                                        13010 Morris Road, Suite 450
                                        Alpharetta, GA 30004
                                        Telephone: 470-321-7112
                                        Facsimile: 404-393-1425

                                        By: /s/Chetan Gopal
                                               Chetan Gopal
                                               Email: cgopal@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 5, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

WILLIAM MARSHALL CASTLE
200 BRAEBURN DRIVE
WALKERSVILLE, MD 21793

And via electronic mail to:

THE VERSTANDIG LAW FIRM, LLC
9812 FALLS ROAD, #114-160
POTOMAC, MD 20854

FOR INTERNAL USE ONLY
EMAIL: BNC@MDB.USCOURTS.GOV
,

US TRUSTEE - GREENBELT
6305 IVY LANE, SUITE 600
GREENBELT, MD 20770

U.S. TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
6305 IVY LANE
SUITE 600
GREENBELT, MD 20770

By: /s/ Angela Zuelke