Entered: February 6th, 2026
Signed: February 6th, 2026

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **26–11062 – LSS**    Chapter: **11**

**William Marshall Castle**
Debtor

## ORDER TO SHOW CAUSE AS TO DISMISSAL

The debtor filed a petition under Chapter 11 and stated that the debtor is a small business as defined under 11 U.S.C. § 101(51D). Section 1116(1) of the Bankruptcy Code requires that the debtor shall file with the petition the debtor's most recent balance sheet, statement of operations, cash flow statement, and federal tax return; or a statement under penalty of perjury that the required documents have not been prepared. The debtor filed neither the required documents, nor the affidavit. Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the debtor shall show cause in writing, if there be any, filed within 14 days of the date of entry of this order, why this case should not be dismissed or converted to a case under Chapter 7 (whichever is in the best interests of creditors) pursuant to 11 U.S.C. § 1112(b)(4)(F).

cc:  Debtor
     Attorney for Debtor – Maurice Belmont VerStandig
     Case Trustee – Stephen A. Metz
     All Creditors

**End of Order**

39x19 (rev. 04/01/2022) – MarkRybczynski