IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re                                                                    Case No. 26-11062-LSS

William Castle                                                    Chapter 11

      Debtor.
_____/

### Witness and Exhibit List

Comes now William Castle ("Mr. Castle" or the "Debtor"), by and through his state court-appointed guardian *ad litem* Roger Schlossberg ("Mr. Schlossberg"), and offers this witness and exhibit list for the first day hearing in this matter:

**Witness**

1. Roger Schlossberg

**Exhibits**

Debtor Exhibit 1.   First Day Declaration of Roger Schlossberg

Debtor Exhibit 2.   State Court Order of November 27, 2023

Debtor Exhibit 3.   State Court Order of January 24, 2024

Debtor Exhibit 4.   State Court Order of January 26, 2024

Debtor Exhibit 5.   Blinks Report (*Offered Under Seal*)

Debtor Exhibit 6.   Tellefson Report (*Offered Under Seal*)

*[Signature on Following Page]*

1

              Respectfully submitted,

Dated: February 6, 2026   By: /s/ Maurice B. VerStandig
              Maurice B. VerStandig, Esq.
              Bar No. MD18071
              The VerStandig Law Firm, LLC
              9812 Falls Road, #114-160
              Potomac, Maryland 20854
              Phone: (301) 444-4600
              mac@mbvesq.com
              *Proposed Counsel for the Debtor*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 6th day of February 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Chaitanya Gopal  cgopal@raslg.com
- Stephen A. Metz  smetz@offitkurman.com, MD71@ecfcbis.com;lydia.yale@offitkurman.com
- Courtney L. Morgan  courtney.l.morgan@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- L. Jeanette Rice  Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt  USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig  mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

              /s/ Maurice B. VerStandig
              Maurice B. VerStandig, Esq.