E-FILED; Frederick Circuit Court
Docket: 9/24/2024 12:06 PM; Submission: 9/24/2024 12:06 PM
E-FILED; Frederick Circuit Court
Docket: 1/24/2024 12:43 PM; Submission: 1/24/2024 12:43 PM
Envelope: 34581
Envelope: 15185292

IN THE CIRCUIT COURT FOR FREDERICK COUNTY, MARYLAND

| | | |
|---|---|---|
| BRENNAN FERGUSON, et al, Substitute Trustees | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| vs | * | Case Nos.  C-10-CV-23-000690 |
| | * | |
| WILLIAM M. CASTLE, | * | |
| | * | |
| Defendant | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT ORDER

This Honorable Court (Adams, J.) having an entered an Order in Case No. C-10-CV-23-00042 in the Honorable Court, dated November 21, 2023, which found that the Defendant, William M. Castle, is under disability as contemplated by Maryland Rule 2-202(d), and requires an attorney to act in a *de facto* capacity on his behalf throughout the duration of this case, and Roger Schlossberg, Esquire, having been retained and agreed by the Defendant to act as his Guardian *ad Litem*, it is, this

24th of January, 2024

by the Circuit Court for Frederick County, Maryland,

ORDERED, that by consent of the parties, Roger Schlossberg, Esquire, be, and he is hereby appointed as the *Guardian ad Litem* of the Defendant, William Castle and shall be permitted to participate in that capacity during the pendency of these proceedings; and it is further

ORDERED, that the said Roger Schlossberg, Esquire shall be vested with qualified immunity while acting in this capacity, and shall have no civil liability for any discretionary acts performed in which his conduct is not malicious, grossly negligent or otherwise violative of any established or constitutional rights of which acting as a Guardian in this capacity, he would be presumed to have knowledge; and it is further

Exhibit 2

ORDERED, that the expenses incurred by the Guardian *ad litem* shall be the sole responsibility of the Defendant; and it is further

IT IS SO ORDERED.

01/24/2024 11:46:00 PM

Entered: Clerk, Circuit Court for
Frederick County, MD
January 25, 2024

JUDGE            Julia A. Martz-Fisher, Judge

CONSENTED AS TO FORM AND CONTENT:

_w/permission_

John Hanrahan, Attorney for Plaintiff

Richard M. Winters, Attorney for Defendant

Page 2 of 2