IN THE CIRCUIT COURT FOR FREDERICK COUNTY, MARYLAND

BONNIE POTTER

    Plaintiff

vs.                                    Case No. C-10-CV-23-000042

WILLIAM M. CASTLE

    Defendant

\* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT ORDER APPOINTING GUARDIAN PURSUANT TO MARYLAND RULE 2-202(d)

This Honorable Court (Adams, J.) having an entered an Order, dated November 21, 2023, which found that the Defendant, William M. Castle, is under disability as contemplated by Maryland Rule 2-202(d), and requires an attorney to act in a *de facto* capacity on his behalf throughout the duration of this case, and Roger Schlossberg, Esquire, having been retained and agreed by the Defendant to act as his Guardian *ad Litem*, it is, this 24th of January, 2024

by the Circuit Court for Frederick County, Maryland,

    ORDERED, that by consent of the parties, Roger Schlossberg, Esquire be, and he is hereby appointed as the *Guardian ad Litem* of the Defendant, William Castle, and he shall be permitted to participate in that capacity during the pendency of these proceedings; and it is further

    ORDERED, that the said Roger Schlossberg, Esquire shall be vested with qualified immunity while acting in this capacity, and shall have no civil liability for any discretionary acts performed in which his conduct is not malicious, grossly negligent or otherwise violative of any established or constitutional rights of which a reasonable

person, acting as a Guardian in this capacity would be presumed to have knowledge; and it is further

ORDERED, that the expenses incurred by the Guardian *ad litem* shall be the sole responsibility of the Defendant; and it is further

ORDERED, that the Defendant shall file a responsive pleading to Plaintiff's Complaint within Thirty (30) days of the entry of this Order.

IT IS SO ORDERED.

_____
JUDGE
01/24/2024 11:36:46 AM

CONSENTED AS TO FORM AND CONTENT:

*Elizabeth L. Morris*
_____
Elizabeth Morris, Attorney for Plaintiff

_____
Richard M. Winters, Attorney for Defendant

Entered: Clerk, Circuit Court for
Frederick County, MD
January 26, 2024