_____RETAIN

**Lori S. Simpson, U. S. BANKRUPTCY JUDGE**          Evidentiary Hrg: Y N
                                                     Exhibits Filed: Y N

PROCEEDING MEMO – CHAPTER 11

Date: 02/06/2026 Time: 10:00

**CASE: 26-11062 William Marshall Castle**

✓Maurice Belmont VerStandig representing William Marshall Castle (Debtor)
✓Roger Schlossberg GAL
✓Stephen A. Metz (Trustee)
✓Courtney L. Morgan and L. Jeanette Rice representing US Trustee – Greenbelt (U.S. Trustee)
Courtney L. Morgan representing U.S. Trustee (U.S. Trustee)

[3] Motion *to Appoint Roger Schlossberg as Guardian Ad Litem of Debtor for Purposes of this Case* Filed by William Marshall Castle. (Attachments: #s4 Proposed Order)

**MOVANT** : William Castle BY M VerStandig

[15] Objection on behalf of US Trustee – Greenbelt Filed by Courtney L. Morgan (related document(s) 3 Motion for Miscellaneous Relief filed by Debtor William Marshall Castle).

**MOVANT** : US Trustee – Greenbelt BY L Rice C Morgan

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

   Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

   Other_____

   Confirmed_____ as modified by _____

   Denied Confirmation_____ with leave to amend by_____

   Other_____

DISPOSITIONS:

   Granted 3___ Denied_____ Withdrawn_____ Consent_____ Default_____ Under Adv.____

   Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

   Continued to: _____

DECISION:

   [ ] Signed by Court            [ ] Filed by Counsel
   [ ] To be prepared by:
       [ ] Movant's counsel        [ ] Court

[ ] Respondent's counsel        [ ] Other  _____

NOTES: Granted on an interim basis for a period of 7 days. UST to file line stating position by noon on Feb. 13.  Court to hold hearing if needed at 3 pm that same day virtually.