United States Bankruptcy Court
District of Maryland

In re:  Case No. 26-11062-LSS
William Marshall Castle  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 06, 2026 | Form ID: 309E2 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Marshall Castle, 200 Braeburn Drive, Walkersville, MD 21793-8110 |
| aty | + | Chaitanya Gopal, Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Ave., Boca Raton, FL 33487-2853 |
| tr | + | Stephen A. Metz, Offit Kurman, P.A., 7501 Wisconsin Ave, Suite 1000W, Bethesda, MD 20814-6604 |
| 33154170 | + | Amanda Driscole, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154173 | + | Brennan Baxter Ferguson, Esq., Brock & Scott PLLC, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154180 | + | Comptroller of Maryland, Revenue Administration Division, PO Box 549, Annapolis, MD 21404-0549 |
| 33154181 | + | Estate of R. Carroll Waltemyer, Attn: Bonnie B. Potter, Personal Represe, c/o Mary Ann Ferguson, 9438 Woodsboro Pike, Walkersville, MD 21793-9160 |
| 33154183 | + | Jeremy Wilkins, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154184 | + | John C. Hanrahan, Esq., Brock & Scott, PLLC, 7520 Standish Place Suite 265, Derwood, MD 20855-2858 |
| 33154187 | + | M. Delawter Esquire, LLC, d/b/a DLaw, 110 Thomas Johnson Drive Suite 160, Frederick, MD 21702-4948 |
| 33154190 | + | Paul Heinmuller, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154191 | + | Robert Oliveri, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154192 | + | Schlossberg & Associates, P.A., d/b/a Schlossberg Mastro, 18421 Henson Blvd. Suite 200, Hagerstown, MD 21742-1389 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mac@mbvesq.com | Feb 06 2026 19:11:00 | Maurice Belmont VerStandig, The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 06 2026 19:12:00 | Towd Point Mortgage Trust 2015-2, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 33154172 | | Email/PDF: MarletteBKNotifications@resurgent.com | Feb 06 2026 19:14:54 | Best Egg, Attn: Bankrupcty, PO Box 42912, Philadelphia, PA 19101-2912 |
| 33154171 | | Email/PDF: MarletteBKNotifications@resurgent.com | Feb 06 2026 19:14:53 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 33154175 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2026 19:14:47 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 33154174 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2026 19:14:47 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 33154176 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 06 2026 19:14:47 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 33154177 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 06 2026 19:14:53 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 33154178 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2026 19:13:00 | ComenityCapital/Boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 33154179 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2026 19:13:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 183003, Columbus, OH 43218-3003 |
| 33154182 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| District/off: 0416-0 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 06, 2026 | Form ID: 309E2 | Total Noticed: 35 |

|  |  |  |  |  |
|---|---|---|---|---|
| | | | Feb 06 2026 19:12:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 33154185 | + | Email/Text: Documentfiling@lciinc.com | Feb 06 2026 19:12:00 | Lending Club, 595 Market St, San Francisco, CA 94105-5839 |
| 33154186 | + | Email/Text: Documentfiling@lciinc.com | Feb 06 2026 19:12:00 | Lending Club, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-5839 |
| 33154189 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 06 2026 19:13:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22116-3000 |
| 33154188 | | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 06 2026 19:13:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 33154193 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 06 2026 19:13:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 33154194 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 06 2026 19:13:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 33154195 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2026 19:14:53 | Synchrony Bank/Sams, PO Box 71727, Philadelphia, PA 19176-1727 |
| 33154196 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2026 19:14:52 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 33154198 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2026 19:14:58 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 33154197 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2026 19:14:57 | Synchrony Bank/Sams Club, PO Box 71727, Philadelphia, PA 19176-1727 |
| 33158908 | + | Email/Text: RASEBN@raslg.com | Feb 06 2026 19:12:00 | Towd Point Mortgage Trust 2015-2, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Towd Point Mortgage Trust 2015-2, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 33158909 | *+ | Towd Point Mortgage Trust 2015-2, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2026          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0416-0 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 06, 2026 | Form ID: 309E2 | Total Noticed: 35 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chaitanya Gopal | cgopal@raslg.com |
| Courtney L. Morgan | courtney.l.morgan@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Stephen A. Metz | smetz@offitkurman.com  MD71@ecfcbis.com,lydia.yale@offitkurman.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 6

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **William Marshall Castle** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–2741 <br> EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Maryland** | | Date case filed for chapter  **11   2/2/26** |
| Case number:   **26–11062 LSS**   Chapter:  **11** | | |

Official Form 309E2 (For Individuals or Joint Debtors under Subchapter V)

**Notice of Chapter 11 Bankruptcy Case**                                                                12/22

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov/ and click on Filing Without An Attorney for additional resources and information.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | William Marshall Castle | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 200 Braeburn Drive <br> Walkersville, MD 21793 | |
| 4. | **Debtor's attorney** <br> Name and address | Maurice Belmont VerStandig <br> The VerStandig Law Firm, LLC <br> 9812 Falls Road <br> #114–160 <br> Potomac, MD 20854 | Contact phone 301–444–4600 <br> Email:  mac@mbvesq.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Stephen A. Metz <br> Offit Kurman, P.A. <br> 7501 Wisconsin Ave, Suite 1000W <br> Bethesda, MD 20814 | Contact phone 240–507–1723 <br> Email:  smetz@offitkurman.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Greenbelt Division <br> 6500 Cherrywood Lane, Ste. 300 <br> Greenbelt, MD 20770 <br><br> Clerk of the Bankruptcy Court: <br> Mark A. Neal | Hours open: <br> 8:45 – 4:00 PM <br><br> Contact phone  (301) 344–8018 <br><br> Date: 2/6/26 |

**For more information, see page 2 >**

Official Form 309E2 (For Individuals or Joint Debtors under Subchapter V)          Notice of Chapter 11 Bankruptcy Case                page 1

Debtor **William Marshall Castle**  Case number **26–11062**

| | | | |
|---|---|---|---|
| **7.** | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 10, 2026 at 11:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: Telephonic Meeting, Call 1–888–330–1716, Access Code 2792558# **For additional meeting information go to https://go.usa.gov/xeHZq.** |
| **8.** | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable (see line 11 for more information):** • if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later. • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6), **the deadline is: 5/11/26.** | |
| | | **Deadline for filing proof of claim:** **For all creditors (except a governmental unit):**   4/13/26 **For a governmental unit:**   8/3/26 A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim may be filed electronically from the court's web site at http://www.mdb.uscourts.gov/content/electronic–filing–claims. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| **11.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |
| **13.** | **Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers all parties the ability to receive court notices and orders via email, instead of U.S. mail. To participate, debtors must complete and file a DeBN request form with the Court –– additional information is available under Programs & Services at http://www.mdb.uscourts.gov. Other parties (non–debtors) can register at ebn.uscourts.gov. | |