United States Bankruptcy Court
District of Maryland

In re:                                                                                          Case No. 26-11062-LSS
William Marshall Castle                                                                         Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                   User: admin                                       Page 1 of 3
Date Rcvd: Feb 06, 2026                Form ID: pdfall                                   Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Marshall Castle, 200 Braeburn Drive, Walkersville, MD 21793-8110 |
| 33154170 | + | Amanda Driscole, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154173 | + | Brennan Baxter Ferguson, Esq., Brock & Scott PLLC, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154180 | + | Comptroller of Maryland, Revenue Administration Division, PO Box 549, Annapolis, MD 21404-0549 |
| 33154181 | + | Estate of R. Carroll Waltemyer, Attn: Bonnie B. Potter, Personal Represe, c/o Mary Ann Ferguson, 9438 Woodsboro Pike, Walkersville, MD 21793-9160 |
| 33154183 | + | Jeremy Wilkins, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154184 | + | John C. Hanrahan, Esq., Brock & Scott, PLLC, 7520 Standish Place Suite 265, Derwood, MD 20855-2858 |
| 33154187 | + | M. Delawter Esquire, LLC, d/b/a DLaw, 110 Thomas Johnson Drive Suite 160, Frederick, MD 21702-4948 |
| 33154190 | + | Paul Heinmuller, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154191 | + | Robert Oliveri, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154192 | + | Schlossberg & Associates, P.A., d/b/a Schlossberg Mastro, 18421 Henson Blvd. Suite 200, Hagerstown, MD 21742-1389 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Feb 06 2026 19:12:00 | Towd Point Mortgage Trust 2015-2, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 33154172 | | Email/PDF: MarletteBKNotifications@resurgent.com | Feb 06 2026 19:14:47 | Best Egg, Attn: Bankrupcty, PO Box 42912, Philadelphia, PA 19101-2912 |
| 33154171 | | Email/PDF: MarletteBKNotifications@resurgent.com | Feb 06 2026 19:14:53 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 33154175 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2026 19:14:58 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 33154174 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2026 19:14:47 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 33154176 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 06 2026 19:14:47 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 33154177 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 06 2026 19:14:53 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 33154178 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2026 19:13:00 | ComenityCapital/Boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 33154179 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2026 19:13:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 183003, Columbus, OH 43218-3003 |
| 33154182 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 06 2026 19:12:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 33154185 | + | Email/Text: Documentfiling@lciinc.com | Feb 06 2026 19:12:00 | Lending Club, 595 Market St, San Francisco, CA 94105-5839 |
| 33154186 | + | Email/Text: Documentfiling@lciinc.com | | |

| District/off: 0416-0 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 06, 2026 | Form ID: pdfall | Total Noticed: 32 |

|  |  |  |  |  |
|---|---|---|---|---|
| | | | Feb 06 2026 19:12:00 | Lending Club, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-5839 |
| 33154189 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 06 2026 19:13:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22116-3000 |
| 33154188 | | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 06 2026 19:13:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 33154193 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 06 2026 19:13:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 33154194 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 06 2026 19:13:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 33154195 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2026 19:14:52 | Synchrony Bank/Sams, PO Box 71727, Philadelphia, PA 19176-1727 |
| 33154196 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2026 19:14:58 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 33154198 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2026 19:14:52 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 33154197 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2026 19:14:58 | Synchrony Bank/Sams Club, PO Box 71727, Philadelphia, PA 19176-1727 |
| 33158908 | + | Email/Text: RASEBN@raslg.com | Feb 06 2026 19:12:00 | Towd Point Mortgage Trust 2015-2, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Towd Point Mortgage Trust 2015-2, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 33158909 | *+ | Towd Point Mortgage Trust 2015-2, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2026           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chaitanya Gopal | cgopal@raslg.com |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 06, 2026 | Form ID: pdfall | Total Noticed: 32 |

Courtney L. Morgan
    courtney.l.morgan@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

L. Jeanette Rice
    Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Stephen A. Metz
    smetz@offitkurman.com  MD71@ecfcbis.com,lydia.yale@offitkurman.com

US Trustee - Greenbelt
    USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 6

Entered: February 6th, 2026
Signed: February 6th, 2026
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **26−11062 − LSS**   Chapter: **11**

**William Marshall Castle**
Debtor

## ORDER TO SHOW CAUSE AS TO DISMISSAL

The debtor filed a petition under Chapter 11 and stated that the debtor is a small business as defined under 11 U.S.C. § 101(51D). Section 1116(1) of the Bankruptcy Code requires that the debtor shall file with the petition the debtor's most recent balance sheet, statement of operations, cash flow statement, and federal tax return; or a statement under penalty of perjury that the required documents have not been prepared. The debtor filed neither the required documents, nor the affidavit. Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the debtor shall show cause in writing, if there be any, filed within 14 days of the date of entry of this order, why this case should not be dismissed or converted to a case under Chapter 7 (whichever is in the best interests of creditors) pursuant to 11 U.S.C. § 1112(b)(4)(F).

cc:   Debtor
      Attorney for Debtor − Maurice Belmont VerStandig
      Case Trustee − Stephen A. Metz
      All Creditors

**End of Order**

39x19 (rev. 04/01/2022) − MarkRybczynski