Entered: February 9th, 2026
Signed: February 8th, 2026

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

In re                                                    Case No. 26-11062

William Castle                                    Chapter 11

                    Debtor.
_____/

### ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL

Upon consideration of the Motion to File Documents Under Seal, any objections thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

FOUND, that the documents the debtor seeks to place under seal are in the nature of sensitive medical records containing discussions—and diagnoses—of the debtor's mental condition; and it is further

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the two documents filed under seal shall remain SEALED.

Copies:
All Counsel of Record

1