IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In re | Case No. 26-11062-LSS |
| William Castle | Chapter 11 |
| Debtor. | |
| _____ / | |

**MOTION TO EXTEND TIME TO FILE SCHEDULES,
STATEMENT OF FINANCIAL AFFAIRS, AND RELATED DOCUMENTS**

Comes now William Castle ("Mr. Castle" or the "Debtor"), by and through his state court-appointed guardian *ad litem* Roger Schlossberg ("Mr. Schlossberg"), pursuant to Federal Rule of Bankruptcy Procedure 9006(b), and moves to extend the deadline—to and through March 3, 2026—for the Debtor to file (i) Schedules A/B through J; (ii) a Statement of Financial Affairs; (iii) verification of the Debtor's social security number; and (iv) those documents called for by Sections 1116(1) and 1187 of Title 11 of the United States Code (collectively, the "Initial Filings"), and in support thereof states as follows:

This is a case where the Debtor petitioned for chapter 11 relief through Mr. Schlossberg and then, by way of a first day motion, DE #3, sought to have Mr. Schlossberg continue in such role—and be permitted to file various documents with modified oaths—through the pendency of this case. With the sole objection to the first day motion having been withdrawn, DE #26, it is reasonably anticipated an order formally re-appointing Mr. Schlossberg as the Debtor's guardian *ad litem* will be entered forthwith. However, Mr. Schlossberg and undersigned proposed counsel are still in the process of investigating the Debtor's assets, liabilities, and financial affairs, thereby making it impracticable, as of present, to docket the Initial Filings.

1

Governing law allows these deadlines—presently set to February 17, 2026, DE #1, and February 20, 2026, DE #19—to be extended ". . . for cause. . ." Fed. R. Bankr. P. 9006(b)(1). Here, it is respectfully submitted that the *sui generis* nature of a case involving a guardian *ad litem*, and the need to have a formal order appointing Mr. Schlossberg docketed before modified oaths may be used on the relevant filings, gives rise to "cause." It is also respectfully submitted that an ongoing effort to assess the optimal means of approximating and quantifying the various personal property artifacts held by the Debtor does, likewise, invite a finding of "cause." It is, too, noteworthy that in the prism of this Subchapter V case, where no creditors have yet filed any motions or pleadings and a hearing on first day motions has been conducted, the temporal pace of reorganization is on a proper track and does not risk being materially slowed by the extensions sought herein. And, finally, it is respectfully suggested the extensions sought herein will not occasion prejudice to any party in interest, with the meeting of creditors set for March 10, 2026, DE #22, and the extension requested being a full week prior to that date.

WHEREFORE, the Debtor, by and through Mr. Schlossberg, respectfully prays this Honorable Court extend the deadline to docket the Initial Filings, to and through March 3, 2026, and for such other and further relief as may be just and proper.

                                                  Respectfully submitted,

Dated: February 17, 2026       By:    /s/ Maurice B. VerStandig
                                                    Maurice B. VerStandig, Esq.
                                                    Bar No. MD18071
                                                    The VerStandig Law Firm, LLC
                                                    9812 Falls Road, #114-160
                                                    Potomac, Maryland 20854
                                                   Phone: (301) 444-4600
                                                   mac@mbvesq.com
                                                   *Proposed Counsel for the Debtor*

[*Certificate of Service on Following Page*]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of February 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Chaitanya Gopal    cgopal@raslg.com
- Stephen A. Metz    smetz@offitkurman.com, MD71@ecfcbis.com;lydia.yale@offitkurman.com
- Courtney L. Morgan    courtney.l.morgan@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.