**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| In re | Case No. 26-11062-LSS |
| William Castle | Chapter 11 |
| Debtor. | |

_____/

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE SCHEDULES,
STATEMENT OF FINANCIAL AFFAIRS, AND RELATED DOCUMENTS**

Upon consideration of the Motion to Extend Time to File Schedules, Statement of Financial Affairs, and Related Documents (the "Motion"), DE #29, the demonstration of good cause therein, the docket in this case, and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that William Castle shall have to and through March 3, 2026 to file (i) Schedules A/B through J; (ii) a Statement of Financial Affairs; (iii) verification of the debtor's social security number; and (iv) those documents called for by Sections 1116(1) and 1187 of Title 11 of the United States Code.

Copies:
All Counsel of Record