IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **In re:**<br><br>**WILLIAM MARSHALL CASTLE,**<br><br>**Debtor.** | Case No. 26-11062 LSS<br>Chapter 11 (Subchapter V) |

**MOTION TO EXTEND DEADLINE FOR UNITED STATES TRUSTEE
TO OBJECT TO DEBTOR'S MOTION TO UTILIZE EXISTING BANK
ACCOUNTS AND APPLICATION TO EMPLOY DEBTOR'S COUNSEL**

Matthew W. Cheney, Acting United States Trustee for Region 4 (the "United States Trustee"), by counsel, hereby files this motion to extend the deadline for the United States Trustee to object to the Motion to Utilize FDIC-Insured and NCUA-Insured Depository Accounts ("Bank Account Motion") [ECF 7] and the Application to Approve Employment of Maurice B. VerStandig, Esq. and The VerStandig Law Firm, LLC as General Reorganization Counsel to William Castle [ECF 9] (the "Application to Employ" and collectively with the Bank Account Motion, the "Pending Motions"). In support of this request, the United States Trustee states as follows:

1. The United States Trustee initially reached out to proposed counsel to the Debtor, Maurice B. VerStandig ("Proposed Counsel") and the proposed *Guardian ad Litem*, Roger Schlossberg ("Proposed GAL"), on the day this case was filed seeking additional information about the case and the Debtor.

2. The United States Trustee, Proposed Counsel, and the Proposed GAL spoke at length on February 4, 2026 regarding the Debtor, the bankruptcy case, and documents on file, including the appointment of the Proposed GAL and the Bank Account Motion. The United

1

States Trustee expressed his concern with the relief sought by the Debtor in the Bank Account Motion, including the fact that Proposed Counsel and Proposed GAL stated therein that the Debtor "preliminarily" appears to have pre-petition bank accounts at "three or more institutions." ECF 7 at p.1.  The United States Trustee sought clarity on the number of accounts held by the Debtor and the names of the financial institutions where the accounts were held.

3. The United States Trustee has made diligent attempts to connect with Proposed Counsel and the Proposed GAL via email to obtain information and discuss his issues relating to the Bank Account Motion, but to date, the United States Trustee has not received a response.

4. The Debtor filed a Motion to Extend Time to File Schedules, Statement of Financial Affairs, and Related Documents (the "Motion to Extend") on February 17, 2026.  ECF 29.  The Motion to Extend makes clear that Proposed Counsel and the Proposed GAL are still investigating the Debtor's financial affairs and, accordingly, an extension of time to file documents including the Debtor's Schedules A/B-J (collectively, the "Schedules") and Statement of Financial Affairs ("SOFA") was necessary.

5. On February 19, 2026, the United States Trustee reached out to Proposed Counsel and the Proposed GAL to request an extension of time to respond to the Pending Motions for a period of 14 days (the "UST Request").  Material information regarding the Debtor's financial affairs that has been sought by the United States Trustee from the outset of this case – including the number of pre-petition bank accounts at issue and the full scope of relief sought by the Bank Account Motion – will not be known until the Debtor's Schedules and SOFA are filed after the current deadline to respond expires on February 24, 2026.

6. Thus, an extension of 14 days – or to March 10, 2026 – is warranted to allow the United States Trustee time to review the Schedules and SOFA to fully evaluate the Bank Account Motion.

7. The UST Request further informed Proposed Counsel of the United States Trustee's position with respect to the Application to Employ. The United States Trustee believes any issues relating to the Application to Employ could be addressed by the parties during the extension period to avoid an objection thereto.

8. Proposed Counsel and/or the Proposed GAL have not yet responded to the UST Request.

9. Given the lack of response and the impending deadline, the United States Trustee files this Motion out of an abundance of caution to preserve his rights with respect to the Pending Motions.

WHEREFORE, the United States Trustee respectfully requests that the Court enter an order extending the United States Trustee's deadlines to respond to the Pending Motions through and including March 10, 2026, together with such other and further relief as this Court deems necessary and appropriate.

Dated: February 20, 2026

**MATTHEW W. CHENEY**
Acting United States Trustee for Region 4
By Counsel:

By: */s/ Courtney L. Morgan*
Courtney L. Morgan, Bar No. 17817
Trial Attorney
Office of United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
Telephone: (301) 344-0023

Fax: (301) 344-8431
Email: Courtney.L.Morgan@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 20, 2026, a copy of the foregoing Motion to Extend Deadline for United States Trustee to Object to Debtor's Motion to Utilize Existing Bank Accounts and Application to Employ Debtor's Counsel was served electronically through the Court's Electronic Case Filing notices system on the following:

- **L. Jeanette Rice**   Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **US Trustee - Greenbelt**   USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

                                                                /s/ Courtney L. Morgan
                                                                Courtney L. Morgan