Entered: February 20th, 2026
Signed: February 20th, 2026

**SO ORDERED**

March 3, 2026.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **26–11062 – LSS**    Chapter: **11**

**William Marshall Castle**
Debtor

## NOTICE AND ORDER EXTENDING TIME TO FILE
## STATEMENT OF FINANCIAL AFFAIRS, SCHEDULES,
## AND SOCIAL SECURITY NUMBER VERIFICATION PAGE
### (for individual debtor)

The Debtor's motion to extend the filing date having been considered, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time within which the Debtor shall file **the Statement of Financial Affairs, Schedules, and Social Security Number Verification Page** is extended to the date designated above; and it is further

ORDERED, that when filing the above documents, the Debtor must certify that service of a copy has been made on the United States Trustee; and

DEBTOR IS HEREBY NOTIFIED that failure to complete the required filings within the extended time allowed by this Order may result in dismissal of this case.

cc:   Debtor
      Attorney for Debtor – Maurice Belmont VerStandig
      Case Trustee – Stephen A. Metz
      U.S. Trustee

## End of Order

22x03 (rev. 03/28/2016) – MarkRybczynski