United States Bankruptcy Court
District of Maryland

In re:                                                                    Case No. 26-11062-LSS

William Marshall Castle                                                   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                     User: admin                              Page 1 of 3
Date Rcvd: Feb 20, 2026                  Form ID: pdfall                    Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | William Marshall Castle, 200 Braeburn Drive, Walkersville, MD 21793-8110 |
| 33154170 | + | Amanda Driscole, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154173 | + | Brennan Baxter Ferguson, Esq., Brock & Scott PLLC, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154180 | + | Comptroller of Maryland, Revenue Administration Division, PO Box 549, Annapolis, MD 21404-0549 |
| 33154181 | + | Estate of R. Carroll Waltemyer, Attn: Bonnie B. Potter, Personal Represe, c/o Mary Ann Ferguson, 9438 Woodsboro Pike, Walkersville, MD 21793-9160 |
| 33154183 | + | Jeremy Wilkins, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154184 | + | John C. Hanrahan, Esq., Brock & Scott, PLLC, 7520 Standish Place Suite 265, Derwood, MD 20855-2858 |
| 33154187 | + | M. Delawter Esquire, LLC, d/b/a DLaw, 110 Thomas Johnson Drive Suite 160, Frederick, MD 21702-4948 |
| 33154190 | + | Paul Heinmuller, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154191 | + | Robert Oliveri, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154192 | + | Schlossberg & Associates, P.A., d/b/a Schlossberg Mastro, 18421 Henson Blvd. Suite 200, Hagerstown, MD 21742-1389 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | | |
| | | | Feb 20 2026 19:20:00 | Towd Point Mortgage Trust 2015-2, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 33154172 | | Email/PDF: MarletteBKNotifications@resurgent.com | | |
| | | | Feb 20 2026 19:26:22 | Best Egg, Attn: Bankrupcty, PO Box 42912, Philadelphia, PA 19101-2912 |
| 33154171 | | Email/PDF: MarletteBKNotifications@resurgent.com | | |
| | | | Feb 20 2026 19:26:22 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 33154175 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Feb 20 2026 19:26:22 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 33154174 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Feb 20 2026 19:26:22 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 33154176 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Feb 20 2026 19:26:28 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 33154177 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Feb 20 2026 19:26:28 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 33154178 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Feb 20 2026 19:20:00 | ComenityCapital/Boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 33154179 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Feb 20 2026 19:20:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 183003, Columbus, OH 43218-3003 |
| 33154182 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Feb 20 2026 19:20:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 33154185 | + | Email/Text: Documentfiling@lciinc.com | | |
| | | | Feb 20 2026 19:20:00 | Lending Club, 595 Market St, San Francisco, CA 94105-5839 |
| 33154186 | + | Email/Text: Documentfiling@lciinc.com | | |

| District/off: 0416-0 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 20, 2026 | Form ID: pdfall | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| | | Feb 20 2026 19:20:00 | Lending Club, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-5839 |
| 33154189 | + | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | Feb 20 2026 19:21:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22116-3000 |
| 33154188 | | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | Feb 20 2026 19:21:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 33154193 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Feb 20 2026 19:21:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 33154194 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Feb 20 2026 19:21:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 33154195 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 20 2026 19:26:21 | Synchrony Bank/Sams, PO Box 71727, Philadelphia, PA 19176-1727 |
| 33154196 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 20 2026 19:26:21 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 33154198 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 20 2026 19:26:22 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 33154197 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 20 2026 19:26:35 | Synchrony Bank/Sams Club, PO Box 71727, Philadelphia, PA 19176-1727 |
| 33158908 | + | Email/Text: RASEBN@raslg.com | | |
| | | Feb 20 2026 19:20:00 | Towd Point Mortgage Trust 2015-2, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Towd Point Mortgage Trust 2015-2, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 33158909 | *+ | Towd Point Mortgage Trust 2015-2, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chaitanya Gopal | cgopal@raslg.com |

Courtney L. Morgan
                         courtney.l.morgan@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

L. Jeanette Rice
                         Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

Maurice Belmont VerStandig
                         mac@mbvesq.com
                         lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,versta
                         ndiglaw@recap.email

Stephen A. Metz
                         smetz@offitkurman.com  MD71@ecfcbis.com,lydia.yale@offitkurman.com

US Trustee - Greenbelt
                         USTPRegion04.GB.ECF@USDOJ.GOV


TOTAL: 6

Entered: February 20th, 2026
Signed: February 20th, 2026

**SO ORDERED**

In light of the United States Trustees filing of a Line of No Objection [Dkt. No. 26], and for the reasons stated on the record at the hearing on February 6, 2026, the Court finds and concludes that the Motion to Appoint [Dkt. No. 3] should be granted.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

In re                                            Case No. 26-11062

William Castle                                   Chapter 11

        Debtor.

_____/

### ORDER GRANTING MOTION TO APPOINT ROGER SCHLOSSBERG AS
### GUARDIAN *AD LITEM* OF DEBTOR FOR PURPOSES OF THIS CASE

Upon consideration of the Motion to Appoint Roger Schlossberg as Guardian *Ad Litem* of Debtor for Purposes of this Case (the "Motion," with the debtor being known as "Mr. Castle" or the "Debtor" and the proposed guardian *ad litem* being known as "Mr. Schlossberg"), any objections thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

FOUND, that the Debtor has been recognized, by two separate state court judges, to be an "individual under disability" within the prism of Maryland state law; and it is further

FOUND, that an "individual under disability" within the scope of Maryland Rule 2-202 is the equivalent of an "incompetent person" within the scope of Federal Rule of Bankruptcy Procedure 1004.1; and it is further

1

FOUND, that expert reports further evidence—and independently support—the Debtor being a person entitled to protection under Federal Rule of Bankruptcy Procedure 1004.1; and it is further

FOUND, that the Debtor's best interests will be advanced through the service of a guardian *ad litem* for the duration of this case; and it is further

FOUND, that Mr. Schlossberg is the person best situated to serve in the fiduciary capacity as the Debtor's guardian *ad litem* for the duration of this case; and it is further

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that Mr. Schlossberg is appointed the Debtor's guardian *ad litem* for the duration of this case, subject to removal only through (i) his own resignation (for any reason or no reason at all) or (ii) an order of this Honorable Court finding good cause to exist for such removal; and it is further

ORDERED, that as guardian *ad litem*, Mr. Schlossberg shall have the rights to:

1.    Request documents and information in the name of the Debtor, to the same extent as the Debtor would be able to request such documents and information;

2.    Initiate and prosecute any claims or causes of action and to appear and defend on behalf of the Debtor in any application, motion, adversary proceeding, or any other civil proceeding in this Honorable Court or any court having appellate jurisdiction over this Honorable Court (but only to the extent such court is exercising said appellate jurisdiction or acting in furtherance of a withdrawal of the reference to this Honorable Court);

3.    File, as appropriate, such pleadings and papers as are necessary and appropriate in connection with the seeking of relief under chapter 11 on behalf of the Debtor, including—without limitation—the filing of a (i) Section 1188 status report; (ii) Subchapter V plan of reorganization;

2

(iii) disclosure statement, should one be so ordered or should the Subchapter V eligibility of the Debtor be called into question; (iv) such motions as may be appropriate in the context of this case; and (v) such claim objections as may be appropriate in the context of this case;

4.      File schedules for the Debtor, with the declaration thereupon being replaced with the words "Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct to the best of my knowledge and belief;"

5.      Broadly categorize—without exacting specificity—assets of the Debtor, in the aforesaid schedules, where there exists a belief said assets are of *de minimis* value and where the inventorying thereof would be impracticable;

6.      File a statement of financial affairs for the Debtor, with the declaration thereupon being replaced with the words "I have read the answers on this Statement of Financial Affairs and any attachments, and I declare under penalty of perjury that the answers are true and correct to the best of my knowledge and belief;"

7.      File any other form, requiring an oath by the Debtor, using comparable verbiage indicating the factual assertions therein to be to the best of Mr. Schlossberg's knowledge and belief;

8.      Appear in the place of the Debtor at the initial debtor interview with the United States Trustee, the meeting of creditors called for by Section 341 of the Bankruptcy Code, and at hearings before this Honorable Court;

9.      Take an oath predicated upon Mr. Schlossberg's knowledge and belief at the aforesaid meeting of creditors; and

3

10.    Be entitled to allowance of reasonable compensation and reimbursement of expenses ordinarily and necessarily incurred as an administrative expense in this case after notice and upon application to this Honorable Court.

Copies:
All Counsel of Record