Entered: February 23rd, 2026
Signed: February 20th, 2026
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| **In re:**<br><br>**WILLIAM MARSHALL CASTLE,**<br><br>Debtor. | Case No.  26-11062 LSS<br>Chapter 11 (Subchapter V) |

### ORDER EXTENDING DEADLINE FOR THE UNITED STATES TRUSTEE TO OBJECT TO DEBTOR'S MOTION TO UTILIZE EXISTING BANK ACCOUNTS AND APPLICATION TO EMPLOY DEBTOR'S COUNSEL

Upon consideration of the Motion to Extend Deadline for United States Trustee to Object to Debtor's Motion to Utilize Existing Bank Accounts and Application to Employ Debtor's Counsel (the "Motion"), and any response filed thereto, IT IS by the United States Bankruptcy Court for the District of Maryland hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the deadline for the United States Trustee to file an objection to the Motion to Utilize FDIC-Insured and NCUA-Insured Depository Accounts [ECF 7] is hereby EXTENDED through and including March 10, 2026; and it is further

ORDERED that the deadline for the United States Trustee to file an objection to the Application to Approve Employment of Maurice B. VerStandig, Esq. and The VerStandig Law Firm, LLC as General Reorganization Counsel to William Castle [ECF 9] is hereby EXTENDED through and including March 10, 2026.

Copies to:
- L. Jeanette Rice (via CM/ECF)
- Maurice Belmont VerStandig (via CM/ECF)
- Courtney L. Morgan  (via CM/ECF)
- US Trustee - Greenbelt (via CM/ECF)

All creditors and parties in interest

**END OF ORDER**