United States Bankruptcy Court
District of Maryland

In re:                                                                    Case No. 26-11062-LSS

William Marshall Castle                                                   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0 | User: admin | Page 1 of 3

Date Rcvd: Feb 23, 2026 | Form ID: pdfall | Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Marshall Castle, 200 Braeburn Drive, Walkersville, MD 21793-8110 |
| 33154170 | + | Amanda Driscole, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154173 | + | Brennan Baxter Ferguson, Esq., Brock & Scott PLLC, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154180 | + | Comptroller of Maryland, Revenue Administration Division, PO Box 549, Annapolis, MD 21404-0549 |
| 33154181 | + | Estate of R. Carroll Waltemyer, Attn: Bonnie B. Potter, Personal Represe, c/o Mary Ann Ferguson, 9438 Woodsboro Pike, Walkersville, MD 21793-9160 |
| 33154183 | + | Jeremy Wilkins, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154184 | + | John C. Hanrahan, Esq., Brock & Scott, PLLC, 7520 Standish Place Suite 265, Derwood, MD 20855-2858 |
| 33154187 | + | M. Delawter Esquire, LLC, d/b/a DLaw, 110 Thomas Johnson Drive Suite 160, Frederick, MD 21702-4948 |
| 33154190 | + | Paul Heinmuller, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154191 | + | Robert Oliveri, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154192 | + | Schlossberg & Associates, P.A., d/b/a Schlossberg Mastro, 18421 Henson Blvd. Suite 200, Hagerstown, MD 21742-1389 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Feb 23 2026 19:23:00 | Office of the US Trustee, 6305 Ivy Lane, Ste 600, Greenbelt MD 20770-6305 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 23 2026 19:22:00 | Towd Point Mortgage Trust 2015-2, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 33154172 | | Email/PDF: MarletteBKNotifications@resurgent.com | Feb 23 2026 19:26:34 | Best Egg, Attn: Bankrupcty, PO Box 42912, Philadelphia, PA 19101-2912 |
| 33154171 | | Email/PDF: MarletteBKNotifications@resurgent.com | Feb 23 2026 19:26:43 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 33154175 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2026 19:26:24 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 33154174 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2026 19:26:42 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 33154176 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 23 2026 19:26:24 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 33154177 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 23 2026 19:26:24 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 33154178 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 23 2026 19:23:00 | ComenityCapital/Boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 33154179 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 23 2026 19:23:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 183003, Columbus, OH 43218-3003 |
| 33154182 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 23 2026 19:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 33154185 | + | Email/Text: Documentfiling@lciinc.com | | |

| | | Feb 23 2026 19:22:00 | Lending Club, 595 Market St, San Francisco, CA 94105-5839 |
|---|---|---|---|
| 33154186 | + Email/Text: Documentfiling@lciinc.com | | |
| | | Feb 23 2026 19:22:00 | Lending Club, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-5839 |
| 33154189 | + Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | Feb 23 2026 19:23:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22116-3000 |
| 33154188 | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | Feb 23 2026 19:23:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 33154193 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Feb 23 2026 19:23:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 33154194 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Feb 23 2026 19:23:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 33154195 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 23 2026 19:26:33 | Synchrony Bank/Sams, PO Box 71727, Philadelphia, PA 19176-1727 |
| 33154196 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 23 2026 19:26:24 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 33154198 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 23 2026 19:26:42 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 33154197 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 23 2026 19:26:33 | Synchrony Bank/Sams Club, PO Box 71727, Philadelphia, PA 19176-1727 |
| 33158908 | + Email/Text: RASEBN@raslg.com | | |
| | | Feb 23 2026 19:22:00 | Towd Point Mortgage Trust 2015-2, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Towd Point Mortgage Trust 2015-2, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 33158909 | *+ | Towd Point Mortgage Trust 2015-2, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2026 at the address(es) listed below:**

**Name**                              **Email Address**

District/off: 0416-0 | User: admin | Page 3 of 3
Date Rcvd: Feb 23, 2026 | Form ID: pdfall | Total Noticed: 33

Chaitanya Gopal
cgopal@raslg.com

Courtney L. Morgan
courtney.l.morgan@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

L. Jeanette Rice
Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

Maurice Belmont VerStandig
mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Stephen A. Metz
smetz@offitkurman.com  MD71@ecfcbis.com,lydia.yale@offitkurman.com

US Trustee - Greenbelt
USTPRegion04.GB.ECF@USDOJ.GOV


TOTAL: 6

Entered: February 23rd, 2026
Signed: February 20th, 2026

**SO ORDERED**



Lori Simpson
**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

---

In re:

**WILLIAM MARSHALL CASTLE,**


       Debtor.

**Case No.  26-11062 LSS**
**Chapter 11 (Subchapter V)**

---

### ORDER EXTENDING DEADLINE FOR THE UNITED STATES TRUSTEE TO OBJECT TO DEBTOR'S MOTION TO UTILIZE EXISTING BANK ACCOUNTS AND APPLICATION TO EMPLOY DEBTOR'S COUNSEL

Upon consideration of the Motion to Extend Deadline for United States Trustee to Object to Debtor's Motion to Utilize Existing Bank Accounts and Application to Employ Debtor's Counsel (the "Motion"), and any response filed thereto, IT IS by the United States Bankruptcy Court for the District of Maryland hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the deadline for the United States Trustee to file an objection to the Motion to Utilize FDIC-Insured and NCUA-Insured Depository Accounts [ECF 7] is hereby EXTENDED through and including March 10, 2026; and it is further

ORDERED that the deadline for the United States Trustee to file an objection to the Application to Approve Employment of Maurice B. VerStandig, Esq. and The VerStandig Law Firm, LLC as General Reorganization Counsel to William Castle [ECF 9] is hereby EXTENDED through and including March 10, 2026.

Copies to:
- L. Jeanette Rice (via CM/ECF)
- Maurice Belmont VerStandig (via CM/ECF)
- Courtney L. Morgan  (via CM/ECF)
- US Trustee - Greenbelt (via CM/ECF)

All creditors and parties in interest

**END OF ORDER**