Entered: February 28th, 2026
Signed: February 27th, 2026
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:    Case No.: **26−11062 − LSS**    Chapter: **11**

**William Marshall Castle**
Debtor

## ORDER VACATING
## ORDER IMPROVIDENTLY ENTERED

It appearing that an Order entitled Order Approving Application to Approve Employment of Maurice Verstandig, Esq. and The Verstandig Law Firm as General Reorganization Counsel to William Castle was improvidently entered on February 25, 2026, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the aforesaid Order hereby is vacated.

cc: Debtor
   Attorney for Debtor – Maurice Belmont VerStandig
   Case Trustee – Stephen A. Metz
   U.S. Trustee
   All Other Parties Served with Vacated Order

**End of Order**

40x03 (rev. 12/30/2008) – MarkRybczynski