B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of Maryland

In re  William Marshall Castle _____

_____ Debtor(s)

Case No.  0:26-bk-11062

Chapter  11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐  **FLAT FEE**

For legal services, I have agreed to accept ....................................................... $ _____

Prior to the filing of this statement I have received ...................................... $ _____

Balance Due ...................................................................................................... $ _____

☒  **RETAINER**

For legal services, I have agreed to accept and received a retainer of.......................... $ _____5,000.00__

The undersigned shall bill against the retainer at an hourly rate of............................... $ _____600.00__
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

☒ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☒ Debtor      ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [List other services that counsel has agreed to provide]
Representation of the debtor, through his guardian ad litem, in all facets of this bankruptcy case, including any contested matters or adversary proceedings

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
Representation of the debtor (whether or not through his guardian ad litem) in any proceeding in any other tribunal or in any proceeding unrelated to this bankruptcy case

In re    William Marshall Castle _____    Case No.    0:26-bk-11062 _____
                         Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

March 3, 2026 _____     /s/ Maurice Verstandig _____
*Date*                                     Maurice Verstandig 18071
                                           *Signature of Attorney*
                                           The Belmont Firm
                                           1050 Connecticut NW
                                           Suite 500
                                           Washington, DC 20036
                                            Fax:
                                           mac@mbvesq.com
                                           *Name of law firm*