United States Bankruptcy Court
District of Maryland

In re:   Case No. 26-11062-LSS
William Marshall Castle   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 02, 2026 | Form ID: pdfall | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Marshall Castle, 200 Braeburn Drive, Walkersville, MD 21793-8110 |
| | + | Courtney Morgan, Office of the United States Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chaitanya Gopal | cgopal@raslg.com |
| Courtney L. Morgan | courtney.l.morgan@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Stephen A. Metz | smetz@offitkurman.com  MD71@ecfcbis.com,lydia.yale@offitkurman.com |

District/off: 0416-0 User: admin Page 2 of 2
Date Rcvd: Mar 02, 2026 Form ID: pdfall Total Noticed: 2

US Trustee - Greenbelt
                        USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 6



**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:    Case No.: **26‒11062 ‒ LSS**    Chapter: **11**

**William Marshall Castle**
Debtor

## ORDER VACATING
## ORDER IMPROVIDENTLY ENTERED

It appearing that an Order entitled Order Approving Application to Approve Employment of Maurice Verstandig, Esq. and The Verstandig Law Firm as General Reorganization Counsel to William Castle was improvidently entered on February 25, 2026, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the aforesaid Order hereby is vacated.

cc:   Debtor
      Attorney for Debtor ‒ Maurice Belmont VerStandig
      Case Trustee ‒ Stephen A. Metz
      U.S. Trustee
      All Other Parties Served with Vacated Order

**End of Order**

40x03 (rev. 12/30/2008) ‒ MarkRybczynski