Entered: March 6th, 2026
Signed: March 5th, 2026
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **26–11062 – LSS**   Chapter: **11**

**William Marshall Castle**
Debtor

## ORDER DISSOLVING SHOW CAUSE ORDER
## AFTER RESPONSE

Upon consideration of the response filed by Maurice Belmont VerStandig, to Show Cause Order, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Show Cause Order entered February 6, 2026, is hereby DISSOLVED.

cc:   Debtor
      Attorney for Debtor – Maurice Belmont VerStandig
      Case Trustee – Stephen A. Metz
      U.S. Trustee

**End of Order**

39x12 (rev. 05/31/1990) – MarkRybczynski