United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 26-11062-LSS |
| William Marshall Castle | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 06, 2026 | Form ID: pdfall | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + William Marshall Castle, 200 Braeburn Drive, Walkersville, MD 21793-8110 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.gb.ecf@usdoj.gov | Mar 06 2026 19:36:00 | Office of the US Trustee, 6305 Ivy Lane, Ste 600, Greenbelt MD 20770-6305 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 08, 2026 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chaitanya Gopal | cgopal@raslg.com |
| Courtney L. Morgan | courtney.l.morgan@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 06, 2026 | Form ID: pdfall | Total Noticed: 2 |

      mac@mbvesq.com
      lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Stephen A. Metz
      smetz@offitkurman.com  MD71@ecfcbis.com,lydia.yale@offitkurman.com

US Trustee - Greenbelt
      USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 6

Entered: March 6th, 2026
Signed: March 5th, 2026
**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:    Case No.: **26−11062 − LSS**    Chapter: **11**

**William Marshall Castle**
Debtor

## ORDER DISSOLVING SHOW CAUSE ORDER
## AFTER RESPONSE

Upon consideration of the response filed by Maurice Belmont VerStandig, to Show Cause Order, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Show Cause Order entered February 6, 2026, is hereby DISSOLVED.

cc:  Debtor
     Attorney for Debtor − Maurice Belmont VerStandig
     Case Trustee − Stephen A. Metz
     U.S. Trustee

## End of Order

39x12 (rev. 05/31/1990) − MarkRybczynski