**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| In re | Case No. 26-11062-LSS |
| William Castle | Chapter 11 |
| Debtor. | |
| _____/ | |

**SUPPLEMENTAL DECLARATION IN SUPPORT OF APPLICATION TO APPROVE**
**EMPLOYMENT OF MAURICE B. VERSTANDIG, ESQ.**
**AND THE VERSTANDIG LAW FIRM, LLC AS**
<u>**GENERAL REORGANIZATION COUNSEL TO WILLIAM CASTLE**</u>

1. My name is Maurice VerStandig, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I hereby supplement my prior declaration in this matter, DE #9-1, to add the information set forth *infra*.

3. I am personally familiar with Roger Schlossberg, the guardian *ad litem* in this case and a creditor in this case. Specifically, I know Mr. Schlossberg (i) as having been my opposing counsel in prior matters; (ii) as having been an opposing party, in his official capacity as a chapter 7 trustee, in prior matters; (iii) as having been my co-defendant (alongside a judge of this Honorable Court, an executive of the United States Trustee program, and others) in a since-dismissed federal lawsuit; (iv) as my proposed client, in his official capacity as a chapter 11 trustee, in an unrelated matter; and (v) socially through bar functions, informal gatherings, and such other interactions as are common of members of a fairly small regional bankruptcy bar.

4. I am personally familiar with various employees of the United States Trustee program, insofar as I interact with such persons through my day-to-day work as a bankruptcy attorney.

1

2

I, Maurice VerStandig, pursuant to Section 1746 of Title 29 of the United States Code, do hereby declare, under the penalty of perjury, that I have personal knowledge of the matters set forth herein and the foregoing are true and correct.

Dated: March 9, 2026  By: <u>/s/ Maurice B. VerStandig</u>
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com