| Liquidation Analysis | Total Amount | Real Property | Personal Property |
|---|---|---|---|
| Total Property Value | $596,805.20 | $549,000.00 | $47,805.20 |
| Less: Schedule D. Secured Claims | $549,000.00 | $549,000.00 | $0.00 |
| Less: Schedule C. Exemptions | $17,500.00 | $0.00 | $17,500.00 |
| Interest in Nonexempt Property | $30,305.20 | $0.00 | $30,305.20 |
| Less: Estimated Chapter 7 Admin Expenses | $3,780.52 | | |
| Less: Schedule E Priority Claims | $0.00 | | |
| Available to General Unsecured | $26,524.68 | | |
| Total General Unsecured | $990,309.61 | | |
| Percent Distribution | 2.68% | | |