| Date | Principal | Interest Accrued (8%) | Interest Paid | Principal Paid | Total Payment | Total Debt |
|---|---|---|---|---|---|---|
| February 2, 2026 | $108,094.00 | $0.00 | $0.00 | $0.00 | $0.00 | $108,094.00 |
| March 1, 2026 | $108,094.00 | $639.68 | $0.00 | $0.00 | $0.00 | $108,733.68 |
| April 1, 2026 | $108,094.00 | $734.45 | $0.00 | $0.00 | $0.00 | $109,468.13 |
| May 1, 2026 | $108,094.00 | $710.76 | $0.00 | $0.00 | $0.00 | $110,178.88 |
| June 1, 2026 | $108,094.00 | $734.45 | $851.74 | $0.00 | $851.74 | $110,061.59 |
| July 1, 2026 | $108,094.00 | $710.76 | $851.74 | $0.00 | $851.74 | $109,920.60 |
| August 1, 2026 | $108,094.00 | $734.45 | $851.74 | $0.00 | $851.74 | $109,803.31 |
| September 1, 2026 | $108,094.00 | $734.45 | $851.74 | $0.00 | $851.74 | $109,686.02 |
| October 1, 2026 | $108,094.00 | $710.76 | $851.74 | $0.00 | $851.74 | $109,545.03 |
| November 1, 2026 | $108,094.00 | $734.45 | $851.74 | $0.00 | $851.74 | $109,427.74 |
| December 1, 2026 | $108,094.00 | $710.76 | $851.74 | $0.00 | $851.74 | $109,286.75 |
| January 1, 2027 | $108,094.00 | $734.45 | $851.74 | $0.00 | $851.74 | $109,169.46 |
| February 1, 2027 | $108,094.00 | $734.45 | $851.74 | $0.00 | $851.74 | $109,052.17 |
| March 1, 2027 | $108,094.00 | $663.37 | $851.74 | $0.00 | $851.74 | $108,863.80 |
| April 1, 2027 | $108,094.00 | $734.45 | $851.74 | $0.00 | $851.74 | $108,746.51 |
| May 1, 2027 | $108,094.00 | $710.76 | $851.74 | $0.00 | $851.74 | $108,605.52 |
| June 1, 2027 | $108,094.00 | $734.45 | $851.74 | $0.00 | $851.74 | $108,488.23 |
| July 1, 2027 | $108,094.00 | $710.76 | $851.74 | $0.00 | $851.74 | $108,347.24 |
| August 1, 2027 | $108,094.00 | $734.45 | $851.74 | $0.00 | $851.74 | $108,229.95 |
| September 1, 2027 | $108,094.00 | $734.45 | $851.74 | $0.00 | $851.74 | $108,112.66 |
| October 1, 2027 | $108,094.00 | $710.76 | $851.74 | $0.00 | $851.74 | $107,971.67 |
| November 1, 2027 | $107,971.67 | $734.45 | $734.45 | $117.29 | $851.74 | $107,854.38 |
| December 1, 2027 | $107,854.38 | $709.95 | $709.95 | $141.79 | $851.74 | $107,712.59 |
| January 1, 2028 | $107,712.59 | $732.82 | $732.82 | $118.92 | $851.74 | $107,593.67 |
| February 1, 2028 | $107,593.67 | $731.86 | $731.86 | $119.88 | $851.74 | $107,473.78 |
| March 1, 2028 | $107,473.78 | $683.88 | $683.88 | $167.86 | $851.74 | $107,305.93 |
| April 1, 2028 | $107,305.93 | $730.23 | $730.23 | $121.51 | $851.74 | $107,184.42 |
| May 1, 2028 | $107,184.42 | $705.57 | $705.57 | $146.17 | $851.74 | $107,038.25 |
| June 1, 2028 | $107,038.25 | $728.27 | $728.27 | $123.47 | $851.74 | $106,914.78 |
| July 1, 2028 | $106,914.78 | $703.81 | $703.81 | $147.93 | $851.74 | $106,766.85 |
| August 1, 2028 | $106,766.85 | $726.43 | $726.43 | $125.31 | $851.74 | $106,641.55 |
| September 1, 2028 | $106,641.55 | $725.43 | $725.43 | $126.31 | $851.74 | $106,515.24 |
| October 1, 2028 | $106,515.24 | $701.20 | $701.20 | $150.54 | $851.74 | $106,364.70 |
| November 1, 2028 | $106,364.70 | $723.72 | $723.72 | $128.02 | $851.74 | $106,236.68 |
| December 1, 2028 | $106,236.68 | $699.38 | $699.38 | $152.36 | $851.74 | $106,084.33 |
| January 1, 2029 | $106,084.33 | $721.83 | $721.83 | $129.91 | $851.74 | $105,954.41 |
| February 1, 2029 | $105,954.41 | $720.79 | $720.79 | $130.95 | $851.74 | $105,823.47 |
| March 1, 2029 | $105,823.47 | $650.24 | $650.24 | $201.50 | $851.74 | $105,621.97 |
| April 1, 2029 | $105,621.97 | $719.02 | $719.02 | $132.72 | $851.74 | $105,489.25 |
| May 1, 2029 | $105,489.25 | $694.50 | $694.50 | $157.24 | $851.74 | $105,332.01 |
| June 1, 2029 | $105,332.01 | $716.75 | $716.75 | $134.99 | $851.74 | $105,197.02 |
| July 1, 2029 | $105,197.02 | $692.59 | $692.59 | $159.15 | $851.74 | $105,037.87 |
| August 1, 2029 | $105,037.87 | $714.76 | $714.76 | $136.98 | $851.74 | $104,900.89 |
| September 1, 2029 | $104,900.89 | $713.68 | $713.68 | $138.06 | $851.74 | $104,762.84 |
| October 1, 2029 | $104,762.84 | $689.76 | $689.76 | $161.98 | $851.74 | $104,600.85 |
| November 1, 2029 | $104,600.85 | $711.81 | $711.81 | $139.93 | $851.74 | $104,460.93 |
| December 1, 2029 | $104,460.93 | $687.79 | $687.79 | $163.95 | $851.74 | $104,296.97 |
| January 1, 2030 | $104,296.97 | $709.76 | $709.76 | $141.98 | $851.74 | $104,155.00 |
| February 1, 2030 | $104,155.00 | $708.65 | $708.65 | $143.09 | $851.74 | $104,011.90 |
| March 1, 2030 | $104,011.90 | $639.20 | $639.20 | $212.54 | $851.74 | $103,799.36 |
| April 1, 2030 | $103,799.36 | $706.71 | $706.71 | $145.03 | $851.74 | $103,654.33 |
| May 1, 2030 | $103,654.33 | $682.52 | $682.52 | $169.22 | $851.74 | $103,485.11 |
| June 1, 2030 | $103,485.11 | $704.28 | $704.28 | $147.46 | $851.74 | $103,337.65 |
| July 1, 2030 | $103,337.65 | $680.45 | $680.45 | $171.29 | $851.74 | $103,166.36 |
| August 1, 2030 | $103,166.36 | $702.13 | $702.13 | $149.61 | $851.74 | $103,016.75 |
| September 1, 2030 | $103,016.75 | $700.97 | $700.97 | $150.77 | $851.74 | $102,865.98 |
| October 1, 2030 | $102,865.98 | $677.37 | $677.37 | $174.37 | $851.74 | $102,691.61 |
| November 1, 2030 | $102,691.61 | $698.92 | $698.92 | $152.82 | $851.74 | $102,538.79 |
| December 1, 2030 | $102,538.79 | $675.23 | $675.23 | $176.51 | $851.74 | $102,362.28 |
| January 1, 2031 | $102,362.28 | $696.70 | $696.70 | $155.04 | $851.74 | $102,207.25 |
| February 1, 2031 | $102,207.25 | $695.50 | $695.50 | $156.24 | $851.74 | $102,051.01 |
| March 1, 2031 | $102,051.01 | $627.24 | $627.24 | $224.50 | $851.74 | $101,826.51 |
| April 1, 2031 | $101,826.51 | $693.39 | $693.39 | $158.35 | $851.74 | $101,668.16 |
| May 1, 2031 | $101,668.16 | $669.54 | $669.54 | $182.20 | $851.74 | $101,485.97 |

| Date | Principal | Interest Accrued (8%) | Interest Paid | Principal Paid | Total Payment | Total Debt |
|---|---|---|---|---|---|---|
| June 1, 2031 | $101,485.97 | $690.79 | $690.79 | $160.95 | $851.74 | $101,325.01 |
| July 1, 2031 | $101,325.01 | $667.30 | $667.30 | $184.44 | $851.74 | $101,140.58 |
| August 1, 2031 | $101,140.58 | $688.45 | $688.45 | $163.29 | $851.74 | $100,977.29 |
| September 1, 2031 | $100,977.29 | $687.20 | $687.20 | $164.54 | $851.74 | $100,812.75 |
| October 1, 2031 | $100,812.75 | $663.96 | $663.96 | $187.78 | $851.74 | $100,624.97 |
| November 1, 2031 | $100,624.97 | $684.97 | $684.97 | $166.77 | $851.74 | $100,458.21 |
| December 1, 2031 | $100,458.21 | $661.64 | $661.64 | $190.10 | $851.74 | $100,268.11 |
| January 1, 2032 | $100,268.11 | $682.57 | $682.57 | $169.17 | $851.74 | $100,098.94 |
| February 1, 2032 | $100,098.94 | $681.27 | $681.27 | $170.47 | $851.74 | $99,928.47 |
| March 1, 2032 | $99,928.47 | $636.25 | $636.25 | $215.49 | $851.74 | $99,712.98 |
| April 1, 2032 | $99,712.98 | $678.97 | $678.97 | $172.77 | $851.74 | $99,540.20 |
| May 1, 2032 | $99,540.20 | $655.65 | $655.65 | $196.09 | $851.74 | $99,344.11 |
| June 1, 2032 | $99,344.11 | $676.33 | $676.33 | $175.41 | $851.74 | $99,168.70 |
| July 1, 2032 | $99,168.70 | $653.22 | $653.22 | $198.52 | $851.74 | $98,970.18 |
| August 1, 2032 | $98,970.18 | $673.80 | $673.80 | $177.94 | $851.74 | $98,792.24 |
| September 1, 2032 | $98,792.24 | $672.45 | $672.45 | $179.29 | $851.74 | $98,612.96 |
| October 1, 2032 | $98,612.96 | $649.59 | $649.59 | $202.15 | $851.74 | $98,410.81 |
| November 1, 2032 | $98,410.81 | $670.03 | $670.03 | $181.71 | $851.74 | $98,229.10 |
| December 1, 2032 | $98,229.10 | $647.08 | $647.08 | $204.66 | $851.74 | $98,024.44 |
| January 1, 2033 | $98,024.44 | $667.42 | $667.42 | $184.32 | $851.74 | $97,840.12 |
| February 1, 2033 | $97,840.12 | $666.03 | $666.03 | $185.71 | $851.74 | $97,654.41 |
| March 1, 2033 | $97,654.41 | $600.44 | $600.44 | $251.30 | $851.74 | $97,403.11 |
| April 1, 2033 | $97,403.11 | $663.51 | $663.51 | $188.23 | $851.74 | $97,214.89 |
| May 1, 2033 | $97,214.89 | $640.46 | $640.46 | $211.28 | $851.74 | $97,003.61 |
| June 1, 2033 | $97,003.61 | $660.53 | $660.53 | $191.21 | $851.74 | $96,812.40 |
| July 1, 2033 | $96,812.40 | $637.83 | $637.83 | $213.91 | $851.74 | $96,598.49 |
| August 1, 2033 | $96,598.49 | $657.79 | $657.79 | $193.95 | $851.74 | $96,404.54 |
| September 1, 2033 | $96,404.54 | $656.34 | $656.34 | $195.40 | $851.74 | $96,209.14 |
| October 1, 2033 | $96,209.14 | $633.89 | $633.89 | $217.85 | $851.74 | $95,991.30 |
| November 1, 2033 | $95,991.30 | $653.69 | $653.69 | $198.05 | $851.74 | $95,793.25 |
| December 1, 2033 | $95,793.25 | $631.18 | $631.18 | $220.56 | $851.74 | $95,572.69 |
| January 1, 2034 | $95,572.69 | $650.87 | $650.87 | $200.87 | $851.74 | $95,371.82 |
| February 1, 2034 | $95,371.82 | $649.37 | $649.37 | $202.37 | $851.74 | $95,169.45 |
| March 1, 2034 | $95,169.45 | $585.30 | $585.30 | $266.44 | $851.74 | $94,903.00 |
| April 1, 2034 | $94,903.00 | $646.63 | $646.63 | $205.11 | $851.74 | $94,697.89 |
| May 1, 2034 | $94,697.89 | $624.02 | $624.02 | $227.72 | $851.74 | $94,470.17 |
| June 1, 2034 | $94,470.17 | $643.43 | $643.43 | $208.31 | $851.74 | $94,261.86 |
| July 1, 2034 | $94,261.86 | $621.17 | $621.17 | $230.57 | $851.74 | $94,031.29 |
| August 1, 2034 | $94,031.29 | $640.46 | $640.46 | $211.28 | $851.74 | $93,820.02 |
| September 1, 2034 | $93,820.02 | $638.90 | $638.90 | $212.84 | $851.74 | $93,607.17 |
| October 1, 2034 | $93,607.17 | $616.90 | $616.90 | $234.84 | $851.74 | $93,372.33 |
| November 1, 2034 | $93,372.33 | $636.02 | $636.02 | $215.72 | $851.74 | $93,156.61 |
| December 1, 2034 | $93,156.61 | $613.96 | $613.96 | $237.78 | $851.74 | $92,918.82 |
| January 1, 2035 | $92,918.82 | $632.95 | $632.95 | $218.79 | $851.74 | $92,700.04 |
| February 1, 2035 | $92,700.04 | $631.34 | $631.34 | $220.40 | $851.74 | $92,479.64 |
| March 1, 2035 | $92,479.64 | $568.90 | $568.90 | $282.84 | $851.74 | $92,196.80 |
| April 1, 2035 | $92,196.80 | $628.35 | $628.35 | $223.39 | $851.74 | $91,973.41 |
| May 1, 2035 | $91,973.41 | $606.23 | $606.23 | $245.51 | $851.74 | $91,727.90 |
| June 1, 2035 | $91,727.90 | $624.92 | $624.92 | $226.82 | $851.74 | $91,501.07 |
| July 1, 2035 | $91,501.07 | $603.14 | $603.14 | $248.60 | $851.74 | $91,252.47 |
| August 1, 2035 | $91,252.47 | $621.71 | $621.71 | $230.03 | $851.74 | $91,022.44 |
| September 1, 2035 | $91,022.44 | $620.02 | $620.02 | $231.72 | $851.74 | $90,790.72 |
| October 1, 2035 | $90,790.72 | $598.50 | $598.50 | $253.24 | $851.74 | $90,537.48 |
| November 1, 2035 | $90,537.48 | $616.88 | $616.88 | $234.86 | $851.74 | $90,302.62 |
| December 1, 2035 | $90,302.62 | $595.31 | $595.31 | $256.43 | $851.74 | $90,046.20 |
| January 1, 2036 | $90,046.20 | $613.56 | $613.56 | $238.18 | $851.74 | $89,808.02 |
| February 1, 2036 | $89,808.02 | $611.82 | $611.82 | $239.92 | $851.74 | $89,568.10 |
| March 1, 2036 | $89,568.10 | $570.83 | $570.83 | $280.91 | $851.74 | $89,287.19 |
| April 1, 2036 | $89,287.19 | $608.57 | $608.57 | $243.17 | $851.74 | $89,044.03 |
| May 1, 2036 | $89,044.03 | $587.09 | $587.09 | $264.65 | $851.74 | $88,779.38 |
| June 1, 2036 | $88,779.38 | $605.01 | $605.01 | $246.73 | $851.74 | $88,532.65 |
| July 1, 2036 | $88,532.65 | $583.75 | $583.75 | $267.99 | $851.74 | $88,264.67 |
| August 1, 2036 | $88,264.67 | $601.54 | $601.54 | $250.20 | $851.74 | $88,014.46 |
| September 1, 2036 | $88,014.46 | $599.72 | $599.72 | $252.02 | $851.74 | $87,762.44 |

| Date | Principal | Interest Accrued (8%) | Interest Paid | Principal Paid | Total Payment | Total Debt |
|---|---|---|---|---|---|---|
| October 1, 2036 | $87,762.44 | $578.73 | $578.73 | $273.01 | $851.74 | $87,489.42 |
| November 1, 2036 | $87,489.42 | $596.30 | $596.30 | $255.44 | $851.74 | $87,233.99 |
| December 1, 2036 | $87,233.99 | $575.27 | $575.27 | $276.47 | $851.74 | $86,957.52 |
| January 1, 2037 | $86,957.52 | $592.71 | $592.71 | $259.03 | $851.74 | $86,698.49 |
| February 1, 2037 | $86,698.49 | $590.83 | $590.83 | $260.91 | $851.74 | $86,437.59 |
| March 1, 2037 | $86,437.59 | $532.07 | $532.07 | $319.67 | $851.74 | $86,117.92 |
| April 1, 2037 | $86,117.92 | $587.30 | $587.30 | $264.44 | $851.74 | $85,853.48 |
| May 1, 2037 | $85,853.48 | $566.25 | $566.25 | $285.49 | $851.74 | $85,567.99 |
| June 1, 2037 | $85,567.99 | $583.33 | $583.33 | $268.41 | $851.74 | $85,299.59 |
| July 1, 2037 | $85,299.59 | $562.64 | $562.64 | $289.10 | $851.74 | $85,010.48 |
| August 1, 2037 | $85,010.48 | $579.57 | $579.57 | $272.17 | $851.74 | $84,738.31 |
| September 1, 2037 | $84,738.31 | $577.61 | $577.61 | $274.13 | $851.74 | $84,464.18 |
| October 1, 2037 | $84,464.18 | $557.18 | $557.18 | $294.56 | $851.74 | $84,169.62 |
| November 1, 2037 | $84,169.62 | $573.89 | $573.89 | $277.85 | $851.74 | $83,891.78 |
| December 1, 2037 | $83,891.78 | $553.44 | $553.44 | $298.30 | $851.74 | $83,593.48 |
| January 1, 2038 | $83,593.48 | $570.00 | $570.00 | $281.74 | $851.74 | $83,311.75 |
| February 1, 2038 | $83,311.75 | $567.98 | $567.98 | $283.76 | $851.74 | $83,027.98 |
| March 1, 2038 | $83,027.98 | $511.28 | $511.28 | $340.46 | $851.74 | $82,687.53 |
| April 1, 2038 | $82,687.53 | $564.14 | $564.14 | $287.60 | $851.74 | $82,399.92 |
| May 1, 2038 | $82,399.92 | $543.70 | $543.70 | $308.04 | $851.74 | $82,091.88 |
| June 1, 2038 | $82,091.88 | $559.87 | $559.87 | $291.87 | $851.74 | $81,800.01 |
| July 1, 2038 | $81,800.01 | $539.78 | $539.78 | $311.96 | $851.74 | $81,488.05 |
| August 1, 2038 | $81,488.05 | $555.79 | $555.79 | $295.95 | $851.74 | $81,192.10 |
| September 1, 2038 | $81,192.10 | $553.67 | $553.67 | $298.07 | $851.74 | $80,894.03 |
| October 1, 2038 | $80,894.03 | $533.87 | $533.87 | $317.87 | $851.74 | $80,576.16 |
| November 1, 2038 | $80,576.16 | $549.64 | $549.64 | $302.10 | $851.74 | $80,274.06 |
| December 1, 2038 | $80,274.06 | $529.82 | $529.82 | $321.92 | $851.74 | $79,952.13 |
| January 1, 2039 | $79,952.13 | $545.42 | $545.42 | $306.32 | $851.74 | $79,645.82 |
| February 1, 2039 | $79,645.82 | $543.24 | $543.24 | $308.50 | $851.74 | $79,337.31 |
| March 1, 2039 | $79,337.31 | $488.79 | $488.79 | $362.95 | $851.74 | $78,974.36 |
| April 1, 2039 | $78,974.36 | $539.06 | $539.06 | $312.68 | $851.74 | $78,661.68 |
| May 1, 2039 | $78,661.68 | $519.28 | $519.28 | $332.46 | $851.74 | $78,329.22 |
| June 1, 2039 | $78,329.22 | $534.47 | $534.47 | $317.27 | $851.74 | $78,011.95 |
| July 1, 2039 | $78,011.95 | $515.04 | $515.04 | $336.70 | $851.74 | $77,675.25 |
| August 1, 2039 | $77,675.25 | $530.05 | $530.05 | $321.69 | $851.74 | $77,353.56 |
| September 1, 2039 | $77,353.56 | $527.77 | $527.77 | $323.97 | $851.74 | $77,029.59 |
| October 1, 2039 | $77,029.59 | $508.63 | $508.63 | $343.11 | $851.74 | $76,686.48 |
| November 1, 2039 | $76,686.48 | $523.38 | $523.38 | $328.36 | $851.74 | $76,358.12 |
| December 1, 2039 | $76,358.12 | $504.24 | $504.24 | $347.50 | $851.74 | $76,010.62 |
| January 1, 2040 | $76,010.62 | $518.82 | $518.82 | $332.92 | $851.74 | $75,677.69 |
| February 1, 2040 | $75,677.69 | $516.46 | $516.46 | $335.28 | $851.74 | $75,342.41 |
| March 1, 2040 | $75,342.41 | $481.02 | $481.02 | $370.72 | $851.74 | $74,971.69 |
| April 1, 2040 | $74,971.69 | $511.92 | $511.92 | $339.82 | $851.74 | $74,631.86 |
| May 1, 2040 | $74,631.86 | $492.96 | $492.96 | $358.78 | $851.74 | $74,273.09 |
| June 1, 2040 | $74,273.09 | $507.09 | $507.09 | $344.65 | $851.74 | $73,928.44 |
| July 1, 2040 | $73,928.44 | $488.37 | $488.37 | $363.37 | $851.74 | $73,565.07 |
| August 1, 2040 | $73,565.07 | $502.31 | $502.31 | $349.43 | $851.74 | $73,215.63 |
| September 1, 2040 | $73,215.63 | $499.84 | $499.84 | $351.90 | $851.74 | $72,863.73 |
| October 1, 2040 | $72,863.73 | $481.42 | $481.42 | $370.32 | $851.74 | $72,493.41 |
| November 1, 2040 | $72,493.41 | $495.07 | $495.07 | $356.67 | $851.74 | $72,136.75 |
| December 1, 2040 | $72,136.75 | $476.67 | $476.67 | $375.07 | $851.74 | $71,761.68 |
| January 1, 2041 | $71,761.68 | $490.13 | $490.13 | $361.61 | $851.74 | $71,400.07 |
| February 1, 2041 | $71,400.07 | $487.59 | $487.59 | $364.15 | $851.74 | $71,035.92 |
| March 1, 2041 | $71,035.92 | $438.18 | $438.18 | $413.56 | $851.74 | $70,622.36 |
| April 1, 2041 | $70,622.36 | $482.65 | $482.65 | $369.09 | $851.74 | $70,253.27 |
| May 1, 2041 | $70,253.27 | $464.37 | $464.37 | $387.37 | $851.74 | $69,865.90 |
| June 1, 2041 | $69,865.90 | $477.34 | $477.34 | $374.40 | $851.74 | $69,491.50 |
| July 1, 2041 | $69,491.50 | $459.39 | $459.39 | $392.35 | $851.74 | $69,099.15 |
| August 1, 2041 | $69,099.15 | $472.16 | $472.16 | $379.58 | $851.74 | $68,719.57 |
| September 1, 2041 | $68,719.57 | $469.50 | $469.50 | $382.24 | $851.74 | $68,337.32 |
| October 1, 2041 | $68,337.32 | $451.85 | $451.85 | $399.89 | $851.74 | $67,937.44 |
| November 1, 2041 | $67,937.44 | $464.32 | $464.32 | $387.42 | $851.74 | $67,550.02 |
| December 1, 2041 | $67,550.02 | $446.71 | $446.71 | $405.03 | $851.74 | $67,144.99 |
| January 1, 2042 | $67,144.99 | $458.97 | $458.97 | $392.77 | $851.74 | $66,752.22 |

| Date | Principal | Interest Accrued (8%) | Interest Paid | Principal Paid | Total Payment | Total Debt |
|---|---|---|---|---|---|---|
| February 1, 2042 | $66,752.22 | $456.22 | $456.22 | $395.52 | $851.74 | $66,356.70 |
| March 1, 2042 | $66,356.70 | $409.66 | $409.66 | $442.08 | $851.74 | $65,914.62 |
| April 1, 2042 | $65,914.62 | $450.86 | $450.86 | $400.88 | $851.74 | $65,513.74 |
| May 1, 2042 | $65,513.74 | $433.41 | $433.41 | $418.33 | $851.74 | $65,095.41 |
| June 1, 2042 | $65,095.41 | $445.13 | $445.13 | $406.61 | $851.74 | $64,688.80 |
| July 1, 2042 | $64,688.80 | $428.02 | $428.02 | $423.72 | $851.74 | $64,265.09 |
| August 1, 2042 | $64,265.09 | $439.53 | $439.53 | $412.21 | $851.74 | $63,852.88 |
| September 1, 2042 | $63,852.88 | $436.65 | $436.65 | $415.09 | $851.74 | $63,437.79 |
| October 1, 2042 | $63,437.79 | $419.85 | $419.85 | $431.89 | $851.74 | $63,005.90 |
| November 1, 2042 | $63,005.90 | $431.03 | $431.03 | $420.71 | $851.74 | $62,585.19 |
| December 1, 2042 | $62,585.19 | $414.29 | $414.29 | $437.45 | $851.74 | $62,147.74 |
| January 1, 2043 | $62,147.74 | $425.24 | $425.24 | $426.50 | $851.74 | $61,721.23 |
| February 1, 2043 | $61,721.23 | $422.26 | $422.26 | $429.48 | $851.74 | $61,291.76 |
| March 1, 2043 | $61,291.76 | $378.78 | $378.78 | $472.96 | $851.74 | $60,818.80 |
| April 1, 2043 | $60,818.80 | $416.45 | $416.45 | $435.29 | $851.74 | $60,383.51 |
| May 1, 2043 | $60,383.51 | $399.90 | $399.90 | $451.84 | $851.74 | $59,931.67 |
| June 1, 2043 | $59,931.67 | $410.28 | $410.28 | $441.46 | $851.74 | $59,490.21 |
| July 1, 2043 | $59,490.21 | $394.07 | $394.07 | $457.67 | $851.74 | $59,032.54 |
| August 1, 2043 | $59,032.54 | $404.21 | $404.21 | $447.53 | $851.74 | $58,585.01 |
| September 1, 2043 | $58,585.01 | $401.10 | $401.10 | $450.64 | $851.74 | $58,134.37 |
| October 1, 2043 | $58,134.37 | $385.22 | $385.22 | $466.52 | $851.74 | $57,667.84 |
| November 1, 2043 | $57,667.84 | $395.00 | $395.00 | $456.74 | $851.74 | $57,211.10 |
| December 1, 2043 | $57,211.10 | $379.19 | $379.19 | $472.55 | $851.74 | $56,738.54 |
| January 1, 2044 | $56,738.54 | $388.72 | $388.72 | $463.02 | $851.74 | $56,275.53 |
| February 1, 2044 | $56,275.53 | $385.51 | $385.51 | $466.23 | $851.74 | $55,809.30 |
| March 1, 2044 | $55,809.30 | $357.70 | $357.70 | $494.04 | $851.74 | $55,315.25 |
| April 1, 2044 | $55,315.25 | $379.20 | $379.20 | $472.54 | $851.74 | $54,842.71 |
| May 1, 2044 | $54,842.71 | $363.72 | $363.72 | $488.02 | $851.74 | $54,354.69 |
| June 1, 2044 | $54,354.69 | $372.63 | $372.63 | $479.11 | $851.74 | $53,875.58 |
| July 1, 2044 | $53,875.58 | $357.40 | $357.40 | $494.34 | $851.74 | $53,381.24 |
| August 1, 2044 | $53,381.24 | $366.06 | $366.06 | $485.68 | $851.74 | $52,895.56 |
| September 1, 2044 | $52,895.56 | $362.70 | $362.70 | $489.04 | $851.74 | $52,406.52 |
| October 1, 2044 | $52,406.52 | $347.81 | $347.81 | $503.93 | $851.74 | $51,902.58 |
| November 1, 2044 | $51,902.58 | $356.08 | $356.08 | $495.66 | $851.74 | $51,406.92 |
| December 1, 2044 | $51,406.92 | $341.28 | $341.28 | $510.46 | $851.74 | $50,896.46 |
| January 1, 2045 | $50,896.46 | $349.29 | $349.29 | $502.45 | $851.74 | $50,394.00 |
| February 1, 2045 | $50,394.00 | $345.82 | $345.82 | $505.92 | $851.74 | $49,888.08 |
| March 1, 2045 | $49,888.08 | $309.27 | $309.27 | $542.47 | $851.74 | $49,345.61 |
| April 1, 2045 | $49,345.61 | $338.97 | $338.97 | $512.77 | $851.74 | $48,832.83 |
| May 1, 2045 | $48,832.83 | $324.46 | $324.46 | $527.28 | $851.74 | $48,305.56 |
| June 1, 2045 | $48,305.56 | $331.80 | $331.80 | $519.94 | $851.74 | $47,785.61 |
| July 1, 2045 | $47,785.61 | $317.63 | $317.63 | $534.11 | $851.74 | $47,251.50 |
| August 1, 2045 | $47,251.50 | $324.68 | $324.68 | $527.06 | $851.74 | $46,724.44 |
| September 1, 2045 | $46,724.44 | $321.05 | $321.05 | $530.69 | $851.74 | $46,193.75 |
| October 1, 2045 | $46,193.75 | $307.23 | $307.23 | $544.51 | $851.74 | $45,649.24 |
| November 1, 2045 | $45,649.24 | $313.86 | $313.86 | $537.88 | $851.74 | $45,111.36 |
| December 1, 2045 | $45,111.36 | $300.16 | $300.16 | $551.58 | $851.74 | $44,559.78 |
| January 1, 2046 | $44,559.78 | $306.51 | $306.51 | $545.23 | $851.74 | $44,014.55 |
| February 1, 2046 | $44,014.55 | $302.76 | $302.76 | $548.98 | $851.74 | $43,465.58 |
| March 1, 2046 | $43,465.58 | $270.12 | $270.12 | $581.62 | $851.74 | $42,883.95 |
| April 1, 2046 | $42,883.95 | $295.33 | $295.33 | $556.41 | $851.74 | $42,327.54 |
| May 1, 2046 | $42,327.54 | $281.98 | $281.98 | $569.76 | $851.74 | $41,757.78 |
| June 1, 2046 | $41,757.78 | $287.60 | $287.60 | $564.14 | $851.74 | $41,193.63 |
| July 1, 2046 | $41,193.63 | $274.57 | $274.57 | $577.17 | $851.74 | $40,616.46 |
| August 1, 2046 | $40,616.46 | $279.89 | $279.89 | $571.85 | $851.74 | $40,044.61 |
| September 1, 2046 | $40,044.61 | $275.97 | $275.97 | $575.77 | $851.74 | $39,468.84 |
| October 1, 2046 | $39,468.84 | $263.31 | $263.31 | $588.43 | $851.74 | $38,880.41 |
| November 1, 2046 | $38,880.41 | $268.17 | $268.17 | $583.57 | $851.74 | $38,296.84 |
| December 1, 2046 | $38,296.84 | $255.65 | $255.65 | $596.09 | $851.74 | $37,700.76 |
| January 1, 2047 | $37,700.76 | $260.21 | $260.21 | $591.53 | $851.74 | $37,109.22 |
| February 1, 2047 | $37,109.22 | $256.16 | $256.16 | $595.58 | $851.74 | $36,513.64 |
| March 1, 2047 | $36,513.64 | $227.74 | $227.74 | $624.00 | $851.74 | $35,889.64 |
| April 1, 2047 | $35,889.64 | $248.09 | $248.09 | $603.65 | $851.74 | $35,285.99 |
| May 1, 2047 | $35,285.99 | $235.99 | $235.99 | $615.75 | $851.74 | $34,670.24 |

| Date | Principal | Interest Accrued (8%) | Interest Paid | Principal Paid | Total Payment | Total Debt |
|---|---|---|---|---|---|---|
| June 1, 2047 | $34,670.24 | $239.75 | $239.75 | $611.99 | $851.74 | $34,058.25 |
| July 1, 2047 | $34,058.25 | $227.97 | $227.97 | $623.77 | $851.74 | $33,434.48 |
| August 1, 2047 | $33,434.48 | $231.41 | $231.41 | $620.33 | $851.74 | $32,814.15 |
| September 1, 2047 | $32,814.15 | $227.17 | $227.17 | $624.57 | $851.74 | $32,189.58 |
| October 1, 2047 | $32,189.58 | $215.76 | $215.76 | $635.98 | $851.74 | $31,553.61 |
| November 1, 2047 | $31,553.61 | $218.71 | $218.71 | $633.03 | $851.74 | $30,920.58 |
| December 1, 2047 | $30,920.58 | $207.48 | $207.48 | $644.26 | $851.74 | $30,276.31 |
| January 1, 2048 | $30,276.31 | $210.09 | $210.09 | $641.65 | $851.74 | $29,634.66 |
| February 1, 2048 | $29,634.66 | $205.71 | $205.71 | $646.03 | $851.74 | $28,988.64 |
| March 1, 2048 | $28,988.64 | $188.36 | $188.36 | $663.38 | $851.74 | $28,325.26 |
| April 1, 2048 | $28,325.26 | $196.96 | $196.96 | $654.78 | $851.74 | $27,670.48 |
| May 1, 2048 | $27,670.48 | $186.25 | $186.25 | $665.49 | $851.74 | $27,004.99 |
| June 1, 2048 | $27,004.99 | $188.01 | $188.01 | $663.73 | $851.74 | $26,341.26 |
| July 1, 2048 | $26,341.26 | $177.57 | $177.57 | $674.17 | $851.74 | $25,667.09 |
| August 1, 2048 | $25,667.09 | $178.98 | $178.98 | $672.76 | $851.74 | $24,994.32 |
| September 1, 2048 | $24,994.32 | $174.40 | $174.40 | $677.34 | $851.74 | $24,316.98 |
| October 1, 2048 | $24,316.98 | $164.35 | $164.35 | $687.39 | $851.74 | $23,629.59 |
| November 1, 2048 | $23,629.59 | $165.22 | $165.22 | $686.52 | $851.74 | $22,943.07 |
| December 1, 2048 | $22,943.07 | $155.37 | $155.37 | $696.37 | $851.74 | $22,246.70 |
| January 1, 2049 | $22,246.70 | $155.89 | $155.89 | $695.85 | $851.74 | $21,550.85 |
| February 1, 2049 | $21,550.85 | $151.16 | $151.16 | $700.58 | $851.74 | $20,850.26 |
| March 1, 2049 | $20,850.26 | $132.26 | $132.26 | $719.48 | $851.74 | $20,130.78 |
| April 1, 2049 | $20,130.78 | $141.67 | $141.67 | $710.07 | $851.74 | $19,420.71 |
| May 1, 2049 | $19,420.71 | $132.37 | $132.37 | $719.37 | $851.74 | $18,701.33 |
| June 1, 2049 | $18,701.33 | $131.95 | $131.95 | $719.79 | $851.74 | $17,981.55 |
| July 1, 2049 | $17,981.55 | $122.97 | $122.97 | $728.77 | $851.74 | $17,252.78 |
| August 1, 2049 | $17,252.78 | $122.18 | $122.18 | $729.56 | $851.74 | $16,523.21 |
| September 1, 2049 | $16,523.21 | $117.22 | $117.22 | $734.52 | $851.74 | $15,788.70 |
| October 1, 2049 | $15,788.70 | $108.65 | $108.65 | $743.09 | $851.74 | $15,045.60 |
| November 1, 2049 | $15,045.60 | $107.28 | $107.28 | $744.46 | $851.74 | $14,301.14 |
| December 1, 2049 | $14,301.14 | $98.93 | $98.93 | $752.81 | $851.74 | $13,548.33 |
| January 1, 2050 | $13,548.33 | $97.17 | $97.17 | $754.57 | $851.74 | $12,793.76 |
| February 1, 2050 | $12,793.76 | $92.05 | $92.05 | $759.69 | $851.74 | $12,034.07 |
| March 1, 2050 | $12,034.07 | $78.52 | $78.52 | $773.22 | $851.74 | $11,260.85 |
| April 1, 2050 | $11,260.85 | $81.77 | $81.77 | $769.97 | $851.74 | $10,490.87 |
| May 1, 2050 | $10,490.87 | $74.04 | $74.04 | $777.70 | $851.74 | $9,713.18 |
| June 1, 2050 | $9,713.18 | $71.28 | $71.28 | $780.46 | $851.74 | $8,932.72 |
| July 1, 2050 | $8,932.72 | $63.87 | $63.87 | $787.87 | $851.74 | $8,144.85 |
| August 1, 2050 | $8,144.85 | $60.69 | $60.69 | $791.05 | $851.74 | $7,353.80 |
| September 1, 2050 | $7,353.80 | $55.34 | $55.34 | $796.40 | $851.74 | $6,557.40 |
| October 1, 2050 | $6,557.40 | $48.35 | $48.35 | $803.39 | $851.74 | $5,754.01 |
| November 1, 2050 | $5,754.01 | $44.55 | $44.55 | $807.19 | $851.74 | $4,946.83 |
| December 1, 2050 | $4,946.83 | $37.83 | $37.83 | $813.91 | $851.74 | $4,132.92 |
| January 1, 2051 | $4,132.92 | $33.61 | $33.61 | $818.13 | $851.74 | $3,314.79 |
| February 1, 2051 | $3,314.79 | $28.08 | $28.08 | $823.66 | $851.74 | $2,491.14 |
| March 1, 2051 | $2,491.14 | $20.34 | $20.34 | $831.40 | $851.74 | $1,659.74 |
| April 1, 2051 | $1,659.74 | $16.93 | $16.93 | $834.81 | $851.74 | $824.92 |
| May 1, 2051 | $824.92 | $10.91 | $10.91 | $824.92 | $835.84 | $0.00 |