The Court requests the U.S. Trustee file a line within 14 days setting forth his position on the supplemental declaration.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**Greenbelt Division**

In re                                                 Case No. 26-11062

William Castle                               Chapter 11

    Debtor.

_____/

**ORDER APPROVING APPLICATION TO APPROVE EMPLOYMENT OF MAURICE VERSTANDIG, ESQ. AND THE VERSTANDIG LAW FIRM AS GENERAL REORGANIZATION COUNSEL TO WILLIAM CASTLE**

Upon consideration of the Application to Approve Employment of Maurice VerStandig, Esq. and The VerStandig Firm, LLC, as General Reorganization Counsel to William Castle (the "Application," with the debtor herein being known as the "Debtor"), any objections thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

FOUND, that Maurice VerStandig, Esq. is an attorney duly authorized to practice in the United States Bankruptcy Court for the District of Maryland; and it is further

FOUND, that Maurice VerStandig, Esq. and the VerStandig Law Firm, LLC do not hold any interest adverse to the Debtor or the estate; and it is further



1

FOUND, that Maurice VerStandig, Esq. and the VerStandig Law Firm, LLC are disinterested persons within the meaning set forth in Section 101(14) of Title 11 of the United States Code; and it is further

ORDERED, the Debtor be, and is hereby authorized to, employ under general retainer Maurice VerStandig, Esq. and The VerStandig Law Firm, LLC as general reorganization counsel to the Debtor; and it is further

ORDERED, that any compensation paid to Maurice VerStandig, Esq. and The VerStandig Law Firm, LLC is subject to the review of this Honorable Court, in conformity with governing law.



Copies:

All counsel of record

END OF ORDER