# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

| | |
|---|---|
| IN RE: | * |
| | *   Case No:  26-11062-LSS |
| William Marshall Castle | * |
| | *   Chapter 11-Subchapter V |
| Debtor. | * |
| | * |
| | * |
| | * |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

THE CLERK OF SAID COURT will please enter the appearance of Elizabeth L. Morris and the law firm of MORRIS SESSING as counsel on behalf of Creditor Estate of R. Carroll Waltemyer, in this case.

Pursuant to Bankruptcy Rule 2002, counsel hereby requests service of all notices and papers filed or served in this case.

Respectfully submitted,

MORRIS SESSING

Dated:  March 12, 2026          By:   /s/ Elizabeth L. Morris
                                      Elizabeth L. Morris ( #28493)
                                      12850 Middlebrook Road, Suite 308
                                      Germantown, Maryland 20874
                                      (301) 637-0143
                                      (888) 551-9301 (fax)
                                      lee@morrissessing.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was sent, via the Court's CM/ECF system, on March 12, 2026, to the following:

    Chaitanya Gopal  cgopal@raslg.com
    Stephen A. Metz  smetz@offitkurman.com
    Courtney L. Morgan   USTPRegion04.GB.ECF@USDOJ.GOV
    L. Jeanette Rice     Jeanette.Rice@usdoj.gove
    US Trustee-Greenbelt  USTPRegion04.GB.ECF@USDOJ.GOV
    Maurice Belmont Verstandig  mac@mbvesq.com

    /s/ Elizabeth L. Morris
    Elizabeth L. Morris