Entered: March 12th, 2026
Signed: March 12th, 2026

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| William Marshall Castle, | * | Case No. 26-11062-LSS |
| Debtor. | * | Chapter 11 |
| | * | |

## ORDER DIRECTING PARTIES TO MEET AND CONFER

Before the Court is the Motion to Utilize FDIC-Insured and NCUA-Insured Depository Accounts [Dkt. No. 7], filed on behalf of the Debtor, the Response to the Motion [Dkt. No. 49], filed by United States Trustee, and the Reply to Opposition to Motion to Utilize FDIC-insured and NCUA-insured Depository Accounts [Dkt. No. 55] filed by the Debtor. At issue is whether or not the Debtor may use pre-petition Depository Accounts rather than closing those accounts and opening new Debtor in Possession accounts. The Court has determined that, in the interest of judicial economy and efficiency, the parties should meet and confer to determine if a mutually agreeable resolution is possible. Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that Debtor and the United States Trustee shall meet and confer at a mutually

agreeable time and place, but no later than 28 days after the entry of this Order; and, it is further,

**ORDERED**, that within 30 days after the entry of this Order, Debtor shall file on the record certification of whether the conference described above occurred and whether the parties resolved this matter or desire a hearing; and it is further,

**ORDERED**, that Debtor's failure to comply with this Order may result in the Court striking the Motion to Utilize FDIC-Insured and NCUA-Insured Depository Accounts [Dkt. No. 7] without further notice or a hearing.

cc:    Debtor
       Debtor's Counsel – Maurice VerStandig
       United States Trustee – Courtney Morgan

**End of Order**