IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re:<br><br>**WILLIAM MARSHALL CASTLE,**<br><br>Debtor. | Case No. 26-11062 LSS<br>Chapter 11 (Subchapter V) |

### LINE INDICATING UNITED STATES TRUSTEE'S POSITION ON SUPPLEMENTAL DECLARATION

Matthew W. Cheney, Acting United States Trustee for Region 4 (the "United States Trustee"), by counsel, hereby files this line to inform the Court that the Supplemental Declaration in Support of Application to Approve Employment of Maurice B. VerStandig, Esq. and The VerStandig Law Firm, LLC as General Reorganization Counsel to William Castle [ECF 50] is sufficient to resolve the United States Trustee's Limited Objection to the Application to Approve Employment of Maurice B. VerStandig, Esq. and The VerStandig Law Firm, LLC as General Reorganization Counsel to William Castle [ECF 48].

Dated: March 13, 2026

**MATTHEW W. CHENEY**
Acting United States Trustee for Region 4
By Counsel:

*By: /s/ Courtney L. Morgan*
Courtney L. Morgan, Bar No. 17817
Trial Attorney
Office of United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
Telephone: (301) 344-0023
Fax: (301) 344-8431
Email: Courtney.L.Morgan@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 13, 2026, a copy of the foregoing Line Indicating United States Trustee's Position on Supplemental Declaration was served electronically through the Court's Electronic Case Filing notices system on the following:

- **Chaitanya Gopal**   cgopal@raslg.com
- **Stephen A. Metz**   smetz@offitkurman.com, MD71@ecfcbis.com;lydia.yale@offitkurman.com
- **Courtney L. Morgan**   courtney.l.morgan@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Elizabeth Morris**   lee@morrissessing.com
- **L. Jeanette Rice**   Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **US Trustee - Greenbelt**   USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Courtney L. Morgan
Courtney L. Morgan