**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

In re                                                    Case No. 26-11062-LSS

William Castle                                           Chapter 11

      Debtor.

_____/

### REPORT PURSUANT TO 11 U.S.C. § 1188(c)

Comes now William Castle (the "Debtor"), by and through his guardian *ad litem*, Roger Schlossberg ("Mr. Schlossberg"), and further by and through undersigned counsel, pursuant to section 1188(c) of title 11 of the United States Code and this Honorable Court's scheduling order, DE #61, and reports as follows:

The Debtor is a natural person engaged in the business of renting a portion of the developed real estate upon which he personally lives, with three tenants—occupying two rental units—as of the time of this case's filing. As separately addressed on the docket, and discussed at first day hearings, the Debtor benefits from the services of Mr. Schlossberg as a guardian *ad litem*, and Mr. Schlossberg—after being previously appointed in two state court cases—has continued in such role, with this Honorable Court's approval, DE #31, in the instant case.

Vis a vis efforts to formulate a chapter 11 plan and the timeliness thereof: Mr. Schlossberg is pleased to share one has already been filed, DE #44, and the Debtor is prepared to proceed with the balloting thereof following entry of a scheduling order.

As for creditor communications: no parties in interest, aside from the United States Trustee and the Subchapter V trustee, attended the meeting of creditors in this matter, and no communications have been had with any creditors. This is a fairly straightforward case insofar as the majority (albeit not whole) of the Debtor's income is exempt, and the chapter 11 filing is chiefly

1

aimed at addressing a third position lien on the Debtor's residence. The proposed plan on file, DE #44, is largely—albeit not entirely—focused on modifying that third position debt and does so in a rational and feasible fashion. So while Mr. Schlossberg is certainly open to receiving the input of any creditors who may elect to assume a larger role in this case on a forward looking basis, there is also healthy optimism that the extant plan is one likely to bring about an efficient conclusion to this matter.

Finally, in terms of payment to the Subchapter V trustee: undersigned counsel has agreed to share his pre-petition retainer with the Subchapter V trustee (something that has been done in other cases with this trustee, and another member of the Subchapter V trustee panel, in this Honorable Court and in neighboring courts). While the Debtor does not feign to speak for the Subchapter V trustee, it is believed this arrangement has proven agreeable.

Mr. Schlossberg and undersigned counsel are appreciative of the time and attention this Honorable Court has invested in this matter and look forward to the forthcoming status conference, inclusive of the opportunity to therein address any questions this Honorable Court may have about this matter.

Respectfully submitted,

Dated: April 5, 2026   By:   /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Debtor*

*[Certificate of Service on Following Page]*

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 5th day of April 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Chaitanya Gopal    cgopal@raslg.com
- Stephen A. Metz    smetz@offitkurman.com, MD71@ecfcbis.com;lydia.yale@offitkurman.com
- Courtney L. Morgan    courtney.l.morgan@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.

3