**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

In re

Case No. 26-11062-LSS

William Castle

Chapter 11

    Debtor.

_____/

**REPORT OF COMPLIANCE WITH ORDER TO MEET AND CONFER**

Comes now William Castle (the "Debtor"), by and through his guardian *ad litem*, Roger Schlossberg ("Mr. Schlossberg"), and further by and through undersigned counsel, pursuant to this Honorable Court's Order Directing Parties to Meet and Confer, DE #57, and reports as follows:

Counsel for the Debtor and counsel for the United States Trustee met telephonically, to discuss the pending Motion to Utilize FDIC-Insured and NCUA-Insured Depository Accounts (the "Bank Account Motion"), DE #7, on March 31, 2026. The same counsel met telephonically, again, with Mr. Schlossberg also present, on April 6, 2026. The calls, in the aggregate, exceeded 35 minutes (though certain unrelated aspects of this case were also therein discussed). For self-evident reasons, the Debtor will refrain from herein disclosing the sum and substance of the positions taken—and arguments advanced—during the two calls.

The parties have been unable to reach a resolution to the Bank Account Motion.

*[Signature on Following Page]*

1

Respectfully submitted,

Dated: April 7, 2026      By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of April 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Chaitanya Gopal    cgopal@raslg.com
- Stephen A. Metz      smetz@offitkurman.com, MD71@ecfcbis.com;lydia.yale@offitkurman.com
- Courtney L. Morgan      courtney.l.morgan@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig      mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.

2