_____RETAIN

_____

**Lori S. Simpson , U. S. BANKRUPTCY JUDGE**          Evidentiary Hrg: Y N
                                                      Exhibits Filed: Y N

PROCEEDING MEMO – CHAPTER 11


Date: 04/09/2026 Time: 10:00

**CASE: 26-11062 William Marshall Castle**

✓Maurice Belmont VerStandig representing William Marshall Castle (Debtor)

✓Stephen A. Metz (Trustee)

✓Courtney L. Morgan and L. Jeanette Rice representing US Trustee –
Greenbelt (U.S. Trustee)

Courtney L. Morgan representing U.S. Trustee (U.S. Trustee)

[1] Chapter 11 Subchapter V Voluntary Petition Individual
. Fee Amount $1738 Filed by William
Marshall Castle. Ch 11 Plan Subch V Due by 05/4/2026.
Government Proof of Claim due by 08/3/2026. Schedules
A/B-J due 02/17/2026. Declaration for Schedules
due 02/17/2026. Statement of Financial Affairs due
02/17/2026. Summary of Assets and Liabilities due
02/17/2026. Social Security Number Verification
Page due by 02/17/2026. Incomplete Filings due 02/17/2026

**MOVANT** : William Castle BY M VerStandig


PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

    Approved_____Denied Approval_____Deadline to file Amended D/S_____

    Other_____

    Confirmed_____as modified by _____

    Denied Confirmation_____with leave to amend by_____

    Other_____

DISPOSITIONS:

    Granted_____Denied_____Withdrawn_____Consent_____Default____Under Adv._____

    Moot_____Dismissed_____Relief by Operation of Law (no order req.)_____

    Continued to: _____

DECISION:

    [ ] Signed by Court          [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel          [ ] Court
        [ ] Respondent's counsel      [ ] Other _____

NOTES: Status conf. held.  Confirmation to be June 1 at 10 am in person unless otherwise noted on the docket.  Court will also hear the motion to use prepetition bank accounts at that time.