Entered: April 17th, 2026
Signed: April 17th, 2026

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **William Marshall Castle** | * | Case No. 26-11062 |
| | * | Chapter 11 (Subchapter V) |
| Debtor. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### SECOND SCHEDULING ORDER

The above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code. The Court entered an Initial Scheduling Order in this case on **March 17, 2026**, and held a preliminary status conference on **April 9, 2026**. Based on the record of the preliminary status conference and for good cause appearing, IT IS ORDERED:

1.  Confirmation Hearing. The Court shall hold a hearing on confirmation of the Debtor's plan of reorganization on **June 1, 2026** at **10:00 am** in Courtroom 3-E, of the U.S. Bankruptcy Court, U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, MD 20770.

2.  Objections to Plan. **May 18, 2026,** is the deadline for filing and serving written objections to confirmation of the Debtor's plan of reorganization pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1). *Any party in interest objecting to the Debtor's plan of reorganization, including the proposed treatment of any claim or interest under the plan, must file and serve a timely objection in accordance with this Scheduling Order and the applicable rules*.

3.  Voting on Plan. **May 18, 2026,** is the deadline for submitting written acceptances or rejections of the Debtor's plan of reorganization. Acceptances and rejections must be submitted to the Debtor's attorney at the following address:

    Maurice VerStandig
    The VerStandig Law Firm, LLC

9812 Falls Road, #114-160
Potomac, MD 20854

4.   Service of Plan Documents.  On or before **April 22, 2026**, the Debtor shall serve a copy of this Second Scheduling Order, the Debtor's plan of reorganization, and a ballot conforming to Official Form 314 on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee, and the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d); *the Debtor's attorney shall thereafter promptly file a certificate of service with the Court*.

cc:     All Parties

**End of Order**