United States Bankruptcy Court

District of Maryland

In re:                                                                    Case No. 26-11062-LSS

William Marshall Castle                                                   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                    User: admin                    Page 1 of 3

Date Rcvd: Apr 17, 2026                 Form ID: pdfall               Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Marshall Castle, 200 Braeburn Drive, Walkersville, MD 21793-8110 |
| 33154170 | + | Amanda Driscole, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154173 | + | Brennan Baxter Ferguson, Esq., Brock & Scott PLLC, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154180 | + | Comptroller of Maryland, Revenue Administration Division, PO Box 549, Annapolis, MD 21404-0549 |
| 33193729 | + | Estate of R. Carroll Waltemyer, c/o Elizabeth L. Morris, 12850 Middlebrook Rd, Ste 308, Germantown Md 20874-5244 |
| 33154181 | + | Estate of R. Carroll Waltemyer, Attn: Bonnie B. Potter, Personal Represe, c/o Mary Ann Ferguson, 9438 Woodsboro Pike, Walkersville, MD 21793-9160 |
| 33219556 | + | Estate of R. Carroll Waltlemyer, C/O Mary Ann Ferguson, Carroll & Ferguson, 9438 Woodsboro Pike, Walkersville, Maryland 21793-9160 |
| 33154183 | + | Jeremy Wilkins, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154184 | + | John C. Hanrahan, Esq., Brock & Scott, PLLC, 7520 Standish Place Suite 265, Derwood, MD 20855-2858 |
| 33154187 | + | M. Delawter Esquire, LLC, d/b/a DLaw, 110 Thomas Johnson Drive Suite 160, Frederick, MD 21702-4948 |
| 33154190 | + | Paul Heinmuller, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154191 | + | Robert Oliveri, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154192 | + | Schlossberg & Associates, P.A., d/b/a Schlossberg Mastro, 18421 Henson Blvd. Suite 200, Hagerstown, MD 21742-1389 |
| 33215742 | | Towd Point Mortgage Trust 2015-2, U.S. Bank, National Association as Indenture, Trustee - Select Portfolio Servicing,, Inc. P.O. Box 65250 Salt Lake, City, UT 84165-0250 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Apr 17 2026 19:25:00 | Towd Point Mortgage Trust 2015-2, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 33198452 | | Email/Text: bankruptcy@bhg-inc.com | Apr 17 2026 19:25:00 | Bankers Healthcare Group, LLC, 201 Solar Street, Syracuse, NY 13204 |
| 33154172 | | Email/PDF: MarletteBKNotifications@resurgent.com | Apr 17 2026 19:32:32 | Best Egg, Attn: Bankrupcty, PO Box 42912, Philadelphia, PA 19101-2912 |
| 33154171 | | Email/PDF: MarletteBKNotifications@resurgent.com | Apr 17 2026 19:32:27 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 33154175 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2026 19:32:37 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 33154174 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2026 19:32:27 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 33182341 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 17 2026 19:32:39 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 33154176 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 17 2026 19:32:37 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 33154177 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 17 2026 19:32:37 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 33154178 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 17 2026 19:26:00 | ComenityCapital/Boscov, PO Box 182120, |

District/off: 0416-0                    User: admin                          Page 2 of 3

Date Rcvd: Apr 17, 2026                 Form ID: pdfall                      Total Noticed: 44

| | | | |
|---|---|---|---|
| | | | Columbus, OH 43218-2120 |
| 33154179 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 17 2026 19:26:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 183003, Columbus, OH 43218-3003 |
| 33154182 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 17 2026 19:26:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 33186642 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 17 2026 19:25:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 33154185 | + Email/Text: Documentfiling@lciinc.com | Apr 17 2026 19:25:00 | Lending Club, 595 Market St, San Francisco, CA 94105-5839 |
| 33154186 | + Email/Text: Documentfiling@lciinc.com | Apr 17 2026 19:25:00 | Lending Club, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-5839 |
| 33154189 | + Email/Text: ext_ebn_inbox@navyfederal.org | Apr 17 2026 19:26:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22116-3000 |
| 33202285 | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 17 2026 19:26:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 33154188 | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 17 2026 19:26:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 33187308 | Email/Text: bnc-quantum@quantum3group.com | Apr 17 2026 19:26:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 33220665 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 19:32:28 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 33154193 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 17 2026 19:26:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 33154194 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 17 2026 19:26:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 33222631 | + Email/PDF: ebn_ais@aisinfo.com | Apr 17 2026 19:32:33 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 33154195 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 17 2026 19:32:37 | Synchrony Bank/Sams, PO Box 71727, Philadelphia, PA 19176-1727 |
| 33154196 | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 17 2026 19:32:37 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 33154198 | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 17 2026 19:32:32 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 33154197 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 17 2026 19:32:26 | Synchrony Bank/Sams Club, PO Box 71727, Philadelphia, PA 19176-1727 |
| 33222037 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 17 2026 19:26:00 | TOWD POINT MORTGAGE TRUST 2015-2, c/o, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 33158908 | + Email/Text: RASEBN@raslg.com | Apr 17 2026 19:25:00 | Towd Point Mortgage Trust 2015-2, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 33217217 | + Email/PDF: ebn_ais@aisinfo.com | Apr 17 2026 19:32:28 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Towd Point Mortgage Trust 2015-2, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 33158909 | *+ | Towd Point Mortgage Trust 2015-2, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2026                         Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chaitanya Gopal | cgopal@raslg.com |
| Courtney L. Morgan | courtney.l.morgan@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Elizabeth Morris | lee@morrissessing.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Stephen A. Metz | smetz@offitkurman.com  MD71@ecfcbis.com,lydia.yale@offitkurman.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 7

Entered: April 17th, 2026
Signed: April 17th, 2026

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **William Marshall Castle** | * | Case No. 26-11062 |
| | * | Chapter 11 (Subchapter V) |
| Debtor. | * | |
| | * | |

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## <u>SECOND SCHEDULING ORDER</u>

The above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code. The Court entered an Initial Scheduling Order in this case on **March 17, 2026**, and held a preliminary status conference on **April 9, 2026**. Based on the record of the preliminary status conference and for good cause appearing, IT IS ORDERED:

1. <u>Confirmation Hearing</u>. The Court shall hold a hearing on confirmation of the Debtor's plan of reorganization on **June 1, 2026** at **10:00 am** in Courtroom 3-E, of the U.S. Bankruptcy Court, U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, MD 20770.

2. <u>Objections to Plan</u>. **May 18, 2026,** is the deadline for filing and serving written objections to confirmation of the Debtor's plan of reorganization pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1). *Any party in interest objecting to the Debtor's plan of reorganization, including the proposed treatment of any claim or interest under the plan, must file and serve a timely objection in accordance with this Scheduling Order and the applicable rules*.

3. <u>Voting on Plan</u>. **May 18, 2026,** is the deadline for submitting written acceptances or rejections of the Debtor's plan of reorganization. Acceptances and rejections must be submitted to the Debtor's attorney at the following address:

   Maurice VerStandig
   The VerStandig Law Firm, LLC

9812 Falls Road, #114-160
Potomac, MD 20854

4.    <u>Service of Plan Documents</u>.  On or before **April 22, 2026**, the Debtor shall serve a copy of this Second Scheduling Order, the Debtor's plan of reorganization, and a ballot conforming to Official Form 314 on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee, and the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d); *the Debtor's attorney shall thereafter promptly file a certificate of service with the Court*.

cc:    All Parties

**End of Order**