**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

In re

William Castle

  Debtor.

Case No. 26-11062-LSS

Chapter 11

_____/

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 22nd day of April, 2026, I caused a copy of (i) the plan of reorganization, DE #52; (ii) this Honorable Court's second scheduling order, DE #70, and (iii) a ballot, to be served through a third party mailing vendor, on all parties on the attached mailing matrix, via US Mail, postage prepaid, *except* no copy was served on undersigned counsel.

  I further note that while the attached mailing matrix shows the three addresses for the Estate of R. Carroll Waltemyer being excluded, such is because those were separately served (via the same commercial mailing vendor) with a different form of ballot, since that creditor is in a separate class than all other creditors entitled to vote on the plan.

      Respectfully submitted,

Dated: May 10, 2026  By: /s/ Maurice B. VerStandig
        Maurice B. VerStandig, Esq.
        Bar No. MD18071
        The VerStandig Law Firm, LLC
        9812 Falls Road, #114-160
        Potomac, Maryland 20854
        Phone: (301) 444-4600
        mac@mbvesq.com
        *Counsel for the Debtor*

*[Certificate of Service on Following Page]*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 10th day of May 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Chaitanya Gopal    cgopal@raslg.com
- Stephen A. Metz    smetz@offitkurman.com, MD71@ecfcbis.com;lydia.yale@offitkurman.com
- Courtney L. Morgan    courtney.l.morgan@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Elizabeth Morris    lee@morrissessing.com
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.