CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-11062
DISTRICT OF MARYLAND
WED APR 22 12-12-46 PST 2026

EXCLUDE

(U)ESTATE OF R CARROLL WALTEMYER

TOWD POINT MORTGAGE TRUST  20152
ROBERTSON  ANSCHUTZ  SCHNEID  CRANE  PA
13010 MORRIS RD  SUITE 450
ALPHARETTA  GA 30004-2001

US TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
6305 IVY LANE
SUITE 600
GREENBELT  MD 20770-6305

AMANDA DRISCOLE
5431 OLEANDER DRIVE
WILMINGTON  NC 28403-5847

(P)BANKERS HEALTHCARE GROUP LLC
ATTN BANKRUPTCY DEPT
201 SOLAR STREET
SYRACUSE NY 13204-1425

BEST EGG
ATTN BANKRUPCTY
PO BOX 42912
PHILADELPHIA  PA 19101-2912

BEST EGG
PO BOX 42912
PHILADELPHIA  PA 19101-2912

BRENNAN BAXTER FERGUSON  ESQ
BROCK  SCOTT PLLC
5431 OLEANDER DRIVE
WILMINGTON  NC 28403-5847

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY  UT 84131-0293

CAPITAL ONE  NA
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO BOX 15299
WILMINGTON  DE 19850-5299

CHASE CARD SERVICES
PO BOX 15369
WILMINGTON  DE 19850-5369

COMENITYCAPITALBOSCOV
ATTN BANKRUPTCY DEPT
PO BOX 183003
COLUMBUS  OH 43218-3003

COMENITYCAPITALBOSCOV
PO BOX 182120
COLUMBUS  OH 43218-2120

COMPTROLLER OF MARYLAND
REVENUE ADMINISTRATION DIVISION
PO BOX 549
ANNAPOLIS  MD 21404-0549

EXCLUDE

ESTATE OF R CARROLL WALTEMYER
ATTN BONNIE B POTTER  PERSONAL REPRESE
CO MARY ANN FERGUSON
9438 WOODSBORO PIKE
WALKERSVILLE  MD 21793-9160

EXCLUDE

ESTATE OF R CARROLL WALTEMYER
CO ELIZABETH L MORRIS
12850 MIDDLEBROOK RD  STE 308
GERMANTOWN MD 20874-5244

EXCLUDE

ESTATE OF R CARROLL WALTLEMYER
CO MARY ANN FERGUSON
CARROLL  FERGUSON
9438 WOODSBORO PIKE
WALKERSVILLE  MARYLAND 21793-9160

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

JPMORGAN CHASE BANK  NA
SBMT CHASE BANK USA  NA
CO NATIONAL BANKRUPTCY SERVICES  LLC
PO BOX 9013
ADDISON  TEXAS 75001-9013

JEREMY WILKINS
5431 OLEANDER DRIVE
WILMINGTON  NC 28403-5847

JOHN C HANRAHAN  ESQ
BROCK  SCOTT PLLC
7520 STANDISH PLACE SUITE 265
DERWOOD  MD 20855-2858

LENDING CLUB
595 MARKET ST
SAN FRANCISCO  CA 94105-5839

LENDING CLUB
ATTN BANKRUPTCY
595 MARKET ST STE 200
SAN FRANCISCO  CA 94105-5839

M DELAWTER ESQUIRE  LLC
DBA DLAW
110 THOMAS JOHNSON DRIVE SUITE 160
FREDERICK  MD 21702-4948

NAVY FEDERAL CREDIT UNION
ATTN BANKRUPTCY
PO BOX 3000
MERRIFIELD  VA 22116-3000

NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD  VA 22119-3000

NAVY FEDERAL CREDIT UNION
PO BOX 3700
MERRIFIELD  VA 22119-3700

PAUL HEINMULLER
5431 OLEANDER DRIVE
WILMINGTON  NC 28403-5847

QUANTUM3 GROUP LLC AS AGENT FOR
CROWN ASSET MANAGEMENT LLC
PO BOX 788
KIRKLAND  WA  98083-0788

RESURGENT CAPITAL SERVICES AS SERVICING AGEN
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

ROBERT OLIVERI
5431 OLEANDER DRIVE
WILMINGTON  NC 28403-5847

SCHLOSSBERG  ASSOCIATES  PA
DBA SCHLOSSBERG MASTRO
18421 HENSON BLVD SUITE 200
HAGERSTOWN  MD 21742-1389

SELECT PORTFOLIO SERVICING  INC
10401 DEERWOOD PARK BLVD
JACKSONVILLE  FL 32256-0505

SELECT PORTFOLIO SERVICING  INC
ATTN BANKRUPTCY
PO BOX 65250
SALT LAKE CITY  UT 84165-0250

SYNCHRONY BANK
BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

SYNCHRONY BANKSAMS
ATTN BANKRUPTCY
PO BOX 965065
ORLANDO  FL 32896-5065

SYNCHRONY BANKSAMS
PO BOX 71727
PHILADELPHIA  PA 19176-1727

SYNCHRONY BANKSAMS CLUB
ATTN BANKRUPTCY
PO BOX 965065
ORLANDO  FL 32896-5065

SYNCHRONY BANKSAMS CLUB
PO BOX 71727
PHILADELPHIA  PA 19176-1727

TOWD POINT MORTGAGE TRUST 20152
CO
SELECT PORTFOLIO SERVICING  INC
PO BOX 65250
SALT LAKE CITY  UT 84165-0250

TOWD POINT MORTGAGE TRUST  20152
ROBERTSON  ANSCHUTZ  SCHNEID   CRANE PL
13010 MORRIS RD  SUITE 450
ALPHARETTA  GA 30004-2001

TOWD POINT MORTGAGE TRUST 20152  US BANK
NATIONAL ASSOCIATION AS INDENTURE
TRUSTEE - SELECT PORTFOLIO SERVICING
INC PO BOX 65250 SALT LAKE
CITY  UT 84165-0250

EXCLUDE

MAURICE DELMONT VERSTANDIG
THE VERSTANDIG LAW FIRM  LLC
9812 FALLS ROAD
114 160
POTOMAC  MD 20854 3976

US TRUSTEE  GREENBELT
6305 IVY LANE  SUITE 600
GREENBELT  MD 20770-6305

VERIZON
BY AIS INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

DEBTOR

STEPHEN A METZ
OFFIT KURMAN  PA
7501 WISCONSIN AVE  SUITE 1000W
BETHESDA  MD 20814-6604

WILLIAM MARSHALL CASTLE
200 BRAEBURN DRIVE
WALKERSVILLE  MD 21793-8110