**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**
\*

| | | |
|---|---|---|
| In Re: | \* | |
| William Marshall Castle | \* | Case No. 26-11062 |
| | | Chapter 11 (Subchapter V) |
| Debtor | \* | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**Objection to Chapter 11, Subchapter V Plan of Debtor**

Now comes Creditor Estate of R. Carroll Waltemyer by its attorneys Daniel C. Carroll and Carroll and Ferguson, and Objects to the Debtor's Subchapter V Plan of Reorganization filed by Roger Schlosserg, guardian *ad litem* on behalf of Debtor William Castle, and says unto this Honorable Court;

1)      That the Debtor understates the value the real estate at 200 Braeburn Drive, Walkersville, Maryland, 21793.  Recent sales in the subdivision on smaller lots and without the ADU have closed at $650,000.00 range.  The property has a Zillow value at present of between $890,000.00 and $1,150,000.00 with an estimated value of 1,014,500.00. (See attached screen shot of Zillow estimate.) Assuming the condition is not the best, the lower end of the estimate is reasonable.

2)      Creditor's Counsel has spoken with Patricia Mills, a real estate broker in the area who has been used by Debtor as rental agent for the last 3 years.  In the course of that time, she has become familiar with the condition of the ADU and has a limited knowledge of the condition of the main house.  After a quick search of comparables, a rough estimate of the values of the property breaks down as the main house being worth about $596,900 and the ADU is worth about $325,000.00 or a total value of about $901,900.00.

3.      Debtor is valuing the property at $549,000.00 for purposes of a 'cram down' on secured creditor. The difference between the Debtors' value of $549,000.00 and low estimates of current market value is $341,000.00.  Creditor's current proof of claim is $414,644.46.   Total of prior liens is about $440,906.00 per the Debtor's schedules, leaving $108,094.00 in equity to support this claim if Debtor's values are used.  Using a low-end market value, there is about $449,094.00 in equity to support Creditor claim and therefore no grounds to reduce the secured value of the claim.  (See Debtor's Schedule C).

4)      Debtor is 80 years old and has sufficiently diminished capacity to require a guardian *as litem*.  The Debtor's business requires that he rent and maintain the rental units on his home property to sustain his income to pay the plan payments.  At present the first-floor unit is reportedly 'nice' and fairly easy to rent. The other unit (lower unit) is in need of upgrade work.  It is highly unlikely that the Debtor will be able to make the all the payments under the proposed plan.  11 U.S.C. §1191(c)(3).

5)      According to Debtor's Schedule I, Debtor receives $1564.00 per month in rental income.  The upstairs unit in the ADU rents for $2200.00 per month and the downstairs unit rents for $1750.00 per month. (See Email from Patricia Mills dated May 11, 2026).  On schedule J, the Debtor lists a total of $1105.00 per month in utilities without any breakdown between the ADU and the main dwelling unit. The difference between the ADU rental amounts and the reported income is not explained and raises questions about the commitment of all disposable income to the plan as required for confirmation by §1191(c)(3) and §1191(d).

Wherefore the Proposed Chapter 11 , Sub V Plan, not meeting the requirements of 11 U.S.C. §1191, the Creditor Requests that the Plan no be confirmed.

Respectfully submitted,
/S/ Daniel C. Carroll_____
Daniel C. Carroll (06867)
Carroll & Ferguson
9438 Woodsboro Pike
Walkersville, Maryland 21793
(301)845-0470
danc@carrollandferguson.com

CERTIFICATE OF SERVICE

I hereby certify that on May  13, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Entry of Appearance will be served electronically by the Court's CM/ECF system on the following:

Electronic Mail Notice List - Parties in the case only

- Chaitanya Gopal     cgopal@raslg.com
- Stephen A. Metz     smetz@offitkurman.com, MD71@ecfcbis.com;lydia.yale@offitkurman.com
- Courtney L. Morgan     courtney.l.morgan@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Elizabeth Morris     lee@morrissessing.com
- L. Jeanette Rice     Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt     USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig     mac@mbvesq.com,

sa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

I hereby further certify that on May  13, 2026, a copy of  Objection to Plan was also mailed first class mail, postage prepaid to:

Chaitanya Gopal
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
6409 Congress Ave.
Boca Raton, FL 33487
301-928-1247
Email: cgopal@raslg.com

Courtney L. Morgan
United States Department of Justice
6305 Ivy Lane

Suite 600
Greenbelt, MD 20770
301-344-0023
Email: courtney.l.morgan@usdoj.gov

Elizabeth Morris
Morris Sessing
12850 Middlebrook Road, 308
Germantown, MD 20874
301-637-0143
Email: lee@morrissessing.com

L. Jeanette Rice
Office of the U. S. Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770
301-344-6220
Email: Jeanette.Rice@usdoj.gov

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
301-444-4600
Email: mac@mbvesq.com

Stephen A. Metz
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814-6604
*Chapter 11(V) Trustee*
smert@offitkurman.com
240-507-1726

                                        By: /s/ Daniel C. Carroll (06867)
                                        Daniel C. Carroll
                                        danc@carrollandferguson.com