## Daniel C. Carroll

| | |
|---|---|
| **From:** | Mary Ann Ferguson <maferguson@carrollandferguson.com> |
| **Sent:** | Monday, May 11, 2026 2:23 PM |
| **To:** | Daniel C. Carroll |
| **Subject:** | Fwd: For Dan. Bill Castle |
| **Importance:** | High |

-------- Forwarded Message --------
**Subject:** For Dan. Bill Castle
   **Date:** Mon, 11 May 2026 10:25:55 -0400
  **From:** Trish Mills <team@trishmillsteam.com>
      **To:** Mary Ann Ferguson <maferguson@carrollandferguson.com>, Mary Ann Ferguson <fergielawyer@gmail.com>, Trish Mills- Personal Email <team@trishmillsteam.com>

Hi Dan , sorry I'm out of town and I could not find your email quickly

Looking quickly at comparables without seeing the inside of the main house, the value of the house comes to 576 900 and the ADU is approximately 325,000 which brings us to a rough estimate value of 901,900

The rental for the upstairs unit is $2200 per month and the rental for the downstairs unit is $1750 a month Bill Castle  pays for all utilities. It is public sewer, well water,  oil and electric, but it is not separately metered or separately divided which is why Bill pays for everything.  He also pays to have the grass professionally mowed. There is an inground pool in terrible shape that the tenants do not have access to. Bill self manages the property, but my property management company has secured the tenant for him for the last three years.

Please let me know what else I can do to help.

Enjoy your day,

Trish Mills

The Trish Mills Team with Charis Realty Group
Associate Broker, Team Leader

Cell: 301-748-0434

1

Office: 240-776-8444
Email: team@trishmillsteam.com