< **Back to search**    **Zillow**   ♥ Saved   ⬆ Share   ∘∘∘ More

♥ Off market

## Zestimate®
# $1,014,500
200 Braeburn Dr, Walkersville, MD 21793

| -- | 2 | 4,752 |
|----|----|----|
| **beds** | **baths** | **sqft** |

Est. refi payment: **$6,069/mo**  Ⓢ  **Refinance your loan**

🏢 SingleFamily          🔨 Built in 1910          ⚖ 2.77 Acres Lot

⧉ $1,014,500 Zestimate®   📊 $213/sqft          🤲 $3,395 Estimated rent

## Home value

Zestimate®

**☰ Zillow**   ♥ Saved   ⬆ Share



**⌂ Zestimate®**

# $1,014,500
200 Braeburn Dr, Walkersville, MD 21793

| -- | 2 | 4,752 |
|----|---|-------|
| **beds** | **baths** | **sqft** |

Est. refi payment: $6,069/mo   Ⓢ   Refinance your loan

| | | |
|---|---|---|
| ⌂ SingleFamily | ⚒ Built in 1910 | ⚲ 2.77 Acres Lot |
| ⌂ $1,014,500 Zestimate® | $ $213/sqft | ⚘ $3,395 Estimated rent |

# Home value

< **Back to search**   **Zillow**   ♥ Saved   ⬆ Share   ∘∘∘ More

Home value    Cost calculator    Home details    Neighborhood

# Home value

Zestimate®
## $1,014,500

Estimated sales range
## $893,000 - $1.15M

Rent Zestimate®
## $3,395/mo

## Help make your Zestimate® more accurate

Edit home facts

## Zestimate® history    Table view
**+52% in last 10 years**

⌂ Home values    Ⓢ Rent Zestimate    Tax paid

