|  | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 |
|---|---|---|---|---|---|
| Rent Income | $3,950.00 | $3,950.00 | $3,950.00 | $3,950.00 | $3,950.00 |
| Social Security | $2,246.00 | $2,246.00 | $2,246.00 | $2,246.00 | $2,246.00 |
| Military Pension | $4,855.56 | $4,855.56 | $4,855.56 | $4,855.56 | $4,855.56 |
| Airline Pension | $3,634.23 | $3,634.23 | $3,634.23 | $3,634.23 | $3,634.23 |
|  |  |  |  |  |  |
| Total Income | $14,685.79 | $14,685.79 | $14,685.79 | $14,685.79 | $14,685.79 |
|  |  |  |  |  |  |
| Class 1 Payment | $5,118.26 | $5,118.26 | $5,118.26 | $5,118.26 | $5,118.26 |
| Class 2 Payment | $851.74 | $851.74 | $851.74 | $851.74 | $851.74 |
| Class 3 Payment | $337.50 | $337.50 | $337.50 | $337.50 | $337.50 |
| HOA Dues | $272.00 | $272.00 | $272.00 | $272.00 | $272.00 |
| Utilities | $1,105.00 | $1,105.00 | $1,105.00 | $1,105.00 | $1,105.00 |
| Food and Housekeeping Supplies | $1,420.00 | $1,420.00 | $1,420.00 | $1,420.00 | $1,420.00 |
| Clothing and Personal Care | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Medical/Dental | $364.00 | $364.00 | $364.00 | $364.00 | $364.00 |
| Transportation | $480.00 | $480.00 | $480.00 | $480.00 | $480.00 |
| Entertainment | $138.00 | $138.00 | $138.00 | $138.00 | $138.00 |
| Vehicle Insurance | $380.00 | $380.00 | $380.00 | $380.00 | $380.00 |
| Property Maintenance and Repair | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 |
| Misc. Personal Expenses | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 |
| Capital Maintenance Reserve | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
|  |  |  |  |  |  |
| Total Expenses | $14,666.50 | $14,666.50 | $14,666.50 | $14,666.50 | $14,666.50 |

| | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 |
|---|---|---|---|---|---|
| Rent Income | $3,950.00 | $3,950.00 | $3,950.00 | $3,950.00 | $3,950.00 |
| Social Security | $2,246.00 | $2,246.00 | $2,246.00 | $2,246.00 | $2,246.00 |
| Military Pension | $4,855.56 | $4,855.56 | $4,855.56 | $4,855.56 | $4,855.56 |
| Airline Pension | $3,634.23 | $3,634.23 | $3,634.23 | $3,634.23 | $3,634.23 |
| | | | | | |
| Total Income | $14,685.79 | $14,685.79 | $14,685.79 | $14,685.79 | $14,685.79 |
| | | | | | |
| Class 1 Payment | $5,118.26 | $5,118.26 | $5,118.26 | $5,118.26 | $5,118.26 |
| Class 2 Payment | $851.74 | $851.74 | $851.74 | $851.74 | $851.74 |
| Class 3 Payment | $337.50 | $337.50 | $337.50 | $337.50 | $337.50 |
| HOA Dues | $272.00 | $272.00 | $272.00 | $272.00 | $272.00 |
| Utilities | $1,105.00 | $1,105.00 | $1,105.00 | $1,105.00 | $1,105.00 |
| Food and Housekeeping Supplies | $1,420.00 | $1,420.00 | $1,420.00 | $1,420.00 | $1,420.00 |
| Clothing and Personal Care | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Medical/Dental | $364.00 | $364.00 | $364.00 | $364.00 | $364.00 |
| Transportation | $480.00 | $480.00 | $480.00 | $480.00 | $480.00 |
| Entertainment | $138.00 | $138.00 | $138.00 | $138.00 | $138.00 |
| Vehicle Insurance | $380.00 | $380.00 | $380.00 | $380.00 | $380.00 |
| Property Maintenance and Repair | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 |
| Misc. Personal Expenses | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 |
| Capital Maintenance Reserve | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| | | | | | |
| Total Expenses | $14,666.50 | $14,666.50 | $14,666.50 | $14,666.50 | $14,666.50 |

| | May-27 | Jun-27 | Jul-27 | Aug-27 | Sep-27 |
|---|---|---|---|---|---|
| Rent Income | $3,950.00 | $3,950.00 | $3,950.00 | $3,950.00 | $3,950.00 |
| Social Security | $2,246.00 | $2,246.00 | $2,246.00 | $2,246.00 | $2,246.00 |
| Military Pension | $4,855.56 | $4,855.56 | $4,855.56 | $4,855.56 | $4,855.56 |
| Airline Pension | $3,634.23 | $3,634.23 | $3,634.23 | $3,634.23 | $3,634.23 |
| | | | | | |
| Total Income | $14,685.79 | $14,685.79 | $14,685.79 | $14,685.79 | $14,685.79 |
| | | | | | |
| Class 1 Payment | $5,118.26 | $5,118.26 | $5,118.26 | $5,118.26 | $5,118.26 |
| Class 2 Payment | $851.74 | $851.74 | $851.74 | $851.74 | $851.74 |
| Class 3 Payment | $337.50 | $337.50 | $337.50 | $337.50 | $337.50 |
| HOA Dues | $272.00 | $272.00 | $272.00 | $272.00 | $272.00 |
| Utilities | $1,105.00 | $1,105.00 | $1,105.00 | $1,105.00 | $1,105.00 |
| Food and Housekeeping Supplies | $1,420.00 | $1,420.00 | $1,420.00 | $1,420.00 | $1,420.00 |
| Clothing and Personal Care | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Medical/Dental | $364.00 | $364.00 | $364.00 | $364.00 | $364.00 |
| Transportation | $480.00 | $480.00 | $480.00 | $480.00 | $480.00 |
| Entertainment | $138.00 | $138.00 | $138.00 | $138.00 | $138.00 |
| Vehicle Insurance | $380.00 | $380.00 | $380.00 | $380.00 | $380.00 |
| Property Maintenance and Repair | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 |
| Misc. Personal Expenses | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 |
| Capital Maintenance Reserve | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| | | | | | |
| Total Expenses | $14,666.50 | $14,666.50 | $14,666.50 | $14,666.50 | $14,666.50 |

| | Oct-27 | Nov-27 | Dec-27 | Jan-28 | Feb-28 |
|---|---|---|---|---|---|
| Rent Income | $3,950.00 | $3,950.00 | $3,950.00 | $3,950.00 | $3,950.00 |
| Social Security | $2,246.00 | $2,246.00 | $2,246.00 | $2,246.00 | $2,246.00 |
| Military Pension | $4,855.56 | $4,855.56 | $4,855.56 | $4,855.56 | $4,855.56 |
| Airline Pension | $3,634.23 | $3,634.23 | $3,634.23 | $3,634.23 | $3,634.23 |
| | | | | | |
| Total Income | $14,685.79 | $14,685.79 | $14,685.79 | $14,685.79 | $14,685.79 |
| | | | | | |
| Class 1 Payment | $5,118.26 | $5,118.26 | $5,118.26 | $5,118.26 | $5,118.26 |
| Class 2 Payment | $851.74 | $851.74 | $851.74 | $851.74 | $851.74 |
| Class 3 Payment | $337.50 | $337.50 | $337.50 | $337.50 | $337.50 |
| HOA Dues | $272.00 | $272.00 | $272.00 | $272.00 | $272.00 |
| Utilities | $1,105.00 | $1,105.00 | $1,105.00 | $1,105.00 | $1,105.00 |
| Food and Housekeeping Supplies | $1,420.00 | $1,420.00 | $1,420.00 | $1,420.00 | $1,420.00 |
| Clothing and Personal Care | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Medical/Dental | $364.00 | $364.00 | $364.00 | $364.00 | $364.00 |
| Transportation | $480.00 | $480.00 | $480.00 | $480.00 | $480.00 |
| Entertainment | $138.00 | $138.00 | $138.00 | $138.00 | $138.00 |
| Vehicle Insurance | $380.00 | $380.00 | $380.00 | $380.00 | $380.00 |
| Property Maintenance and Repair | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 |
| Misc. Personal Expenses | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 |
| Capital Maintenance Reserve | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| | | | | | |
| Total Expenses | $14,666.50 | $14,666.50 | $14,666.50 | $14,666.50 | $14,666.50 |

| | Mar-28 | Apr-28 | May-28 | Jun-28 | Jul-28 |
|---|---|---|---|---|---|
| Rent Income | $3,950.00 | $3,950.00 | $3,950.00 | $3,950.00 | $3,950.00 |
| Social Security | $2,246.00 | $2,246.00 | $2,246.00 | $2,246.00 | $2,246.00 |
| Military Pension | $4,855.56 | $4,855.56 | $4,855.56 | $4,855.56 | $4,855.56 |
| Airline Pension | $3,634.23 | $3,634.23 | $3,634.23 | $3,634.23 | $3,634.23 |
| | | | | | |
| Total Income | $14,685.79 | $14,685.79 | $14,685.79 | $14,685.79 | $14,685.79 |
| | | | | | |
| Class 1 Payment | $5,118.26 | $5,118.26 | $5,118.26 | $5,118.26 | $5,118.26 |
| Class 2 Payment | $851.74 | $851.74 | $851.74 | $851.74 | $851.74 |
| Class 3 Payment | $337.50 | $337.50 | $337.50 | $337.50 | $337.50 |
| HOA Dues | $272.00 | $272.00 | $272.00 | $272.00 | $272.00 |
| Utilities | $1,105.00 | $1,105.00 | $1,105.00 | $1,105.00 | $1,105.00 |
| Food and Housekeeping Supplies | $1,420.00 | $1,420.00 | $1,420.00 | $1,420.00 | $1,420.00 |
| Clothing and Personal Care | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Medical/Dental | $364.00 | $364.00 | $364.00 | $364.00 | $364.00 |
| Transportation | $480.00 | $480.00 | $480.00 | $480.00 | $480.00 |
| Entertainment | $138.00 | $138.00 | $138.00 | $138.00 | $138.00 |
| Vehicle Insurance | $380.00 | $380.00 | $380.00 | $380.00 | $380.00 |
| Property Maintenance and Repair | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 |
| Misc. Personal Expenses | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 |
| Capital Maintenance Reserve | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| | | | | | |
| Total Expenses | $14,666.50 | $14,666.50 | $14,666.50 | $14,666.50 | $14,666.50 |

| | Aug-28 | Sep-28 | Oct-28 | Nov-28 | Dec-28 |
|---|---|---|---|---|---|
| Rent Income | $3,950.00 | $3,950.00 | $3,950.00 | $3,950.00 | $3,950.00 |
| Social Security | $2,246.00 | $2,246.00 | $2,246.00 | $2,246.00 | $2,246.00 |
| Military Pension | $4,855.56 | $4,855.56 | $4,855.56 | $4,855.56 | $4,855.56 |
| Airline Pension | $3,634.23 | $3,634.23 | $3,634.23 | $3,634.23 | $3,634.23 |
| | | | | | |
| Total Income | $14,685.79 | $14,685.79 | $14,685.79 | $14,685.79 | $14,685.79 |
| | | | | | |
| Class 1 Payment | $5,118.26 | $5,118.26 | $5,118.26 | $5,118.26 | $5,118.26 |
| Class 2 Payment | $851.74 | $851.74 | $851.74 | $851.74 | $851.74 |
| Class 3 Payment | $337.50 | $337.50 | $337.50 | $337.50 | $337.50 |
| HOA Dues | $272.00 | $272.00 | $272.00 | $272.00 | $272.00 |
| Utilities | $1,105.00 | $1,105.00 | $1,105.00 | $1,105.00 | $1,105.00 |
| Food and Housekeeping Supplies | $1,420.00 | $1,420.00 | $1,420.00 | $1,420.00 | $1,420.00 |
| Clothing and Personal Care | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Medical/Dental | $364.00 | $364.00 | $364.00 | $364.00 | $364.00 |
| Transportation | $480.00 | $480.00 | $480.00 | $480.00 | $480.00 |
| Entertainment | $138.00 | $138.00 | $138.00 | $138.00 | $138.00 |
| Vehicle Insurance | $380.00 | $380.00 | $380.00 | $380.00 | $380.00 |
| Property Maintenance and Repair | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 |
| Misc. Personal Expenses | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 |
| Capital Maintenance Reserve | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| | | | | | |
| Total Expenses | $14,666.50 | $14,666.50 | $14,666.50 | $14,666.50 | $14,666.50 |

|  | Jan-29 | Feb-29 | Mar-29 | Apr-29 | May-29 |
|---|---|---|---|---|---|
| Rent Income | $3,950.00 | $3,950.00 | $3,950.00 | $3,950.00 | $3,950.00 |
| Social Security | $2,246.00 | $2,246.00 | $2,246.00 | $2,246.00 | $2,246.00 |
| Military Pension | $4,855.56 | $4,855.56 | $4,855.56 | $4,855.56 | $4,855.56 |
| Airline Pension | $3,634.23 | $3,634.23 | $3,634.23 | $3,634.23 | $3,634.23 |
| | | | | | |
| Total Income | $14,685.79 | $14,685.79 | $14,685.79 | $14,685.79 | $14,685.79 |
| | | | | | |
| Class 1 Payment | $5,118.26 | $5,118.26 | $5,118.26 | $5,118.26 | $5,118.26 |
| Class 2 Payment | $851.74 | $851.74 | $851.74 | $851.74 | $851.74 |
| Class 3 Payment | $337.50 | $337.50 | $337.50 | $337.50 | $337.50 |
| HOA Dues | $272.00 | $272.00 | $272.00 | $272.00 | $272.00 |
| Utilities | $1,105.00 | $1,105.00 | $1,105.00 | $1,105.00 | $1,105.00 |
| Food and Housekeeping Supplies | $1,420.00 | $1,420.00 | $1,420.00 | $1,420.00 | $1,420.00 |
| Clothing and Personal Care | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Medical/Dental | $364.00 | $364.00 | $364.00 | $364.00 | $364.00 |
| Transportation | $480.00 | $480.00 | $480.00 | $480.00 | $480.00 |
| Entertainment | $138.00 | $138.00 | $138.00 | $138.00 | $138.00 |
| Vehicle Insurance | $380.00 | $380.00 | $380.00 | $380.00 | $380.00 |
| Property Maintenance and Repair | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 |
| Misc. Personal Expenses | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 |
| Capital Maintenance Reserve | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| | | | | | |
| Total Expenses | $14,666.50 | $14,666.50 | $14,666.50 | $14,666.50 | $14,666.50 |

| | Jun-29 | Jul-29 | Aug-29 | Sep-29 | Oct-29 |
|---|---|---|---|---|---|
| Rent Income | $3,950.00 | $3,950.00 | $3,950.00 | $3,950.00 | $3,950.00 |
| Social Security | $2,246.00 | $2,246.00 | $2,246.00 | $2,246.00 | $2,246.00 |
| Military Pension | $4,855.56 | $4,855.56 | $4,855.56 | $4,855.56 | $4,855.56 |
| Airline Pension | $3,634.23 | $3,634.23 | $3,634.23 | $3,634.23 | $3,634.23 |
| | | | | | |
| Total Income | $14,685.79 | $14,685.79 | $14,685.79 | $14,685.79 | $14,685.79 |
| | | | | | |
| Class 1 Payment | $5,118.26 | $5,118.26 | $5,118.26 | $5,118.26 | $5,118.26 |
| Class 2 Payment | $851.74 | $851.74 | $851.74 | $851.74 | $851.74 |
| Class 3 Payment | $337.50 | $337.50 | $337.50 | $337.50 | $337.50 |
| HOA Dues | $272.00 | $272.00 | $272.00 | $272.00 | $272.00 |
| Utilities | $1,105.00 | $1,105.00 | $1,105.00 | $1,105.00 | $1,105.00 |
| Food and Housekeeping Supplies | $1,420.00 | $1,420.00 | $1,420.00 | $1,420.00 | $1,420.00 |
| Clothing and Personal Care | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Medical/Dental | $364.00 | $364.00 | $364.00 | $364.00 | $364.00 |
| Transportation | $480.00 | $480.00 | $480.00 | $480.00 | $480.00 |
| Entertainment | $138.00 | $138.00 | $138.00 | $138.00 | $138.00 |
| Vehicle Insurance | $380.00 | $380.00 | $380.00 | $380.00 | $380.00 |
| Property Maintenance and Repair | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 |
| Misc. Personal Expenses | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 |
| Capital Maintenance Reserve | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| | | | | | |
| Total Expenses | $14,666.50 | $14,666.50 | $14,666.50 | $14,666.50 | $14,666.50 |

| | Nov-29 | Dec-29 | Jan-30 | Feb-30 | Mar-30 |
|---|---|---|---|---|---|
| Rent Income | $3,950.00 | $3,950.00 | $3,950.00 | $3,950.00 | $3,950.00 |
| Social Security | $2,246.00 | $2,246.00 | $2,246.00 | $2,246.00 | $2,246.00 |
| Military Pension | $4,855.56 | $4,855.56 | $4,855.56 | $4,855.56 | $4,855.56 |
| Airline Pension | $3,634.23 | $3,634.23 | $3,634.23 | $3,634.23 | $3,634.23 |
| | | | | | |
| Total Income | $14,685.79 | $14,685.79 | $14,685.79 | $14,685.79 | $14,685.79 |
| | | | | | |
| Class 1 Payment | $5,118.26 | $5,118.26 | $5,118.26 | $5,118.26 | $5,118.26 |
| Class 2 Payment | $851.74 | $851.74 | $851.74 | $851.74 | $851.74 |
| Class 3 Payment | $337.50 | $337.50 | $337.50 | $337.50 | $337.50 |
| HOA Dues | $272.00 | $272.00 | $272.00 | $272.00 | $272.00 |
| Utilities | $1,105.00 | $1,105.00 | $1,105.00 | $1,105.00 | $1,105.00 |
| Food and Housekeeping Supplies | $1,420.00 | $1,420.00 | $1,420.00 | $1,420.00 | $1,420.00 |
| Clothing and Personal Care | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Medical/Dental | $364.00 | $364.00 | $364.00 | $364.00 | $364.00 |
| Transportation | $480.00 | $480.00 | $480.00 | $480.00 | $480.00 |
| Entertainment | $138.00 | $138.00 | $138.00 | $138.00 | $138.00 |
| Vehicle Insurance | $380.00 | $380.00 | $380.00 | $380.00 | $380.00 |
| Property Maintenance and Repair | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 |
| Misc. Personal Expenses | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 |
| Capital Maintenance Reserve | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| | | | | | |
| Total Expenses | $14,666.50 | $14,666.50 | $14,666.50 | $14,666.50 | $14,666.50 |

| | Apr-30 | May-30 | Jun-30 | Jul-30 | Aug-30 |
|---|---|---|---|---|---|
| Rent Income | $3,950.00 | $3,950.00 | $3,950.00 | $3,950.00 | $3,950.00 |
| Social Security | $2,246.00 | $2,246.00 | $2,246.00 | $2,246.00 | $2,246.00 |
| Military Pension | $4,855.56 | $4,855.56 | $4,855.56 | $4,855.56 | $4,855.56 |
| Airline Pension | $3,634.23 | $3,634.23 | $3,634.23 | $3,634.23 | $3,634.23 |
| | | | | | |
| Total Income | $14,685.79 | $14,685.79 | $14,685.79 | $14,685.79 | $14,685.79 |
| | | | | | |
| Class 1 Payment | $5,118.26 | $5,118.26 | $5,118.26 | $5,118.26 | $5,118.26 |
| Class 2 Payment | $851.74 | $851.74 | $851.74 | $851.74 | $851.74 |
| Class 3 Payment | $337.50 | $337.50 | $337.50 | $337.50 | $337.50 |
| HOA Dues | $272.00 | $272.00 | $272.00 | $272.00 | $272.00 |
| Utilities | $1,105.00 | $1,105.00 | $1,105.00 | $1,105.00 | $1,105.00 |
| Food and Housekeeping Supplies | $1,420.00 | $1,420.00 | $1,420.00 | $1,420.00 | $1,420.00 |
| Clothing and Personal Care | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Medical/Dental | $364.00 | $364.00 | $364.00 | $364.00 | $364.00 |
| Transportation | $480.00 | $480.00 | $480.00 | $480.00 | $480.00 |
| Entertainment | $138.00 | $138.00 | $138.00 | $138.00 | $138.00 |
| Vehicle Insurance | $380.00 | $380.00 | $380.00 | $380.00 | $380.00 |
| Property Maintenance and Repair | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 |
| Misc. Personal Expenses | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 |
| Capital Maintenance Reserve | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| | | | | | |
| Total Expenses | $14,666.50 | $14,666.50 | $14,666.50 | $14,666.50 | $14,666.50 |

| | Sep-30 | Oct-30 | Nov-30 | Dec-30 | Jan-31 |
|---|---|---|---|---|---|
| Rent Income | $3,950.00 | $3,950.00 | $3,950.00 | $3,950.00 | $3,950.00 |
| Social Security | $2,246.00 | $2,246.00 | $2,246.00 | $2,246.00 | $2,246.00 |
| Military Pension | $4,855.56 | $4,855.56 | $4,855.56 | $4,855.56 | $4,855.56 |
| Airline Pension | $3,634.23 | $3,634.23 | $3,634.23 | $3,634.23 | $3,634.23 |
| | | | | | |
| Total Income | $14,685.79 | $14,685.79 | $14,685.79 | $14,685.79 | $14,685.79 |
| | | | | | |
| Class 1 Payment | $5,118.26 | $5,118.26 | $5,118.26 | $5,118.26 | $5,118.26 |
| Class 2 Payment | $851.74 | $851.74 | $851.74 | $851.74 | $851.74 |
| Class 3 Payment | $337.50 | $337.50 | $337.50 | $337.50 | $337.50 |
| HOA Dues | $272.00 | $272.00 | $272.00 | $272.00 | $272.00 |
| Utilities | $1,105.00 | $1,105.00 | $1,105.00 | $1,105.00 | $1,105.00 |
| Food and Housekeeping Supplies | $1,420.00 | $1,420.00 | $1,420.00 | $1,420.00 | $1,420.00 |
| Clothing and Personal Care | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Medical/Dental | $364.00 | $364.00 | $364.00 | $364.00 | $364.00 |
| Transportation | $480.00 | $480.00 | $480.00 | $480.00 | $480.00 |
| Entertainment | $138.00 | $138.00 | $138.00 | $138.00 | $138.00 |
| Vehicle Insurance | $380.00 | $380.00 | $380.00 | $380.00 | $380.00 |
| Property Maintenance and Repair | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 |
| Misc. Personal Expenses | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 |
| Capital Maintenance Reserve | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| | | | | | |
| Total Expenses | $14,666.50 | $14,666.50 | $14,666.50 | $14,666.50 | $14,666.50 |

| | Feb-31 | Mar-31 | Apr-31 | May-31 | Jun-31 |
|---|---|---|---|---|---|
| Rent Income | $3,950.00 | $3,950.00 | $3,950.00 | $3,950.00 | $3,950.00 |
| Social Security | $2,246.00 | $2,246.00 | $2,246.00 | $2,246.00 | $2,246.00 |
| Military Pension | $4,855.56 | $4,855.56 | $4,855.56 | $4,855.56 | $4,855.56 |
| Airline Pension | $3,634.23 | $3,634.23 | $3,634.23 | $3,634.23 | $3,634.23 |
| | | | | | |
| Total Income | $14,685.79 | $14,685.79 | $14,685.79 | $14,685.79 | $14,685.79 |
| | | | | | |
| Class 1 Payment | $5,118.26 | $5,118.26 | $5,118.26 | $5,118.26 | $5,118.26 |
| Class 2 Payment | $851.74 | $851.74 | $851.74 | $851.74 | $851.74 |
| Class 3 Payment | $337.50 | $337.50 | $337.50 | $337.50 | $337.50 |
| HOA Dues | $272.00 | $272.00 | $272.00 | $272.00 | $272.00 |
| Utilities | $1,105.00 | $1,105.00 | $1,105.00 | $1,105.00 | $1,105.00 |
| Food and Housekeeping Supplies | $1,420.00 | $1,420.00 | $1,420.00 | $1,420.00 | $1,420.00 |
| Clothing and Personal Care | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Medical/Dental | $364.00 | $364.00 | $364.00 | $364.00 | $364.00 |
| Transportation | $480.00 | $480.00 | $480.00 | $480.00 | $480.00 |
| Entertainment | $138.00 | $138.00 | $138.00 | $138.00 | $138.00 |
| Vehicle Insurance | $380.00 | $380.00 | $380.00 | $380.00 | $380.00 |
| Property Maintenance and Repair | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 |
| Misc. Personal Expenses | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 |
| Capital Maintenance Reserve | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| | | | | | |
| Total Expenses | $14,666.50 | $14,666.50 | $14,666.50 | $14,666.50 | $14,666.50 |