**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

In re

William Castle

      Debtor.

_____/

Case No. 26-11062-LSS

Chapter 11

## Witness and Exhibit List

Comes now William Castle ("Mr. Castle" or the "Debtor"), by and through his guardian *ad litem* Roger Schlossberg ("Mr. Schlossberg"), pursuant to Section V of this Protocol for In Person Hearings Before the Honorable Lori S. Simpson, and offers this witness and exhibit list for the hearing on confirmation of the Debtor's plan of reorganization to occur on June 1, 2026:

### Witnesses

1. Roger Schlossberg

2. Any witness(es) designated by any other party in interest, without regard to the scope of examination elicited from the designating party.

### Exhibits

Debtor Exhibit 1.  Photos of Property

Debtor Exhibit 2.  Liquidation Analysis

Debtor Exhibit 3.  Projections

Debtor Exhibit 4.  February 2026 Monthly Operating Report

*[Signature on Following Page]*

1

Respectfully submitted,

Dated: May 27, 2026        By:    /s/ Maurice B. VerStandig
                                  Maurice B. VerStandig, Esq.
                                  Bar No. MD18071
                                  The VerStandig Law Firm, LLC
                                  9812 Falls Road, #114-160
                                  Potomac, Maryland 20854
                                  Phone: (301) 444-4600
                                  mac@mbvesq.com
                                  *Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of May 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Daniel Charles Carroll    danc@carrollandferguson.com
- Chaitanya Gopal    cgopal@raslg.com
- Stephen    A.    Metz                    smetz@offitkurman.com, MD71@ecfcbis.com;lydia.yale@offitkurman.com
- Courtney    L.    Morgan                    courtney.l.morgan@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Elizabeth Morris    lee@morrissessing.com
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice    Belmont    VerStandig                    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.

2