**Fill in this information to identify the case:**

Debtor Name  William Marshall Castle

United States Bankruptcy Court for the: District of Maryland

Case number: 26-11062-LSS

❑ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                    12/17

| | | | |
|---|---|---|---|
| Month: | February 2026 | Date report filed: | 3/29/2026 |
| | | | MM / DD / YYYY |
| Line of business: | Real Estate Rental | NAISC code: | n/a |

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                    Roger Schlossberg, Guardian Ad Litem

Original signature of responsible party    *ROGER SCHLOSSBERG* (DocuSigned by: 58CEEF72DBA9426...)

Printed name of responsible party        Roger Schlossberg, Guardian Ad Litem

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ☑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❑ | ❑ | ☑ |
| 7. | Have you timely filed all other required government filings? | ❑ | ❑ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ❑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Docusign Envelope ID: 0B283AB2-5BE3-4CD7-947E-94A8D6C6D9D2

Debtor Name  William Marshall Castle                                  Case number  26-11062-LSS

17. Have you paid any bills you owed before you filed bankruptcy?  ☑ ❑ ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☑ ❑ ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 15,932.38

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 23,591.21

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 17,316.53

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 6,274.68

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 22,207.06

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ 0.00

(Exhibit E)

Docusign Envelope ID: 0B283AB2-5BE3-4CD7-947E-94A8D6C6D9D2

Debtor Name  William Marshall Castle                    Case number 26-11062-LSS

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                    $ _____ 0.00

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                          0

27. What is the number of employees as of the date of this monthly report?             0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?               $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 0.00

30. How much have you paid this month in other professional fees?                                          $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                        $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ 23,591.21 | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ 17,316.53 | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ 6,274.68 | = | $ _____ |

35. Total projected cash receipts for the next month:                          $ 12,124.95

36. Total projected cash disbursements for the next month:                  - $ 10,777.26

37. Total projected net cash flow for the next month:                        = $ 1,347.69

Official Form 425C          **Monthly Operating Report for Small Business Under Chapter 11**          page **3**

Docusign Envelope ID: 0B283AB2-5BE3-4CD7-947E-94A8D6C6D9D2

Debtor Name  William Marshall Castle                    Case number 26-11062-LSS

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Docusign Envelope ID: 0B283AB2-5BE3-4CD7-947E-94A8D6C6D9D2

**Statement of Account**

**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
01/28/26 - 02/27/26

Access No,  ██████

Routing Number: 2560-7497-4

#BWNLLSV
#000000P2Q8VTV1A5#000FME00F

+ 0298514 000074476 09NF01 00630214
WILLIAM M CASTLE
200 BRAEBURN DR
WALKERSVILLE, MD 21793-8110

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit navyfederal.org/overseas/
Collect internationally 1-703-255-8837

Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.

### 2026 Annual Meeting

Navy Federal's annual meeting will be Wed., Apr. 15, 2026 at 6 pm ET, offered both virtually and in person at our Vienna, VA HQ. Attendance is limited because of space and system limitations; registration is first-come, first-served. Register at **navyfederal.org/events between Feb. 24-Mar. 31, 2026.** For registration assistance, call 1-888-842-6328.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| EveryDay Checking ████ 0007 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Membership Savings ████ 9008 | $9.12 | $0.00 | $0.00 | $9.12 | $0.00 |
| Totals | $9.12 | $0.00 | $0.00 | $9.12 | $0.00 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

WILLIAM M CASTLE

2186461

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
| 7080760007 | Checking | |
| 0173799008 | Savings | |
| | | |
| | | |
| | | |
| | TOTAL | |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100



**Credit Union**

O Box 3000 • Merrifield, VA • 22119-3000
avyfederal.org

**Statement of Account**
For WILLIAM M CASTLE

Statement Period
01/28/26 - 02/27/26

Access No. ███████████

## Checking

### EveryDay Checking - ███████0007

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 01-28 | Beginning Balance | | 0.00 |
| | No Transactions This Period | | |
| 02-27 | Ending Balance | | 0.00 |

*Average Daily Balance - Current Cycle: $0.00*

## Savings

### Membership Savings - ███████9008

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 01-28 | Beginning Balance | | 9.12 |
| | No Transactions This Period | | |
| 02-27 | Ending Balance | | 9.12 |

### CHANGE OF ADDRESS
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| CITY | STATE | ZIP CODE | | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER ( ) | | | DAYTIME TELEPHONE NUMBER ( ) |



**ACNB BANK**

PO Box 3129
Gettysburg PA 17325-3129

**RETURN SERVICE REQUESTED**

WILLIAM M CASTLE
DBA THE FREEDOM GROUP
200 BRAEBURN DR
WALKERSVILLE MD 21793-8110

## Statement Ending 02/28/2026

WILLIAM M CASTLE                                           Page 1 of 4
Account Number: XXXXXXXXX0801

### Managing Your Accounts

 Bank Name          ACNB Bank

 Phone Number       (888) 334-2262

Mailing Address    PO Box 3129
                   Gettysburg, PA 17325-3129

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Free Business Checking | XXXXXXXXXX0801 | $448.59 |

## Free Business Checking - XXXXXXXXX0801

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 02/01/2026 | Beginning Balance | $1,450.59 |
| | 0 Credit(s) This Period | $0.00 |
| | 2 Debit(s) This Period | $1,002.00 |
| 02/28/2026 | Ending Balance | $448.59 |
| | Service Charges | -$2.00 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/01/2026 | Beginning Balance | | | $1,450.59 |
| 02/03/2026 | Withdrawal Transfer to * * * * * * 4501 | $1,000.00 | | $450.59 |
| 02/27/2026 | Paper Statement Fee | $2.00 | | $448.59 |
| 02/28/2026 | Ending Balance | | | $448.59 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/01/2026 | $1,450.59 | 02/03/2026 | $450.59 | 02/27/2026 | $448.59 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



Docusign Envelope ID: 0B283AB2-5BE3-4CD7-947E-94A8D6C6D9D2

## MANAGING YOUR ACCOUNT

To keep your account up-to-date on a regular basis, consider using Online Banking or our toll free 24-Hour Telephone Banking Line. Both are free and provide you with up-to-the-minute information on transactions, as well as give you the capability to do transfers in case you need to cover transactions. Visit acnb.com to register for Online Banking. Call us at 1.888.334.2262 to sign up for Telephone Banking.

If you have a personal checking account, make sure you're covered with Overdraft Protection. You'll need to sign up for Overdraft Protection and designate the accounts to link to Overdraft Protection. Once Overdraft Protection is set up, funds will transfer from the Overdraft Protection funding account(s) to your checking account to cover any overdrafts in your account.

If you have a difficult time covering transactions in your account for a period of time, a loan may be a good option for you. We have a variety of loans, some of which are secured by collateral and some that are unsecured and don't require collateral. A personal unsecured loan may be just what you need to help cover some transactions. To find out more, please call 1.888.334.2262 and ask for information on our personal unsecured loans.

We at ACNB Bank want to do what we can to help you with your account. Please call us any time you need assistance. We're here to help.

## ACCOUNT RECONCILEMENT

### Checks/Withdrawals Not Yet Posted To Your Account

| Description or Date | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total Outstanding |  |

### Use These Easy Steps To Reconcile Your Account Records With The Bank Statement

1. In your account register, mark off (with a ✓) each entry that matches a transaction listed on this statement.

2. Make sure that other charges or deductions shown on the statement have been subtracted from your register balance, and that all deposits (and other credit items, if any) have been added.

3. In the table provided to the left, list all checks or withdrawals in your register not showing a ✓. These are debit transactions which were not posted to your account during (or prior to) the period covered by this statement.

4. Fill in the spaces in the table below. If the final figure does not agree with the latest balance in your register, recheck the accuracy of all your computations. Any statement irregularity should be reported to the Bank immediately.

| | |
|---|---|
| ENTER Ending Balance On This Statement | |
| ADD Any Deposits Not Credited | |
| SUBTOTAL | |
| SUBTRACT Outstanding Checks/Withdrawals | |
| BALANCE Should Agree With Your Register | |



**ACNB BANK**

24-Hour Telephone Banking Line
1.888.334.2262

View your accounts and pay bills for free using Online Banking and Bill Pay & Presentment. Register at acnb.com.

Member FDIC

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

TELEPHONE US AT
1.888.334.2262

OR WRITE US AT

ACNB BANK
ELECTRONIC FUNDS TRANSFER
P.O. BOX 128
GETTYSBURG PA 17325

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Docusign Envelope ID: 0B283AB2-5BE3-4CD7-947E-94A8D6C6D9D2



## Free Business Checking - XXXXXXXXX0801 (continued)

### Service Charge Summary

| Description | Amount |
|---|---|
| Paper Statement Fee | -$2.00 |
| Total Service Charge | -$2.00 |

Docusign Envelope ID: 0B283AB2-5BE3-4CD7-947E-94A8D6C6D9D2

WILLIAM M CASTLE                    XXXXXXXXX0801          Statement Ending 02/28/2026                    Page 4 of 4

This Page Left Intentionally Blank.

Docusign Envelope ID: 0B283AB2-5BE3-4CD7-947E-94A8D6C6D9D2



**ACNB BANK**

PO Box 3129
Gettysburg PA 17325-3129

**RETURN SERVICE REQUESTED**

WILLIAM M CASTLE
DBA LIBERTY NINE PROPERTIES
200 BRAEBURN DR
WALKERSVILLE MD 21793-8110

## Statement Ending 02/28/2026

WILLIAM M CASTLE                                        Page 1 of 4
Account Number: XXXXXXXXX4501

### Managing Your Accounts

| | | |
|---|---|---|
|  | Bank Name | ACNB Bank |
|  | Phone Number | (888) 334-2262 |
| | Mailing Address | PO Box 3129 Gettysburg, PA 17325-3129 |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Free Business Checking | XXXXXXXXX4501 | $1,622.17 |

# Free Business Checking - XXXXXXXXX4501

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 02/01/2026 | Beginning Balance | $1,518.54 |
| | 4 Credit(s) This Period | $4,375.00 |
| | 18 Debit(s) This Period | $4,271.37 |
| 02/28/2026 | Ending Balance | $1,622.17 |
| | Service Charges | -$2.00 |

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/01/2026 | Beginning Balance | | | $1,518.54 |
| 02/02/2026 | NOW Deposit Zelle From Grace Vorosmarti +1-888-334-2262 | | $875.00 | $2,393.54 |
| 02/02/2026 | Point Of Sale Withdrawal SHEETZ 0210 WALKERSVILLE MDUS | $50.00 | | $2,343.54 |
| 02/02/2026 | Point Of Sale Withdrawal SQ * DIVERSIFIED FREDERICK MDUS | $1,545.60 | | $797.94 |
| 02/03/2026 | Deposit Transfer from * * * * * * 0801 | | $1,000.00 | $1,797.94 |
| 02/03/2026 | Check 164 | $191.71 | | $1,606.23 |
| 02/06/2026 | Check 162 | $691.00 | | $915.23 |
| 02/06/2026 | Check 163 | $175.00 | | $740.23 |
| 02/11/2026 | Deposit Internet Transfer from XXXXXXXX9453 - Funds Transfer via Onl | | $300.00 | $1,040.23 |
| 02/17/2026 | NOW Deposit Zelle From JACQUELYN HELMS +1-888-334-2262 | | $2,200.00 | $3,240.23 |
| 02/17/2026 | Point Of Sale Withdrawal GIANT 0335 1700 KINFREDERICK MDUS | $28.18 | | $3,212.05 |
| 02/17/2026 | Point Of Sale Withdrawal SHEETZ 2210 8408 WOODSBORO PIKEWALKERSVILLE MDUS | $71.77 | | $3,140.28 |
| 02/17/2026 | Point Of Sale Withdrawal WAL-MART #2756 2421 MONOCACY BLVD FREDERICK MDUS | $92.22 | | $3,048.06 |
| 02/17/2026 | Over Counter Check 165 | $260.00 | | $2,788.06 |
| 02/23/2026 | Point Of Sale Withdrawal A C & T CO. INC 11535 Hopewell RoadHAGERSTOWN MDUS | $253.26 | | $2,534.80 |



Docusign Envelope ID: 0B283AB2-5BE3-4CD7-947E-94A8D6C6D9D2

## MANAGING YOUR ACCOUNT

To keep your account up-to-date on a regular basis, consider using Online Banking or our toll free 24-Hour Telephone Banking Line. Both are free and provide you with up-to-the-minute information on transactions, as well as give you the capability to do transfers in case you need to cover transactions. Visit acnb.com to register for Online Banking. Call us at 1.888.334.2262 to sign up for Telephone Banking.

If you have a personal checking account, make sure you're covered with Overdraft Protection. You'll need to sign up for Overdraft Protection and designate the accounts to link to Overdraft Protection. Once Overdraft Protection is set up, funds will transfer from the Overdraft Protection funding account(s) to your checking account to cover any overdrafts in your account.

If you have a difficult time covering transactions in your account for a period of time, a loan may be a good option for you. We have a variety of loans, some of which are secured by collateral and some that are unsecured and don't require collateral. A personal unsecured loan may be just what you need to help cover some transactions. To find out more, please call 1.888.334.2262 and ask for information on our personal unsecured loans.

We at ACNB Bank want to do what we can to help you with your account. Please call us any time you need assistance. We're here to help.

## ACCOUNT RECONCILEMENT

| Checks/Withdrawals Not Yet Posted To Your Account | |
| --- | --- |
| Description or Date | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total Outstanding | |

### Use These Easy Steps To Reconcile Your Account Records With The Bank Statement

1. In your account register, mark off (with a √) each entry that matches a transaction listed on this statement.

2. Make sure that other charges or deductions shown on the statement have been subtracted from your register balance, and that all deposits (and other credit items, if any) have been added.

3. In the table provided to the left, list all checks or withdrawals in your register not showing a √. These are debit transactions which were not posted to your account during (or prior to) the period covered by this statement.

4. Fill in the spaces in the table below. If the final figure does not agree with the latest balance in your register, recheck the accuracy of all your computations. Any statement irregularity should be reported to the Bank immediately.

| | |
| --- | --- |
| ENTER Ending Balance On This Statement | |
| ADD Any Deposits Not Credited | |
| SUBTOTAL | |
| SUBTRACT Outstanding Checks/Withdrawals | |
| BALANCE Should Agree With Your Register | |



**ACNB BANK**

24-Hour Telephone Banking Line
1.888.338.2262

View your accounts and pay bills for free using
Online Banking and Bill Pay & Presentment.
Register at acnb.com.

Member FDIC

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

TELEPHONE US AT          OR WRITE US AT          ACNB BANK
1.888.334.2262                                   ELECTRONIC FUNDS TRANSFER
                                                 P.O. BOX 3129
                                                 GETTYSBURG, PA 17325

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Docusign Envelope ID: 0B283AB2-5BE3-4CD7-947E-84A8D6C6D9D2



## Free Business Checking - XXXXXXXXX4501 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/23/2026 | Point Of Sale Withdrawal AMAZON PRIME* 9Z 440 Terry Ave N SEATTLE WAUS | $2.11 | | $2,532.69 |
| 02/23/2026 | Check 166 | $40.00 | | $2,492.69 |
| 02/26/2026 | Point Of Sale Withdrawal MYFICO.COM 5 West Mendenhall SBOZEMAN MTUS | $31.75 | | $2,460.94 |
| 02/26/2026 | Point Of Sale Withdrawal RUTTER'S #75 9210 WOODSBORO PIKEWALKERSVILLE MDUS | $33.83 | | $2,427.11 |
| 02/26/2026 | Over Counter Check 169 | $260.00 | | $2,167.11 |
| 02/26/2026 | Point Of Sale Withdrawal RUTTER'S #75 9210 WOODSBORO PIKEWALKERSVILLE MDUS | $61.97 | | $2,105.14 |
| 02/27/2026 | Check 168 | $480.97 | | $1,624.17 |
| 02/27/2026 | Paper Statement Fee | $2.00 | | $1,622.17 |
| 02/28/2026 | **Ending Balance** | | | **$1,622.17** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 162 | 02/06/2026 | $691.00 | 165 | 02/17/2026 | $260.00 | 169 | 02/26/2026 | $260.00 |
| 163 | 02/06/2026 | $175.00 | 166 | 02/23/2026 | $40.00 | | | |
| 164 | 02/03/2026 | $191.71 | 168* | 02/27/2026 | $480.97 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/01/2026 | $1,518.54 | 02/06/2026 | $740.23 | 02/23/2026 | $2,492.69 |
| 02/02/2026 | $797.94 | 02/11/2026 | $1,040.23 | 02/26/2026 | $2,105.14 |
| 02/03/2026 | $1,606.23 | 02/17/2026 | $2,788.06 | 02/27/2026 | $1,622.17 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

### Service Charge Summary

| Description | Amount |
|---|---|
| Paper Statement Fee | -$2.00 |
| Total Service Charge | -$2.00 |

WILLIAM M CASTLE                    XXXXXXXXX4501          Statement Ending 02/28/2026                    Page 4 of 4

This Page Left Intentionally Blank.

Docusign Envelope ID: 0B283AB2-5BE3-4CD7-947E-94A8D6C6D9D2



**ACNB BANK**

PO Box 3129
Gettysburg PA 17325-3129

**RETURN SERVICE REQUESTED**

WILLIAM M CASTLE
200 BRAEBURN DR
WALKERSVILLE MD 21793-8110

## Statement Ending 03/20/2026

WILLIAM M CASTLE                    Page 1 of 4
Account Number: XXXXXXXXX3306

### Managing Your Accounts

 Bank Name        ACNB Bank

 Phone Number     (888) 334-2262

Mailing Address   PO Box 3129
                  Gettysburg, PA 17325-3129

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Advantage Rewards Plus CKG | XXXXXXXXX3306 | $15,151.57 |
| Statement Savings | XXXXXXXXX9453 | $644.35 |
| **Total Current Value** | | **$15,795.92** |

# Advantage Rewards Plus CKG - XXXXXXXXX3306

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 02/21/2026 | **Beginning Balance** | **$9,523.85** |
| | 3 Credit(s) This Period | $8,946.19 |
| | 29 Debit(s) This Period | $3,318.47 |
| 03/20/2026 | **Ending Balance** | **$15,151.57** |

## Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.02% |
| Interest Days | 28 |
| Interest Earned | $0.19 |
| Interest Paid This Period | $0.19 |
| Interest Paid Year-to-Date | $0.34 |

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/21/2026 | **Beginning Balance** | | | **$9,523.85** |
| 02/23/2026 | Point Of Sale Withdrawal WALGREENS #1733 1000 KEY PKWY FREDERICK MDUS | $16.00 | | $9,507.85 |
| 02/23/2026 | Point Of Sale Withdrawal WAL-MART #2756 2421 MONOCACY BLVD FREDERICK MDUS | $114.58 | | $9,393.27 |
| 02/23/2026 | Point Of Sale Withdrawal TST* DUTCHS DAUG 581 Himes Ave Frederick MDUS | $314.90 | | $9,078.37 |
| 02/25/2026 | Point Of Sale Withdrawal TRACTOR SUPPLY 7631 DEVILBLISS BRIFREDERICK MDUS | $140.08 | | $8,938.29 |
| 02/26/2026 | Point Of Sale Withdrawal DTV* DIRECTV SER 208 S Akard DALLAS TXUS | $463.94 | | $8,474.35 |
| 02/26/2026 | Point Of Sale Withdrawal CPP* WALKERSVILL 128-130 WALKERS VILWALKERSVILLE MDUS | $30.50 | | $8,443.85 |
| 02/27/2026 | Check 5465 | $480.97 | | $7,962.88 |
| 03/02/2026 | Point Of Sale Withdrawal WAL-MART #2756 2421 MONOCACY BLVD FREDERICK MDUS | $101.87 | | $7,861.01 |
| 03/02/2026 | Deposit | | $6,700.00 | $14,561.01 |
| 03/02/2026 | Point Of Sale Withdrawal SAFEWAY 0128 WALKERSVILLE WALKERSVILLE MDUS | $11.89 | | $14,549.12 |
| 03/02/2026 | Point Of Sale Withdrawal PLAZA MEXICO 2481 MERCHANT ST FREDERICK MDUS | $95.06 | | $14,454.06 |



Member FDIC
EQUAL HOUSING LENDER

Docusign Envelope ID: 0B283AB2-5BE3-4CD7-947E-94A8D6C6D9D2

WILLIAM M CASTLE                    XXXXXXXXX3306          Statement Ending 03/20/2026                    Page 2 of 4

## MANAGING YOUR ACCOUNT

To keep your account up-to-date on a regular basis, consider using Online Banking or our toll free 24-Hour Telephone Banking Line. Both are free and provide you with up-to-the-minute information on transactions, as well as give you the capability to do transfers in case you need to cover transactions. Visit acnb.com to register for Online Banking. Call us at 1.888.334.2262 to sign up for Telephone Banking.

If you have a personal checking account, make sure you're covered with Overdraft Protection. You'll need to sign up for Overdraft Protection and designate the accounts to link to Overdraft Protection. Once Overdraft Protection is set up, funds will transfer from the Overdraft Protection funding account(s) to your checking account to cover any overdrafts in your account.

If you have a difficult time covering transactions in your account for a period of time, a loan may be a good option for you. We have a variety of loans, some of which are secured by collateral and some that are unsecured and don't require collateral. A personal unsecured loan may be just what you need to help cover some transactions. To find out more, please call 1.888.334.2262 and ask for information on our personal unsecured loans.

We at ACNB Bank want to do what we can to help you with your account. Please call us any time you need assistance. We're here to help.

## ACCOUNT RECONCILEMENT

### Checks/Withdrawals Not Yet Posted To Your Account

| Description or Date | Amount |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total Outstanding |  |

### Use These Easy Steps To Reconcile Your Account Records With The Bank Statement

1. In your account register, mark off (with a ✓) each entry that matches a transaction listed on this statement.

2. Make sure that other charges or deductions shown on the statement have been subtracted from your register balance, and that all deposits (and other credit items, if any) have been added.

3. In the table provided to the left, list all checks or withdrawals in your register not showing a ✓. These are debit transactions which were not posted to your account during (or prior to) the period covered by this statement.

4. Fill in the spaces in the table below. If the final figure does not agree with the latest balance in your register, recheck the accuracy of all your computations. Any statement irregularity should be reported to the Bank immediately.

| | |
| --- | --- |
| ENTER Ending Balance On This Statement | |
| ADD Any Deposits Not Credited | |
| SUBTOTAL | |
| SUBTRACT Outstanding Checks/Withdrawals | |
| BALANCE Should Agree With Your Register | |



24-Hour Telephone Banking Line
1.888.338.2262

View your accounts and pay bills for free using Online Banking and Bill Pay & Presentment.
Register at acnb.com.

Member FDIC

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

TELEPHONE US AT
1.888.334.2262

OR WRITE US AT

ACNB BANK
ELECTRONIC FUNDS TRANSFER
P.O. BOX 3129
GETTYSBURG, PA 17325

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Docusign Envelope ID: 0B283AB2-5BE3-4CD7-947E-94A8D6C6D9D2



## Advantage Rewards Plus CKG - XXXXXXXXX3306 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/02/2026 | Point Of Sale Withdrawal SAMS CLUB #6652 5604 BUCKEYSTOWN PIFREDERICK MDUS | $20.90 | | $14,433.16 |
| 03/02/2026 | Point Of Sale Withdrawal CPP* WALKERSVILL 128-130 WALKERS VILWALKERSVILLE MDUS | $55.56 | | $14,377.60 |
| 03/02/2026 | Check 5466 | $246.24 | | $14,131.36 |
| 03/05/2026 | Point Of Sale Withdrawal WALGREENS STORE 1000 KEY PKWY FREDERICK MDUS | $16.00 | | $14,115.36 |
| 03/05/2026 | Point Of Sale Withdrawal WAL-MART #2756 2421 MONOCACY BLVD FREDERICK MDUS | $45.22 | | $14,070.14 |
| 03/06/2026 | External Withdrawal LEGALSHIELD - PAYMENT | $12.95 | | $14,057.19 |
| 03/09/2026 | Point Of Sale Withdrawal CPP* WALKERSVILL 128-130 WALKERS VILWALKERSVILLE MDUS | $58.83 | | $13,998.36 |
| 03/11/2026 | External Withdrawal FREDERICK NEWS - NEWSSUBREN | $22.80 | | $13,975.56 |
| 03/11/2026 | External Withdrawal USAA P&C ACH PAYMENTS - AUTOPAY | $420.90 | | $13,554.66 |
| 03/11/2026 | Point Of Sale Withdrawal WALGREENS STORE 1000 KEY PKWY FREDERICK MDUS | $30.00 | | $13,524.66 |
| 03/12/2026 | Point Of Sale Withdrawal BillMatrix FIS* Verizon/BMC Irving TXUS | $198.63 | | $13,326.03 |
| 03/13/2026 | Point Of Sale Withdrawal THE BULLPEN AT 11037 Liberty Rd FREDERICK MDUS | $69.30 | | $13,256.73 |
| 03/13/2026 | Point Of Sale Withdrawal WAL-MART #2756 2421 MONOCACY BLVD FREDERICK MDUS | $113.54 | | $13,143.19 |
| 03/16/2026 | Point Of Sale Withdrawal CPP* WALKERSVILL 128-130 WALKERS VILWALKERSVILLE MDUS | $29.50 | | $13,113.69 |
| 03/16/2026 | Point Of Sale Withdrawal GIANT 0335 1700 KINFREDERICK MDUS | $35.60 | | $13,078.09 |
| 03/17/2026 | Point Of Sale Withdrawal CPP* WALKERSVILL 128-130 WALKERS VILWALKERSVILLE MDUS | $43.58 | | $13,034.51 |
| 03/18/2026 | External Deposit SSA TREAS 310 - XXSOC SEC | | $2,246.00 | $15,280.51 |
| 03/19/2026 | Point Of Sale Withdrawal WAL-MART #2756 2421 MONOCACY BLVD FREDERICK MDUS | $63.10 | | $15,217.41 |
| 03/19/2026 | Point Of Sale Withdrawal SAFEWAY 0128 WALKERSVILLE WALKERSVILLE MDUS | $7.20 | | $15,210.21 |
| 03/19/2026 | Point Of Sale Withdrawal CPP* WALKERSVILL 128-130 WALKERS VILWALKERSVILLE MDUS | $58.83 | | $15,151.38 |
| 03/20/2026 | Credit Interest | | $0.19 | $15,151.57 |
| **03/20/2026** | **Ending Balance** | | | **$15,151.57** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 5465 | 02/27/2026 | $480.97 | 5466 | 03/02/2026 | $246.24 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/21/2026 | $9,523.85 | 03/05/2026 | $14,070.14 | 03/16/2026 | $13,078.09 |
| 02/23/2026 | $9,078.37 | 03/06/2026 | $14,057.19 | 03/17/2026 | $13,034.51 |
| 02/25/2026 | $8,938.29 | 03/09/2026 | $13,998.36 | 03/18/2026 | $15,280.51 |
| 02/26/2026 | $8,443.85 | 03/11/2026 | $13,524.66 | 03/19/2026 | $15,151.38 |
| 02/27/2026 | $7,962.88 | 03/12/2026 | $13,326.03 | 03/20/2026 | $15,151.57 |
| 03/02/2026 | $14,131.36 | 03/13/2026 | $13,143.19 | | |

Docusign Envelope ID: 0B283AB2-5BE3-4CD7-947E-94A8D6C6D9D2

WILLIAM M CASTLE                          XXXXXXXXX3306          Statement Ending 03/20/2026          Page 4 of 4

## Advantage Rewards Plus CKG - XXXXXXXXX3306 (continued)

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Interest Rate Changes

| Interest Rate As Of Date | Interest Rate |
|---|---|
| 02/21/2026 | 0.0200% |

## Statement Savings - XXXXXXXXX9453

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 02/21/2026 | Beginning Balance | $644.33 |
|  | 1 Credit(s) This Period | $0.02 |
|  | 0 Debit(s) This Period | $0.00 |
| 03/20/2026 | Ending Balance | $644.35 |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.02% |
| Interest Days | 28 |
| Interest Earned | $0.01 |
| Interest Paid This Period | $0.02 |
| Interest Paid Year-to-Date | $0.06 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/21/2026 | Beginning Balance |  |  | $644.33 |
| 02/27/2026 | Eff. 02-28 Credit Interest |  | $0.02 | $644.35 |
| 03/20/2026 | Ending Balance |  |  | $644.35 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 02/21/2026 | $644.33 | 02/27/2026 | $644.35 |

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Interest Rate Changes

| Interest Rate As Of Date | Interest Rate |
|---|---|
| 02/21/2026 | 0.0300% |

Docusign Envelope ID: 0B283AB2-5BE3-4CD7-947E-94A8D6C6D9D2



**Atlantic Union Bank**®

PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | ███3706 |
| Statement Date | 03/13/2026 |
| Statement Thru Date | 03/15/2026 |
| Check/Items Enclosed | 1 |
| Page | 1 |



00026618 M4389DDA031426030625 01 000000000 0026618 004

WILLIAM M CASTLE
SEAN C CASTLE
200 BRAEBURN DR
WALKERSVILLE MD 21793-8110

### Customer Service Information

 **Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

**Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

**Visit Us Online:**
AtlanticUnionBank.com

Follow us on:

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Interest Paid In 2025 | Balance |
|---|---|---|---|
| FREE CHECKING | ███3706 | $0.32 | $4,819.95 |

## FREE CHECKING

**Account Number:** ███3706

**Account Owner(s):** WILLIAM M CASTLE
SEAN C CASTLE

### Balance Summary

| | |
|---|---|
| Beginning Balance as of 02/17/2026 | $3,018.86 |
| + Deposits and Credits (2) | $8,501.09 |
| - Withdrawals and Debits (1) | $6,700.00 |
| Ending Balance as of 03/15/2026 | $4,819.95 |
| Service Charges for Period | $0.00 |

### TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Feb 17 | BEGINNING BALANCE | | | $3,018.86 |





# ENROLL. SPEND. SAVE.

With Round Up, every debit card purchase is rounded up to the nearest dollar and deposited into your savings account. **Enroll at your local branch today.**

 MEMBER FDIC

Docusign Envelope ID: 0B283AB2-5BE3-4CD7-947E-84A8D6C6D9D2



| | Account Number | ███3706 |
|---|---|---|
| | Statement Date | 03/13/2026 |
| | Statement Thru Date | 03/15/2026 |
| | Page | 2 |

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Feb 26 | USPBGC-US AIRWAY/PN PMTS/BG CASTLE | 3,634.23 | | 6,653.09 |
| Feb 26 | DFAS-CLEVELAND/RET NET CASTLE WILLIAM MARSHAL | 4,866.86 | | 11,519.95 |
| Mar 03 | CHECK #449 | | 6,700.00 | 4,819.95 |
| Mar 15 | ENDING BALANCE | | | $4,819.95 |

## CHECK TRANSACTION SUMMARY

\* Indicates a Skip in Check Number(s)

| Date | Check No. | Amount |
|---|---|---|
| Mar 03 | 449 | 6,700.00 |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00026618 0106205 0002-0003



**Atlantic Union Bank**

## CHECK IMAGES



03/03/2026          Check 449          $6,700.00

00026618 0106206 0003-0003

