**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**
\*

In Re:                                                    \*

William Marshall Castle                      \*              Case No. 26-11062
                                                                   Chapter 11 (Subchapter V)

         Debtor                                  \*

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

**Witness and Exhibit List**

Comes now **Estate of R. Carroll Waltemyer,** by and through its Attorney, Daniel C. Carroll and Carroll & Ferguson pursuant to Section V of this Protocol for In Person Hearings Before the Honorable Lori S. Simpson, and offers this witness and exhibit list for the hearing on confirmation of the Debtor's plan of reorganization to occur on June 1, 2026:

**Witnesses**

1.      Patricia Mills

2.      Any witnesses designated by any other party in interest, without regard to the scope of examination elicited from the designating party.

**Exhibits**

**Objector's Exhibit 1      Photos of Property, including additional photographs in Debtor's Exhibit 1**

                                        Respectfully submitted,
                                        /S/ Daniel C. Carroll_____
                                        Daniel C. Carroll (06867)
                                        Carroll & Ferguson
                                        9438 Woodsboro Pike
                                        Walkersville, Maryland 21793
                                        (301)845-0470
                                        danc@carrollandferguson.com

CERTIFICATE OF SERVICE

I hereby certify that on May28, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the List of Witnesses and Exhibits will be served electronically by the Court's CM/ECF system on the following:

        Electronic Mail Notice List - Parties in the case only

•        Chaitanya Gopal     cgopal@raslg.com

- Stephen A. Metz     smetz@offitkurman.com, MD71@ecfcbis.com;lydia.yale@offitkurman.com
- Courtney L. Morgan     courtney.l.morgan@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Elizabeth Morris     lee@morrissessing.com
- L. Jeanette Rice     Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt     USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig     mac@mbvesq.com, lisa@mbvesq.com;

mahlon@dcbankruptcy.com ; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;
verstandiglaw@recap.email

By: /s/  Daniel C. Carroll (06867)
Daniel C. Carroll
danc@carrollandferguson.com