**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**
*

|  |  |  |
|---|---|---|
| In Re: | * | |
| | | |
| William Marshall Castle | * | Case No. 26-11062 |
| | | Chapter 11 (Subchapter V) |
| Debtor | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**Amended Witness and Exhibit List**

Comes now **Estate of R. Carroll Waltemyer,** by and through its Attorney, Daniel C. Carroll and Carroll & Ferguson pursuant to Section V of this Protocol for In Person Hearings Before the Honorable Lori S. Simpson, and offers this witness and exhibit list for the hearing on confirmation of the Debtor's plan of reorganization to occur on June 1, 2026:

**Witnesses**

1.     Patricia Mills

2.     Any witnesses designated by any other party in interest, without regard to the scope of examination elicited from the designating party.

**Exhibits**

**Objector's Exhibit 1     Photos of Property, including additional photographs in Debtor's Exhibit 1**

**Objector's Exhibit 2     Copy of Recorded Refinance Deed of Trust**

Respectfully submitted,
/S/ Daniel C. Carroll_____
Daniel C. Carroll (06867)
Carroll & Ferguson
9438 Woodsboro Pike
Walkersville, Maryland 21793
(301)845-0470
danc@carrollandferguson.com

CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the List of Witnesses and Exhibits will be served electronically by the Court's CM/ECF system on the following:

Electronic Mail Notice List - Parties in the case only

•     Chaitanya Gopal     cgopal@raslg.com

- Stephen A. Metz     smetz@offitkurman.com, MD71@ecfcbis.com;lydia.yale@offitkurman.com
- Courtney L. Morgan     courtney.l.morgan@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Elizabeth Morris     lee@morrissessing.com
- L. Jeanette Rice     Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt     USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig     mac@mbvesq.com,  lisa@mbvesq.com;

mahlon@dcbankruptcy.com ; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com; verstandiglaw@recap.email

By: /s/  Daniel C. Carroll (06867)
Daniel C. Carroll
danc@carrollandferguson.com