_____RETAIN

_____

**Lori S. Simpson , U. S. BANKRUPTCY JUDGE**        Evidentiary Hrg: Y N
                                                    Exhibits Filed: Y N

PROCEEDING MEMO – CHAPTER 11

Date: 06/01/2026 Time: 10:00

**CASE: 26–11062 William Marshall Castle**

Maurice Belmont VerStandig representing William Marshall Castle (Debtor)

representing Stephen A. Metz (Trustee)

Courtney L. Morgan and L. Jeanette Rice representing US Trustee – Greenbelt (U.S. Trustee)

Courtney L. Morgan representing U.S. Trustee (U.S. Trustee)

[52] Chapter 11 Plan Small Business Subchapter V Filed by William Marshall Castle. (Attachments: #s2 Exhibit B – Class 2 Payment and Amortization Schedule)

**MOVANT** : William Castle BY M VerStandig

[74] Objection on behalf of Estate of R. Carroll Waltemyer Filed by Daniel Charles Carroll (related document(s) 3 Exhibit ZillowScreenShot)

**MOVANT** : Estate of R. Carroll Waltemyer BY E Morris D Carroll

[75] Line *Attaching Projections* on behalf of William Marshall Castle Filed by Maurice Belmont VerStandig (related document(s) 1 Projections)

**MOVANT** : William Castle BY M VerStandig

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved_____Denied Approval_____Deadline to file Amended D/S_____

Other_____

Confirmed 52____as modified by _____

Denied Confirmation_____with leave to amend by_____

Other_____

DISPOSITIONS:

Granted_____Denied_____Withdrawn_____Consent_____Default____Under Adv.____

Moot_____Dismissed_____Relief by Operation of Law (no order req.)_____

Continued to: _____

DECISION:

[ ] Signed by Court            [ ] Filed by Counsel
[ ] To be prepared by:
     [ ] Movant's counsel        [ ] Court
     [ ] Respondent's counsel    [ ] Other _____

NOTES: Plan confirmed as a consensual plan.  D put terms of agreement with Creditor Estate and UST on the record. Plan meets requirements of 1129.  D to upload order.