United States Bankruptcy Court

District of Maryland

In re:                                                                                           Case No. 26-11062-LSS

William Marshall Castle                                                                          Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                          User: admin                                        Page 1 of 3

Date Rcvd: Aug 04, 2026                       Form ID: pdfall                                     Total Noticed: 45

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | William Marshall Castle, 200 Braeburn Drive, Walkersville, MD 21793-8110 |
| 33154170 | + | Amanda Driscole, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154173 | + | Brennan Baxter Ferguson, Esq., Brock & Scott PLLC, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154180 | + | Comptroller of Maryland, Revenue Administration Division, PO Box 549, Annapolis, MD 21404-0549 |
| 33193729 | + | Estate of R. Carroll Waltemyer, c/o Elizabeth L. Morris, 12850 Middlebrook Rd, Ste 308, Germantown Md 20874-5244 |
| 33259000 | + | Estate of R. Carroll Waltemyer, c/o Carroll & Ferguson, Daniel C. Carroll, 9438 Woodsboro Pike, Walkersville, Md 21793-9160 |
| 33154181 | + | Estate of R. Carroll Waltemyer, Attn: Bonnie B. Potter, Personal Represe, c/o Mary Ann Ferguson, 9438 Woodsboro Pike, Walkersville, MD 21793-9160 |
| 33219556 | + | Estate of R. Carroll Waltlemyer, C/O Mary Ann Ferguson, Carroll & Ferguson, 9438 Woodsboro Pike, Walkersville, Maryland 21793-9160 |
| 33154183 | + | Jeremy Wilkins, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154184 | + | John C. Hanrahan, Esq., Brock & Scott, PLLC, 7520 Standish Place Suite 265, Derwood, MD 20855-2858 |
| 33154187 | + | M. Delawter Esquire, LLC, d/b/a DLaw, 110 Thomas Johnson Drive Suite 160, Frederick, MD 21702-4948 |
| 33154190 | + | Paul Heinmuller, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154191 | + | Robert Oliveri, 5431 Oleander Drive, Wilmington, NC 28403-5847 |
| 33154192 | + | Schlossberg & Associates, P.A., d/b/a Schlossberg Mastro, 18421 Henson Blvd. Suite 200, Hagerstown, MD 21742-1389 |
| 33215742 | | Towd Point Mortgage Trust 2015-2, U.S. Bank, National Association as Indenture, Trustee - Select Portfolio Servicing,, Inc. P.O. Box 65250 Salt Lake, City, UT 84165-0250 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 04 2026 19:58:00 | Towd Point Mortgage Trust 2015-2, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 33198452 | | Email/Text: bankruptcy@bhg-inc.com | Aug 04 2026 19:57:00 | Bankers Healthcare Group, LLC, 201 Solar Street, Syracuse, NY 13204 |
| 33154172 | | Email/PDF: MarletteBKNotifications@resurgent.com | Aug 04 2026 20:08:32 | Best Egg, Attn: Bankrupcty, PO Box 42912, Philadelphia, PA 19101-2912 |
| 33154171 | | Email/PDF: MarletteBKNotifications@resurgent.com | Aug 04 2026 20:08:31 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 33154175 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 04 2026 20:08:31 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 33154174 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 04 2026 20:08:31 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 33182341 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 04 2026 20:08:34 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 33154176 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 04 2026 20:08:30 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 33154177 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 04 2026 20:08:30 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |

District/off: 0416-0 | User: admin | Page 2 of 3

Date Rcvd: Aug 04, 2026 | Form ID: pdfall | Total Noticed: 45

| 33154178 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 04 2026 19:58:00 | ComenityCapital/Boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 33154179 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 04 2026 19:58:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 183003, Columbus, OH 43218-3003 |
| 33154182 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 04 2026 19:58:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 33186642 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 04 2026 19:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 33154185 | + Email/Text: Documentfiling@lciinc.com | Aug 04 2026 19:58:00 | Lending Club, 595 Market St, San Francisco, CA 94105-5839 |
| 33154186 | + Email/Text: Documentfiling@lciinc.com | Aug 04 2026 19:58:00 | Lending Club, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-5839 |
| 33154189 | + Email/Text: ext_ebn_inbox@navyfederal.org | Aug 04 2026 19:59:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22116-3000 |
| 33202285 | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 04 2026 19:59:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 33154188 | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 04 2026 19:59:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 33187308 | Email/Text: bnc-quantum@quantum3group.com | Aug 04 2026 19:59:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 33220665 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2026 20:08:40 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 33154193 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 04 2026 19:59:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 33154194 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 04 2026 19:59:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 33222631 | + Email/PDF: ebn_ais@aisinfo.com | Aug 04 2026 20:08:32 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 33154195 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 04 2026 20:08:36 | Synchrony Bank/Sams, PO Box 71727, Philadelphia, PA 19176-1727 |
| 33154196 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 04 2026 20:08:30 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 33154198 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 04 2026 20:08:42 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 33154197 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 04 2026 20:08:36 | Synchrony Bank/Sams Club, PO Box 71727, Philadelphia, PA 19176-1727 |
| 33222037 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 04 2026 19:59:00 | TOWD POINT MORTGAGE TRUST 2015-2, c/o, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 33158908 | + Email/Text: RASEBN@raslg.com | Aug 04 2026 19:58:00 | Towd Point Mortgage Trust 2015-2, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 33217217 | + Email/PDF: ebn_ais@aisinfo.com | Aug 04 2026 20:08:32 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

District/off: 0416-0 | User: admin | Page 3 of 3
Date Rcvd: Aug 04, 2026 | Form ID: pdfall | Total Noticed: 45

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Towd Point Mortgage Trust 2015-2, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 33158909 | *+ | Towd Point Mortgage Trust 2015-2, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chaitanya Gopal | cgopal@raslg.com |
| Courtney L. Morgan | courtney.l.morgan@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Daniel Charles Carroll | danc@carrollandferguson.com |
| Elizabeth Morris | lee@morrissessing.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com  lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Stephen A. Metz | smetz@offitkurman.com  MD71@ecfcbis.com,lydia.yale@offitkurman.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 8

Entered: August 4th, 2026
Signed: July 31st, 2026

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

In re                           Case No. 26-11062-LSS

William Castle                Chapter 11

       Debtor.

_____/

**ORDER CONSENSUALLY CONFIRMING**
**PLAN OF REORGANIZATION UNDER 11 U.S.C. § 1191(a)**

Upon consideration of the Debtor's Subchapter V Plan of Reorganization (the "Plan"), DE #52, filed on behalf of William Castle ("Mr. Castle" or the "Debtor"). the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

FOUND, that the Plan designates classes of claims in a manner compliant with the dictates of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

FOUND, that the Plan specifies the treatment of each class of claims that is impaired thereunder; and it is further

FOUND, that the Plan provides for the same treatment for each claim or interest of each particular class; and it is further

1

FOUND, that the Plan provides adequate means for the Plan's implementation, including—but not limited to—through the application of the Debtor's fixed income streams to the payment of the claims of creditors; and it is further

FOUND, that the Debtor is a natural person, not a corporation; and it is further

FOUND, that the Debtor does not owe any child support or alimony obligations, nor is the Debtor obligated under the provisions of any marital separation agreement; and it is further

FOUND, that the Plan complies with the applicable provisions of the Bankruptcy Code; and it is further

FOUND, that the Debtor has complied—and does continue to comply—with the applicable provisions of the Bankruptcy Code; and it is further

FOUND, that the Plan has been proposed in good faith and not by any means forbidden by law; and it is further

FOUND, that any payment to be made by the Debtor, for services or for costs and expenses in or in connection with this case—or in connection with the Plan and incident to the case—is subject to the approval of this Honorable Court; and it is further

FOUND, that no government regulatory commission has jurisdiction over the rates of the Debtor; and it is further

FOUND, that each impaired class of claims or interests, under the Plan, has accepted the Plan; and it is further

FOUND, that the Plan provides for the payment—in full—of claims arising under Section 507(a)(2) of the Bankruptcy Code; and it is further

FOUND, that this was not an involuntarily filed case and, as such, there do not exist any claims under Section 507(a)(3) of the Bankruptcy Code; and it is further

FOUND, that there do not exist any claims under Section 507(a)(1) of the Bankruptcy Code; and it is further

FOUND, that there do not exist herein any allowed unsecured claims correlative to wages, salaries, commissions, or sales commissions, within the ambit of Section 507(a)(4) of the Bankruptcy Code; and it is further

FOUND, that there do not exist herein any allowed unsecured claims for contribution to an employee benefit plan; and it is further

FOUND, that the Debtor is not—and has not been—in the business of raising grain or acting as a fisherman or fishery; and it is further

FOUND, that there do not exist herein any allowed claims correlative to deposits within the ambit of Section 507(a)(7) of the Bankruptcy Code; and it is further

FOUND, that there have not been filed any claims, in this case, within the ambit of Section 507(a)(8) of the Bankruptcy Code; and it is further

FOUND, that at least one impaired class of claims has accepted the Plan; and it is further

FOUND, that the Plan is one not reasonably likely to be followed by a need for further reorganization; and it is further

FOUND, that all fees due and owing, by the Debtor, under section 1930 of title 28 of the United States Code have either been paid or, pursuant to the provisions of the Plan, are to be paid not later than the effective date of the Plan; and it is further

FOUND, that the Debtor neither owes nor pays retiree benefits; and it is further

FOUND, that the transfer of property under the Plan is therein provided to be made in accordance with governing nonbankruptcy law as expressly modified by title 11 of the United States Code; and it is further

3

ORDERED, that the treatment of Class 2, in Article 4 of the Plan, be, and hereby is, STRICKEN, and replaced with the following language: "Class 2 consists of the secured claim of the Estate of R. Carroll Waltemyer. Until the earlier of (i) the death of Mr. Castle; or (ii) the date on which Mr. Castle causes to be sold the real property commonly known as 200 Braeburn Drive, Walkersville, Maryland 21793 (the "Property"), this class shall be paid in accord with the amortization schedule attached hereto as Exhibit B. Mr. Castle may not sell the Property (directly or through any fiduciary), during his natural life, absent either (i) such sale being in a sum sufficient to pay the Class 2 claim in full; or (ii) the consent of the Class 2 claimholder. Upon the death of Mr. Castle, the Property shall be sold and, after retirement of any liens senior to that of the Class 2 claimholder, all proceeds thereof—up to the allowed then-outstanding sum of the Class 2 claim—shall be paid to the Class 2 claimholder. The claim of this class shall accrue simple interest at the rate of eight percent (8%) per annum, from the petition date. The Class 2 claimant shall retain a lien on the Property, in accord with the provisions of the security instrument recorded in the land records pre-petition, except any provision of said instrument referencing a payment schedule different from that set forth herein, or referencing a maturity date different than that established herein, or relying on terms of a promissory note— or other debt instrument—making similar reference, shall be null and void. To the extent (i) the filing of this bankruptcy case; (ii) any pre-petition action of the Debtor; or (iii) any provision of this Plan would cause the security interest of the Class 2 claimant to create a default, to allow for acceleration of indebtedness, or to otherwise interfere with the language and intent of this Plan, the same shall be similarly null and void. For the avoidance of ambiguity, the Class 2 claim shall only retain a lien on the Property to

4

the extent of the allowed Class 2 claim, less payments made during the life of this Plan." and it is further

ORDERED, that at the close of Article 7 of the Plan, the following sentence shall be added: "Mr. Castle shall cause his monthly SSA Payments, military pension, commercial airline pension, and rental income to all be deposited into a singular depository institution account, which shall be the same account from which Mr. Castle monthly makes payments to the holder of the Class 1 claims." and it is further

ORDERED, that subject to the amendments and alterations set forth herein, the Plan be, and hereby is, CONFIRMED; and it is further

ORDERED, that pursuant to the provisions of Local Rule 3022-1(a)(1), the Debtor shall file a notice of substantial consummation within fourteen (14) days of such occurrence; and it is further

ORDERED, that pursuant to the provisions of Local Rule 3022-1(a)(2), the Debtor shall file post-confirmation progress reports not later than six months after the date of entry of this order and every six months thereafter until such a time as a final decree is filed; and it is further

ORDERED, that the Debtor shall file and serve a notice of the effective date of the Plan, with such service to be on all parties in interest.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
THE BELMONT FIRM
1050 Connecticut Avenue NW, Suite 500
Washington, DC 20036

5

Phone: (301) 444-4600
E-mail: mac@dcbankruptcy.com
*Counsel for the Debtor*


Seen and Agreed:


Copies:

All Counsel of Record

6