**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

**In RE:**

WILLIAM MARSHALL CASTLE

**Debtor(s)**

**Chapter:** 11

**Claim Number:** 9

**Case Number:** 26-11062

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor, **Verizon by AIS InfoSource LP as agent**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only ☑ Payment only ☐ Notice & Payment

**PAYMENT ADDRESS**

FROM:

Verizon by AIS InfoSource LP as agent
PO Box 4457
Houston, TX 77210-4457

TO:

Verizon by AIS InfoSource LP as agent
PO Box 661380
Dallas,TX 75266-1380

Date: 08/21/2026

/s/ Jordan O'Neal

Creditor's Authorized Agent for Verizon by AIS InfoSource LP as agent