**Exhibit A**

| Offit Kurman, P.A. | | | | | |
|---|---|---|---|---|---|
| Client Matter Time Details | | | | | |
| William Castle (Case No.: 26-11062-LSS) | | | | | |
| **Date** | **Timekeeper** | **Billed Hours** | **Rate** | **Billed Amount** | **Narrative** |
| 2/4/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Review docket and prepare Verified Statement |
| 2/4/2026 | Metz, Stephen A. | 0.4 | $ 660.00 | $264.00 | Call with Courtney Morgan re: case background |
| 2/4/2026 | Metz, Stephen A. | 0.3 | $ 660.00 | $198.00 | Call with Verstandig re: case background |
| 2/4/2026 | Metz, Stephen A. | 0.1 | $ 660.00 | $66.00 | Review email from UST re: guardian motion |
| 2/4/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Review medical reports |
| 2/5/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Review UST's Limited Objection to Guardian motion |
| 2/5/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Review filings in preparation of 2/6 hearing |
| 2/6/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Review Debtor's Exhibit/Witness List prior to hearing |
| 2/6/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Attend initial hearing on Guardian motion (granted on interim basis) |
| 2/6/2026 | Metz, Stephen A. | 0.1 | $ 660.00 | $66.00 | Email Bibha re: scheduling of IDI |
| 2/6/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Emails with Bibha re: IDI scheduling (.1) and call with VerStandig re: same (.1) |
| 2/11/2026 | Metz, Stephen A. | 0.1 | $ 660.00 | $66.00 | Review email from Morgan re: requested information concerning property and re: DIP account issues |
| 2/11/2026 | Metz, Stephen A. | 0.1 | $ 660.00 | $66.00 | Review UST’s Line re: no further objects to Guardian motion |
| 2/26/2026 | Metz, Stephen A. | 0.1 | $ 660.00 | $66.00 | Review and respond to emails re: rescheduling of IDI |
| 2/26/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Review 2024 tax return |
| 3/2/2026 | Metz, Stephen A. | 0.8 | $ 660.00 | $528.00 | Attend IDI |
| 3/9/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Review UST's objections to app to employ and bank account motion |
| 3/10/2026 | Metz, Stephen A. | 0.3 | $ 660.00 | $198.00 | Review Plan and attachments |
| 3/10/2026 | Metz, Stephen A. | 1.2 | $ 660.00 | $792.00 | Attend 341 |
| 3/12/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Review Debtor's Reply re: DIP Account motion |
| 3/12/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Review Order Directing Meet and Confer and Entry of Appearance for Waltemyer estate |
| 3/18/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Review Initial Scheduling Order |
| 4/2/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Call with VerStandig re: motion re: DIP account |
| 4/6/2026 | Metz, Stephen A. | 0.5 | $ 660.00 | $330.00 | Call with Morgan re: DIP account and other administrative matters |
| 4/6/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Call with VerStandig re: payments for Sub V trustee fees |
| 4/7/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Review Status Report re: meet and confer re: DIP Account motion |
| 4/9/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Two calls with VerStandig re: Sub V fees |
| 4/9/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Attend Status Hearing |
| 4/13/2026 | Metz, Stephen A. | 0.5 | $ 660.00 | $330.00 | Call with Courtney Morgan re: concerns with plan |
| 4/13/2026 | Metz, Stephen A. | 0.1 | $ 660.00 | $66.00 | Review IRS POC |
| 4/21/2026 | Metz, Stephen A. | 0.1 | $ 660.00 | $66.00 | Review Scheduling Order for Confirmation |
| 4/21/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Review and respond to VerStandig re: scheduling call with Morgan to discuss Plan |
| 4/15/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Emails re: scheduling time to discuss plan |
| 4/22/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Review and respond to creditor’s counsel re: potential plan objection |
| 4/27/2026 | Metz, Stephen A. | 0.5 | $ 660.00 | $330.00 | Call with VerStandig and Morgan re: Plan issues |

**Exhibit A**

| Offit Kurman, P.A. | | | | | |
|---|---|---|---|---|---|
| Client Matter Time Details | | | | | |
| William Castle (Case No.: 26-11062-LSS) | | | | | |
| **Date** | **Timekeeper** | **Billed Hours** | **Rate** | **Billed Amount** | **Narrative** |
| 4/27/2026 | Metz, Stephen A. | 0.4 | $ 660.00 | $264.00 | Call with Waltemyer's counsel re: possible resolution |
| 4/27/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Call with Schlossberg re: call with Dan Carroll |
| 4/30/2026 | Metz, Stephen A. | 0.3 | $ 660.00 | $198.00 | Call with Morgan re: cash flow and Waltemyer issues |
| 5/11/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Review projections |
| 5/29/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Review photos/exhibits for confirmation hearing |
| 5/29/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Email court re: inquiry concerning in-person vs. virtual hearing and call with VerStandig re: same |
| 5/29/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Review Waltemyer exhibits |
| 5/31/2026 | Metz, Stephen A. | 1 | $ 660.00 | $660.00 | Prepare for confirmation hearing |
| 5/31/2026 | Metz, Stephen A. | 0.3 | $ 660.00 | $198.00 | Email parties re: possible resolution in line with prior discussions re: same |
| 5/31/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Call with VerStandig re: possible resolution |
| 5/31/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Call with Carroll re: possible resolution (and join VerStandig) |
| 5/31/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Call with Carroll and VerStandig re: confirmation settlement |
| 5/31/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Call with Schlossberg re: settlement |
| 6/1/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Attend Confirmation Hearing (Plan confirmed) |
| 7/27/2026 | Metz, Stephen A. | 0.2 | $ 660.00 | $132.00 | Review proposed confirmation order and email counsel re: approval of same |
| 8/4/2026 | Metz, Stephen A. | 0.1 | $ 660.00 | $66.00 | Review entered Confirmation Order |
| | | **13.5** | | **$8,910.00** | |