**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| WILLIAM CASTLE | * | |
| | * | Case No. 26-11062 LSS |
| | * | Chapter 11 (Subchapter V) |
| Debtor. | * | |
| | * | |

* * * * * * * * * * * * *

**NOTICE OF TRUSTEE'S APPLICATION FOR COMPENSATION IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11**

TO CREDITORS AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN THAT Stephen A. Metz, Trustee ("Applicant") has filed in this case his Application for Compensation in a Case under Subchapter V of Chapter 11 (the "Application") for the period from Febuary 4, 2026 to August 4, 2026 ("the Application Period"). The Application may be inspected by an interested party at the office of the Clerk, United States Bankruptcy Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, during normal business hours.

The Applicant seeks approval of his fees totaling $8,910.00 which may be allowed as a chapter 11 administrative claim for the fees incurred in connection with his service as the Trustee in the Debtor's Subchapter V bankruptcy case.

IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING, SPECIFICALLY STATING YOUR OBJECTION AND ALL FACTS AND LAW YOU BELIEVE SUPPORT YOUR OBJECTION. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT **WITHIN 21 DAYS OF THE DATE OF THIS NOTICE** IN ADDITION TO SERVING YOUR RESPONSE ON THE UNDERSIGNED COUNSEL AND TO THE PARTIES ON THE SERVICE LIST. ABSENT A TIMELY OBJECTION, THE COURT MAY TREAT THIS PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED WITH OR WITHOUT A HEARING.

Dated: September 16, 2026

*/s/ Stephen A. Metz*
Stephen Metz, Bar No. 13720
Offit Kurman, P.A.
7501 Wisconsin Avenue, Ste 1000W
Bethesda, MD 20814
Phone: (240) 507-1723
Email: smetz@offitkurman.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of September, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of filing of Application for Compensation in a Case under Subchapter V of Chapter 11 will be served electronically by the Court's CM/ECF system on the following:

- **Daniel Charles Carroll** danc@carrollandferguson.com
- **Chaitanya Gopal** cgopal@raslg.com
- **Stephen A. Metz** smetz@offitkurman.com, MD71@ecfcbis.com
- **Courtney L. Morgan** courtney.l.morgan@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Elizabeth Morris** lee@morrissessing.com
- **L. Jeanette Rice** Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **US Trustee - Greenbelt** USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig** mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

And was served via first class mail, postage prepaid on all parties on the attached mailing matrix.

*/s/ Stephen A. Metz*
Stephen Metz, Esq.

4935-4129-1472, v. 1