**SCHLOSSBERG | MASTRO**
Attorneys at Law
P.O. Box 2067
Hagerstown, MD 21742-2067
(301) 739-8610

September 17, 2026

William M. Castle
200 Braeburn Drive
Walkersville, MD 21793

RE : William Marshall Castle
Bankruptcy No. 26-11062-LSS
In the United States Bankruptcy Court for the District of Maryland

Statement for Professional Services Rendered as Guardian *Ad Litem* to Debtor

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/2/2026 | RS | Preparation for IDI including telephone conference with Mr. Verstandig | 0.80<br>600.00/hr | 480.00 |
| | RS | Attendance at and conduct of IDI with Mr. Metz, Mr. Verstandig and Ms. Adhikari | 0.90<br>600.00/hr | 540.00 |
| 3/3/2026 | RS | Receipt and review of draft Schedules and SOFA from Mr. Verstandig | 0.50<br>600.00/hr | 300.00 |
| | RS | Telephone conference with Mr. Verstandig re: same | 0.20<br>600.00/hr | 120.00 |
| | RS | Telephone conference with Mr. Castle and deep-dive review of all Schedules and SOFA | 0.90<br>600.00/hr | 540.00 |
| | RS | Telephone conference with Mr. Verstandig | 1.50<br>600.00/hr | 900.00 |
| | RS | Telephone conference with Mr. Verstandig re: question on exemptions | 0.20<br>600.00/hr | 120.00 |
| | RS | Receipt, review, execution and transmittal of final Schedules and SOFA | 0.20<br>600.00/hr | 120.00 |
| 3/5/2026 | RS | Telephone conference with Mr. Verstandig re: timeline for and contents of Sub-V Plan | 0.30<br>600.00/hr | 180.00 |
| 3/6/2026 | RS | Receipt and review of email from Mr. Verstandig re: Mr. Castle's bequest in Waltemyer Last Will and Testament | 0.20<br>600.00/hr | 120.00 |
| | RS | Telephone conference with Mr. Verstandig re: same | 0.10<br>600.00/hr | 60.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/6/2026 | RS | Telephone conference with Ric Winters regarding assistance to get Register file on Estate including his insistence that Last Will and Testament does not provide bequest but ultimately agreeing to reach out to Register of Wills ASAP | 0.20<br>600.00/hr | 120.00 |
| | RS | Telephone conference with Mr. Winters explaining that claim is based on Register of Wills overreach | 0.30<br>600.00/hr | 180.00 |
| | RS | Telephone conference with Mr. Verstandig re: same | 0.30<br>600.00/hr | 180.00 |
| 3/10/2026 | RS | Preparation for 341 including review of Schedules and SOFA; telephone conferences (2) with Mr. Verstandig; etc. | 0.50<br>600.00/hr | 300.00 |
| | RS | Attendance at and examination under oath by Ms. Morgan including extraordinary length and scope of same in absence of ANY creditors | 1.30<br>600.00/hr | 780.00 |
| | RS | Post-mortem telephone conference with Mr. Verstandig expressing astonishment and dismay at length and tenor of examination | 0.20<br>600.00/hr | 120.00 |
| 3/11/2026 | RS | Telephone conference with Mr. Verstandig re; UST filing of DIP account objection including decision to further contest UST position | 0.20<br>600.00/hr | 120.00 |
| | RS | Receipt and review of UST Opposition and observation that same cites zero authority and is unpersuasive | 0.50<br>600.00/hr | 300.00 |
| | RS | Receipt and review of draft Reply Memorandum from Mr. Verstandig including annotation of same | 0.40<br>600.00/hr | 240.00 |
| | RS | Telephone conference with Mr. Verstandig re: comments on draft and joint revision of same; receipt and review of Notice of filing of same | 0.30<br>600.00/hr | 180.00 |
| 3/18/2026 | RS | Receipt and review of Scheduling Order entered by Court for Sub-V case | 0.20<br>600.00/hr | 120.00 |
| | RS | Telephone conferences (2) with Mr. Verstandig re: Scheduling Order; appropriate response to Ms. Morgan; role of quiescent secured creditor, etc. | 0.70<br>600.00/hr | 420.00 |
| 3/24/2026 | RS | Telephone conference with Mr .Verstandig re: MOR, response to Ms. Morgan; upcoming Court dates, etc. | 0.20<br>600.00/hr | 120.00 |
| | RS | Telephone conference with Mr. Winters re: update on Sub-V case | 0.20<br>600.00/hr | 120.00 |
| 3/27/2026 | RS | Telephone conference with Mr .Verstandig re: revision of draft MOR re: bank accounts | 0.20<br>600.00/hr | 120.00 |
| | RS | Receipt and review of draft MOR proposed by Mr. Verstandig as previously discussed including observation of inaccuracies as to representations re: DIP accounts and clearance of checks | 0.30<br>600.00/hr | 180.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/27/2026 | RS | Telephone conference with Mr. Verstandig and instructions re: required revision of same | 0.20<br>600.00/hr | 120.00 |
| 3/29/2026 | RS | Receipt and review of revised form of MOR including confirmation that required revisions have been made; execution and return to Mr. Verstandig with request for filing of same | 0.20<br>600.00/hr | 120.00 |
| | RS | Receipt and review of Amended Schedules proposed by counsel as previously discussed and requested; approval of form of same, execution and return to Mr. Verstandig with request that same be filed ASAP | 0.20<br>600.00/hr | 120.00 |
| 4/5/2026 | RS | Telephone conference with Mr. Verstandig including review of need for meet-and-confer with Ms. Morgan; likely inability to bridge gap on DIP accounts, etc. | 0.50<br>600.00/hr | 300.00 |
| 4/6/2026 | RS | Receipt and review of telephone message from Ms. Morgan re: interest in discussion with Guardian Ad Litem re: insurance issues in addition to DIP account issue | 0.10<br>600.00/hr | NO CHARGE |
| | RS | Attempted telephone conference with message to Mr. Verstandig re: today's scheduled "meet and confer" | 0.10<br>600.00/hr | NO CHARGE |
| | RS | Telephone conference with Mr. Verstandig reviewing intended response to US Trustee and prospective negotiations (or not) re: DIP accounts and insurance COIs | 0.40<br>600.00/hr | 240.00 |
| | RS | Telephone conference with Mr. Verstandig re: preparation for Noon conference with Ms. Morgan | 0.30<br>600.00/hr | 180.00 |
| | RS | Telephone conference call with Ms. Morgan to Mr. Verstandig re: DIP accounts and insurance issues including failure to close gap on DIP accounts, but agreeing that Guardian Ad Litem will obtain requested documents from USAA | 0.20<br>600.00/hr | 120.00 |
| | RS | Telephone conference with Mr. Castle re: explanation of "Also Notify" language to be inserted in COIs; encouraging his efforts and communicating same to USAA, but advising that Guardian Ad Litem will step in, if required | 0.20<br>600.00/hr | 120.00 |
| | RS | Telephone conference with Mr. Verstandig re: post-mortem on telephone conference call with Ms. Morgan and update for him on USAA issues | 0.10<br>600.00/hr | 60.00 |
| | RS | Early evening telephone conference with Mr. Castle including recounting of his efforts with USAA and inclusion in telephone conference call with USAA Customer Service Representative ultimately resolving all concerns via earnest negotiations with incredibly helpful Customer Service Representative at USAA | 0.80<br>600.00/hr | 480.00 |
| | RS | Receipt and review of multiple emails from USAA and reconciliation of same | 0.40<br>600.00/hr | 240.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/9/2026 | RS | Email correspondence to Ms. Morgan forwarding all USAA insurance materials and explaining | 0.30<br>600.00/hr | 180.00 |
| | RS | Telephone conference with Mr. Verstandig re: today's hearing; preparation for same; speculation on possible opposition; payment of Metz sub-V fees | 0.30<br>600.00/hr | 180.00 |
| | RS | Telephone conferences (2) with Mr. Verstandig re: same including review of Debtor's control and custody of security deposits of tenants; etc. | 0.30<br>600.00/hr | 180.00 |
| | RS | Continued preparation for status conference before Judge Simpson including telephone conference with Mr. Castle re: sub-V Trustee compensation | 0.50<br>600.00/hr | 300.00 |
| | RS | Attendance at and participation in Status Conference before Judge Simpson including waiting time preparatory to convening of same | 0.40<br>600.00/hr | 240.00 |
| | RS | Telephone conference post-mortem with Mr. Verstandig reviewing Status Conference; Court's likely ultimate disposition of DIP account issue, etc. | 0.10<br>600.00/hr | 60.00 |
| | RS | Receipt and review of email from Mr. Verstandig forwarding URL for Offit Kurman client portal | 0.10<br>600.00/hr | 60.00 |
| | RS | Preparation of correspondence to Mr. Castle recapping this morning's hearing; reviewing prospects going forward including scheduled Confirmation hearing on 6/1/26; providing intentions and access for payment of sub-V trustee; arranging opportunity for telephone conference call or videoconference tomorrow or Monday | 0.40<br>600.00/hr | 240.00 |
| 4/27/2026 | RS | Telephone conference with sub-V Trustee Metz reviewing his discussion with Mr. Carroll; reviewing also his likely instructions for prosecution of case and long-term prospects for Debtor and Plan | 0.30<br>600.00/hr | 180.00 |
| | RS | Telephone conference with Mr. Verstandig re: Mr. Metz's comments; continuing futile dialogue with Ms. Morgan; etc. | 0.30<br>600.00/hr | 180.00 |
| 4/28/2026 | RS | Telephone conference with Mr. Verstandig reviewing case and negotiation developments; etc. | 0.40<br>600.00/hr | 240.00 |
| 4/30/2026 | RS | Telephone conference with Mr. Verstandig re: UST continuing objection including apparent inability to let go of DIP non-issue; etc.; but also reviewing suggestion that mortgage payment provision should perhaps be adjusted to utilize same account for disbursement as that to which pensions are payable | 0.20<br>600.00/hr | 120.00 |
| 5/2/2026 | RS | Telephone conference with Mr. Verstandig re: status of Plan; confirmation hearing, etc. | 0.20<br>600.00/hr | 120.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/2/2026 | RS | Receipt and review of email from Mr. Verstandig re: obtaining of additional documents requested by Ms. Morgan, etc.; receipt and review of email exchange between Mr. Verstandig and ACNB re: bank statements | 0.30<br>600.00/hr | 180.00 |
| 5/7/2026 | RS | Receipt and review of email correspondence from Mr. Castle forwarding draft 2025 tax returns | 0.20<br>600.00/hr | 120.00 |
| 5/10/2026 | RS | Receipt and review of email correspondence between Mr. Verstandig and Mr. Pika at UST | 0.20<br>600.00/hr | 120.00 |
| 5/11/2026 | RS | Receipt and review of email correspondence from Mr. Carroll posturing for his client | 0.20<br>600.00/hr | 120.00 |
| | RS | Telephone conference with Mr. Verstandig re: same | 0.20<br>600.00/hr | 120.00 |
| | RS | Telephone conference and email exchange with Mr. Verstandig re: MORs; response to Ms. Morgan; cash flow projections, etc.; including variance demonstrated in cash flow | 0.50<br>600.00/hr | 300.00 |
| 5/12/2026 | RS | Receipt and review of email correspondence from Mr. Carroll exploring his forthcoming objection to Confirmation of Sub-V Plan | 0.20<br>600.00/hr | 120.00 |
| 5/13/2026 | RS | Receipt and review of Objection filed by Mr. Carroll on behalf of Waltemyer Estate including observation of serious evidentiary obstacles to same | 0.40<br>600.00/hr | 240.00 |
| | RS | Attempted telephone conference with message to Mr. Verstandig re: same | 0.10<br>600.00/hr | NO CHARGE |
| 5/14/2026 | RS | Attempted telephone conference with message to Mr. Castle | 0.10<br>600.00/hr | NO CHARGE |
| | RS | Telephone conference with Mr. Castle reviewing intention for personal conference with Mr. Castle on Monday with Mr. Verstandig at residence; reviewing schedule for surgery, etc. | 0.20<br>600.00/hr | 120.00 |
| | RS | Multiple attempted telephone conferences with messages (3) to Mr. Verstandig | 0.10<br>600.00/hr | NO CHARGE |
| | RS | Telephone conference with Mr .Verstandig re: Monday personal conference with Mr. Castle on-site at home; reviewing Opposition to Sub-V Plan; use of Zillow as expert; etc. | 0.20<br>600.00/hr | 120.00 |
| 5/15/2026 | RS | Telephone conference with Mr. Castle confirming arrangements for Monday meeting at 10:00 a.m. in Frederick at his home with Mr. Verstandig | 0.20<br>600.00/hr | 120.00 |
| 5/18/2026 | RS | Travel from Hagerstown to Woodsboro, Maryland including telephone conferences with Mr. Verstandig en route | 0.90<br>600.00/hr | 540.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/18/2026 | RS | Personal conference with Mr. Castle and Mr. Verstandig including very deep-dive into condition of premises and difficult discussion with client re: realities of case, etc. | 1.60<br>600.00/hr | 960.00 |
| | RS | Post-mortem conference with Mr. Verstandig re: same | 0.40<br>600.00/hr | 240.00 |
| | RS | Return travel to Hagerstown | 0.80<br>600.00/hr | 480.00 |
| 5/19/2026 | RS | Preliminary receipt and review of Plan and Disclosure Statement | 0.40<br>600.00/hr | 240.00 |
| 5/20/2026 | RS | Research re: Frederick County GIS including observation that Mr. Carroll's ardor for local aquifer entirely misplaced in light of public water service supplied to Realty by Town of Walkersville; continued preparation for hearing on Monday | 1.50<br>600.00/hr | 900.00 |
| 5/26/2026 | RS | Attempted telephone conferences (2) with Mr. Verstandig | 0.10<br>600.00/hr | NO CHARGE |
| 5/27/2026 | RS | Telephone conference with Mr. Verstandig re: apparent intentions of Mr. Carroll to offer expert to testimony; prospective attack on ethical grounds; etc.; possible intention to call her as first witness; etc. | 0.40<br>600.00/hr | 240.00 |
| | RS | Receipt and review of email exchange between Mr. Carroll and Mr. Verstandig re: agreement for purported expert to testify via Zoom | 0.20<br>600.00/hr | 120.00 |
| | RS | Email exchange with Mr. Verstandig re: timely filing of Exhibits and Witness List | 0.10<br>600.00/hr | 60.00 |
| 5/28/2026 | RS | Telephone conference with Mr. Castle re: surgery scheduled for today including best wishes for same; including also email exchange with Sean Castle | 0.10<br>600.00/hr | 60.00 |
| | RS | Telephone conference with Mr. Verstandig re: preparation for Monday Confirmation Hearing | 0.20<br>600.00/hr | 120.00 |
| | RS | Preparation for Monday hearing including deep-dive into Schedules, MORs, Projections, etc. | 1.80<br>600.00/hr | 1,080.00 |
| | RS | Receipt and review from Mr. Verstandig re: proposed telephone conference with Mr. Carroll | 0.10<br>600.00/hr | 60.00 |
| | RS | Telephone conference with Mr. Verstanding re: continued preparation for Monday hearing | 0.30<br>600.00/hr | 180.00 |
| | RS | Multiple telephone conferences with Mr. Verstandig re: rescheduling Monday trial as virtual; reviewing communications with Mr. Carroll; review of challenges available as to likely witnesses of Ms. Potter | 0.30<br>600.00/hr | 180.00 |
| | RS | Continued preparation for Monday confirmation hearing | 1.10<br>600.00/hr | 660.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/30/2026 | RS | Telephone conference with Mr. Verstandig re: planning for tomorrow's trial preparation including review of Mr. Verstandig's enlightening telephone conference with Mr. Carroll re: his view of case | 0.20<br>600.00/hr | 120.00 |
| 5/31/2026 | RS | Preparation for hearing including case file review refreshing recollection re: background; SDAT and realtor sites; review of Frederick County GIS | 2.40<br>600.00/hr | 1,440.00 |
| | RS | Telephone conference with Mr. Verstandig reviewing findings re: realty in both Water Sewer Area (Walkersville town system) and Sewer Service Area (County system); numerous other aspects of contemplated presentation on handling of Potter's expert; etc. | 1.10<br>600.00/hr | 660.00 |
| | RS | Attempted telephone conference with message to Sean Castle | 0.10<br>600.00/hr | NO CHARGE |
| | RS | Telephone conference with Sean Castle re: need for return visit to property and arrangements for same | 0.20<br>600.00/hr | 120.00 |
| | RS | Travel from Hagerstown to Walkersville | 0.90<br>600.00/hr | 540.00 |
| | RS | Personal conference with Messrs. Castle and joint inspection of premises with Sean Castle with input from Bill Castle | 1.50<br>600.00/hr | 900.00 |
| | RS | Contrast and comparison driving during vehicle travel through community of Realty with neighboring properties throughout subdivision including property mentioned by Mr. Carroll as establishing value baseline -- clearly distinguishable; including telephone conference and email photo exchanges with Mr. Verstandig; telephone conference post-mortem with Mr. Verstandig following conclusion of visit | 0.90<br>600.00/hr | 540.00 |
| | RS | Return travel to Hagerstown | 0.80<br>600.00/hr | 480.00 |
| | RS | Multiple telephone conferences with Mr. Verstandig preparing for tomorrow; including morphing of those discussions into settlement negotiations instigated by Mr. Metz proposing clever resolution to permit Debtor to retain Realty for his natural life subject to payment of re-amortized debt service and with balloon due at his passing; including advice of success and final settlement at 8:55 p.m. | 1.00<br>600.00/hr | 600.00 |
| 6/1/2026 | RS | Telephone conference Sean Castle explaining settlement | 0.20<br>600.00/hr | 120.00 |
| | RS | Preparation for confirmation hearing | 0.10<br>600.00/hr | 60.00 |
| | RS | Attendance at and participation in confirmation hearing before Judge Simpson; including post-mortem telephone conference with Mr.Verstandig | 0.30<br>600.00/hr | 180.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/22/2026 | RS | Receipt and review of response of Mr. Carroll to draft form of Order promising substantive reply | 0.10<br>600.00/hr | 60.00 |
| | RS | Receipt and review of email correspondence from Mr. Carroll re: suggested revision to form of Order proposed by Mr. Verstandig | 0.20<br>600.00/hr | 120.00 |
| 6/29/2026 | RS | Receipt and review of email from Ms. Morgan re: her consent to proposed form of Order | 0.10<br>600.00/hr | 60.00 |
| | Balance Due | | 42.80 | $25,260.00 |