IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| William Marshall Castle | | Bankruptcy No. 26-11062-LSS |
| Debtor | * | (Chapter 11 – Subchapter V) |

* * *

**NOTICE OF FILING OF *REQUEST FOR ALLOWANCE AND PAYMENT AS ADMINISTRATIVE EXPENSE OF COMPENSATION TO GUARDIAN AD LITEM FOR SERVICES RENDERED TO SUBCHAPTER V DEBTOR***

TO ALL PARTIES-IN-INTEREST:

TAKE NOTE that the undersigned has filed a *Request for Allowance and Payment as Administrative Expense of Compensation to Guardian Ad Litem for Services Rendered to Subchapter V Debtor* (the "*Application*") for the sum of $25,260.00. A copy of said *Application* is on file with the Court. Any creditor or other party-in-interest wishing to object to the *Application* may do so by filing a written objection with the United States Bankruptcy for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, and serving a copy on the undersigned, within 21 days of the date of this *Notice*. If an objection is filed, a hearing will be held at a later date.

Respectfully submitted,

SCHLOSSBERG | MASTRO

Dated: September 18, 2026

By: */s/ Roger Schlossberg*

Roger Schlossberg
18421 Henson Boulevard, Suite 201
Hagerstown, MD 21742
Telephone: (301) 739-8610
Attorney for Guardian *Ad Litem*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of September, 2026, I served a copy of the foregoing *Notice of Filing of Request for Allowance and Payment as Administrative Expense of Compensation to Guardian Ad Litem for Services Rendered to Subchapter V Debtor* upon all parties listed on the attached CM/ECF Mail List and on the attached Mailing Matrix which is filed with this Court:

(a) via electronic mail to those individuals included on the *Electronic Mail Notice List* at those email addresses noted thereon; and

(b) via first-class mail, postage prepaid, to those individuals included on the *Manual Notice List* as follows:

Synchrony Bank by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Verizon by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

and to

Maurice Belmont VeStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854

Stphen A. Metz, Trustee
Office Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814

Courtney L. Morgan, Esquire
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

*/s/ Roger Schlossberg*
Roger Schlossberg