# Mailing Information for Case 26-11062

**Electronic Mail Notice List** - Parties in the case only

- **Daniel Charles Carroll** danc@carrollandferguson.com
- **Chaitanya Gopal** cgopal@raslg.com
- **Stephen A. Metz** smetz@offitkurman.com, MD71@ecfcbis.com
- **Stephen A. Metz** smetz@offitkurman.com, mmargulies@offitkurman.com
- **Courtney L. Morgan** courtney.l.morgan@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Elizabeth Morris** lee@morrissessing.com
- **L. Jeanette Rice** Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **US Trustee - Greenbelt** USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig** mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Synchrony Bank by AIS InfoSource LP as agent**
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Verizon by AIS InfoSource LP as agent**
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**List of Creditors and Parties**

Back