# The VerStandig Law Firm, LLC

# INVOICE

9812 Falls Road, #114-160
Potomac, MD 20854

Invoice # 11181
Date: 09/18/2026
Due On: 10/18/2026

William Castle

## 00629-Castle

## Case Administration

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Expense | 02/02/2026 | 1.00 | $954.24 | $954.24 |
| Mailing: Service of order setting first day hearing (via third party commercial mailing vendor - service by overnight mail)<br><br>Printing Subtotal: $16.24<br>- Credits Applied: $0.00<br>= Printing: $16.24<br>+ Postage: $0.00<br>+ Address List Processing: $.00<br>+ ECF Access: $.00<br>+ Miscellaneous: $938.00.00<br>= Total: $ 954.24 | | | | | |
| Maurice VerStandig | Service | 02/02/2026 | 0.20 | $600.00 | $120.00 |
| Review order shortening time and facilitate service thereof | | | | | |
| Maurice VerStandig | Service | 02/02/2026 | 0.10 | $600.00 | $60.00 |
| Call with C. Morgan re nature of case and of debtor's business | | | | | |
| Maurice VerStandig | Service | 02/02/2026 | 0.20 | $600.00 | $120.00 |
| Draft and file suggestions of bankruptcy in state court cases; E-mail same to counsel for debtor in state court litigation | | | | | |
| Maurice VerStandig | Service | 02/04/2026 | 0.80 | $600.00 | $480.00 |
| Call with counsel for US Trustee and R. Schlossberg re first day motions, nature of debtor's affairs and limitations, potential issues opening a DIP account, and forthcoming appointment of a Subchapter V trustee | | | | | |
| Maurice VerStandig | Service | 02/04/2026 | 0.40 | $600.00 | $240.00 |

Draft first day declaration for review of - and execution by - R. Schlossberg

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 02/06/2026 | 0.30 | $600.00 | $180.00 |

Attend first day hearing via Zoom (.3); Call with R. Schlossberg following hearing to discuss next steps (.1 - no charge for unrelated portion of call)

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 02/06/2026 | 0.30 | $600.00 | $180.00 |

Call with R. Schlossberg to prepare for first day hearing (.3); File exhibit/witness list, including first day declaration (n/c)

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 03/01/2026 | 0.30 | $600.00 | $180.00 |

Review e-mail from B. Adhikari, review client records and case filings, and respond to e-mail with discussion of case document status, attaching 2023 tax return and declination of direct contact

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 03/02/2026 | 0.80 | $600.00 | $480.00 |

Attend initial debtor interview

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 03/02/2026 | 2.80 | $600.00 | $1,680.00 |

Draft schedules and SOFA based on review of debtor notes, tax returns and bank statements

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 03/11/2026 | 0.50 | $600.00 | $300.00 |

Review UST opposition to bank account motion (.1) and draft brief in reply thereto (.4)

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 03/29/2026 | 0.20 | $600.00 | $120.00 |

Draft amended Schedule A/B and summary, alongside declaration to accompany same

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 04/05/2026 | 0.10 | $600.00 | $60.00 |

E-mail to C. Morgan following up on request for second meet-and-confer session re bank account motion

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 04/05/2026 | 0.40 | $600.00 | $240.00 |

Draft status report and file same

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 04/08/2026 | 0.10 | $600.00 | $60.00 |

Review IRS notice and contact H. Bernstein to try to ascertain contact info for AUSA generally representing IRS in Maryland matters

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 04/09/2026 | 0.20 | $600.00 | $120.00 |

| | | | | | |
|---|---|---|---|---|---|
| Attend Section 1188 status conference | | | | | |
| Maurice VerStandig | Service | 04/09/2026 | 0.20 | $600.00 | $120.00 |
| Call with R. Schlossberg to prepare for status conference | | | | | |
| Maurice VerStandig | Service | 05/10/2026 | 0.30 | $600.00 | $180.00 |
| Review bank statements for March MOR preparation and load data into spreadsheet; E-mail client's agent for April 15th and April 20th bank statements so MOR can be completed; E-mail to T. Pika and C. Morgan re progress on MOR | | | | | |
| Maurice VerStandig | Service | 05/16/2026 | 0.40 | $600.00 | $240.00 |
| Continue work on MOR, including verification of numbers and redaction of bank statements | | | | | |
| Maurice VerStandig | Service | 05/16/2026 | 0.50 | $600.00 | $300.00 |
| Call with R. Schlossberg re forthcoming visit with client, strategy for confirmation, evidentiary points of emphasis, condition of house, and case status | | | | | |
| Maurice VerStandig | Service | 05/18/2026 | 1.50 | $600.00 | $900.00 |
| Meet with R. Schlossberg and debtor at debtor's home, touring property, discussing case, and assessing nature of home and nature of neighborhood | | | | | |
| Maurice VerStandig | Service | 05/18/2026 | 1.80 | $200.00 | $360.00 |
| Travel to and from debtor's home for in-person meeting (time billed at 1/3 normal rate to account for both travel discount and recognition that unrelated meeting was taken while in area) | | | | | |
| Maurice VerStandig | Service | 08/08/2026 | 0.60 | $600.00 | $360.00 |
| Detailed e-mail to B. Castle addressing plan confirmation, obligations under plan, dates for payments, amounts for payments, and post-confirmation items of which to be aware | | | | | |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice VerStandig | 11.2 | $600.00 | $6,720.00 |
| Maurice VerStandig | 1.8 | $200.00 | $360.00 |
| | | **Subtotal** | **$8,034.24** |

## 00630-Castle

## Plan and Disclosure Statement

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 03/06/2026 | 2.30 | $600.00 | $1,380.00 |
| Draft plan of reorganization, including liquidation analysis (taken from BestCase) and amortization/payment schedule for third lien on debtor's property | | | | | |
| Maurice VerStandig | Service | 03/07/2026 | 0.40 | $600.00 | $240.00 |
| Review, revise and send plan draft to R. Schlossberg | | | | | |
| Maurice VerStandig | Service | 04/27/2026 | 0.50 | $600.00 | $300.00 |
| Call with Subchapter V trustee and counsel for US Trustee re plan and potential concerns | | | | | |
| Maurice VerStandig | Service | 05/10/2026 | 0.10 | $600.00 | $60.00 |
| Draft and file certificate of service for plan and scheduling order | | | | | |
| Maurice VerStandig | Service | 05/27/2026 | 0.80 | $600.00 | $480.00 |
| Draft and file witness and exhibit list for confirmation hearing (including review and curation of photographs from debtor's home) | | | | | |
| Maurice VerStandig | Service | 05/30/2026 | 0.40 | $600.00 | $240.00 |
| Call with counsel for secured creditor re contested confirmation, value of property, and forthcoming hearing | | | | | |
| Maurice VerStandig | Service | 05/30/2026 | 1.80 | $600.00 | $1,080.00 |
| Prepare testimony and exhibit outline for confirmation hearing, including review of exhibits and review of COMAR and statutes for purposes of constructing direct examination of creditor's expert witness | | | | | |
| Maurice VerStandig | Service | 05/30/2026 | 0.60 | $600.00 | $360.00 |
| Pull property comps in preparation for confirmation hearing and take notes on same | | | | | |
| Maurice VerStandig | Service | 06/01/2026 | 0.20 | $600.00 | $120.00 |
| Attend confirmation hearing (virtual) | | | | | |
| Maurice VerStandig | Service | 06/21/2026 | 0.40 | $600.00 | $240.00 |
| Draft proposed confirmation order and e-mail same to counsel who appeared at confirmation hearing | | | | | |
| Maurice VerStandig | Service | 07/26/2026 | 0.20 | $600.00 | $120.00 |
| Review e-mail from counsel for creditor and amend confirmation order accordingly; E-mail revised draft to counsel | | | | | |

for review

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice VerStandig | 7.7 | $600.00 | $4,620.00 |
| | | **Subtotal** | **$4,620.00** |

## 00631-Castle

## Employment and Fee Applications

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 03/09/2026 | 0.10 | $600.00 | $60.00 |

Review US Trustee opposition to employment application

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Maurice VerStandig | 0.1 | $600.00 | $60.00 |
| | | **Subtotal** | **$60.00** |

| | |
|---|---|
| **Total** | **$12,714.24** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 11181 | 10/18/2026 | $12,714.24 | $0.00 | $12,714.24 |
| | | | **Outstanding Balance** | **$12,714.24** |
| | | | **Total Amount Outstanding** | **$12,714.24** |

Please make all amounts payable to: The VerStandig Law Firm, LLC

Please pay within 30 days.