Label Matrix for local noticing
0416-0
Case 26-11062
District of Maryland
Greenbelt
Fri Sep 18 20:06:32 EDT 2026

Synchrony Bank by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Towd Point Mortgage Trust 2015-2
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Rd., Suite 450
Alpharetta, GA 30004-2001

U.S. Trustee
Office of The United States Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770-6305

Verizon by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Amanda Driscole
5431 Oleander Drive
Wilmington, NC 28403-5847

(p)BANKERS HEALTHCARE GROUP LLC
ATTN BANKRUPTCY DEPT
201 SOLAR STREET
SYRACUSE NY 13204-1425

Best Egg
Attn: Bankrupcty
PO Box 42912
Philadelphia, PA 19101-2912

Best Egg
PO Box 42912
Philadelphia, PA 19101-2912

Brennan Baxter Ferguson, Esq.
Brock & Scott PLLC
5431 Oleander Drive
Wilmington, NC 28403-5847

Capital One
AttN: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Capital One, N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Chase Card Services
Attn: Bankruptcy
PO Box 15299
Wilmington, DE 19850-5299

Chase Card Services
PO Box 15369
Wilmington, DE 19850-5369

ComenityCapital/Boscov
Attn: Bankruptcy Dept
PO Box 183003
Columbus, OH 43218-3003

ComenityCapital/Boscov
PO Box 182120
Columbus, OH 43218-2120

Comptroller of Maryland
Revenue Administration Division
PO Box 549
Annapolis, MD 21404-0549

Estate of R. Carroll Waltemyer
Attn: Bonnie B. Potter, Personal Represe
c/o Mary Ann Ferguson
9438 Woodsboro Pike
Walkersville, MD 21793-9160

Estate of R. Carroll Waltemyer
c/o Carroll & Ferguson
Daniel C. Carroll
9438 Woodsboro Pike
Walkersville, Md 21793-9160

Estate of R. Carroll Waltemyer
c/o Elizabeth L. Morris
12850 Middlebrook Rd, Ste 308
Germantown Md 20874-5244

Estate of R. Carroll Waltlemyer
C/O Mary Ann Ferguson
Carroll & Ferguson
9438 Woodsboro Pike
Walkersville, Maryland 21793-9160

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Jeremy Wilkins
5431 Oleander Drive
Wilmington, NC 28403-5847

John C. Hanrahan, Esq.
Brock & Scott, PLLC
7520 Standish Place Suite 265
Derwood, MD 20855-2858

Lending Club
595 Market St
San Francisco, CA 94105-5839

Lending Club
Attn: Bankruptcy
595 Market St Ste 200
San Francisco, CA 94105-5839

M. Delawter Esquire, LLC
d/b/a DLaw
110 Thomas Johnson Drive Suite 160
Frederick, MD 21702-4948

Navy Federal Credit Union
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22116-3000

Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119-3000

Navy Federal Credit Union
PO Box 3700
Merrifield, VA 22119-3700

Paul Heinmuller
5431 Oleander Drive
Wilmington, NC 28403-5847

Quantum3 Group LLC as agent for
Crown Asset Management LLC
PO Box 788
Kirkland, WA 98083-0788

Resurgent Capital Services as servicing agen
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Robert Oliveri
5431 Oleander Drive
Wilmington, NC 28403-5847

Schlossberg & Associates, P.A.
d/b/a Schlossberg Mastro
18421 Henson Blvd. Suite 200
Hagerstown, MD 21742-1389

Select Portfolio Servicing, Inc
10401 Deerwood Park Blvd
Jacksonville, FL 32256-0505

Select Portfolio Servicing, Inc
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165-0250

Synchrony Bank/Sams
Attn: Bankruptcy
PO Box 965065
Orlando, FL 32896-5065

Synchrony Bank/Sams
PO Box 71727
Philadelphia, PA 19176-1727

Synchrony Bank/Sams Club
Attn: Bankruptcy
PO Box 965065
Orlando, FL 32896-5065

Synchrony Bank/Sams Club
PO Box 71727
Philadelphia, PA 19176-1727

TOWD POINT MORTGAGE TRUST 2015-2
c/o
Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Towd Point Mortgage Trust 2015-2
Robertson, Anschutz, Schneid, & Crane PL
13010 Morris Rd., Suite 450
Alpharetta, GA 30004-2001

Towd Point Mortgage Trust 2015-2, U.S. Bank
National Association as Indenture
Trustee - Select Portfolio Servicing,
Inc. P.O. Box 65250 Salt Lake
City, UT 84165-0250

US Trustee - Greenbelt
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

Stephen A. Metz
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814-6604

William Marshall Castle
200 Braeburn Drive
Walkersville, MD 21793-8110

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bankers Healthcare Group, LLC
201 Solar Street
Syracuse, NY 13204

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Estate of R. Carroll Waltemyer

(d)Synchrony Bank
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

(d)Verizon
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 49 |
| Bypassed recipients | 3 |
| Total | 52 |