**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| In re | Case No. 26-11062-LSS |
| William Castle | Chapter 11 |
| Debtor. | |

_______________________________________/

**NOTICE OF FIRST AND FINAL APPLICATION OF THE VERSTANDIG LAW FIRM, LLC FOR PAYMENT OF LEGAL FEES AND REIMBURSEMENT OF EXPENSES**

NOTICE IS HEREBY GIVEN that The VerStandig Law Firm, LLC (the "Applicant'), counsel for the debtor, has filed a first and final application for compensation and reimbursement of expenses (the "Application").

The Application seeks an order approving compensation of $11,760.00 in legal fees, and approving expenses of $954.24. The Applicant asks the combined sum ($12,714.24) be paid under the debtor's confirmed plan of reorganization.

The Application may be inspected by any interested party at the Office of the Clerk, United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

Creditors and other parties in interest objecting to the Application are required to file such objections, with specific reasons therefore, with the Clerk of the United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, Maryland 20770 within twenty-one (21) days from the date of mailing of this Notice. A copy of any objection should be served on the undersigned. If an objection is filed, the Court may act on any such objection with or without a hearing, at its discretion. If no objections are filed, the Court may approve the Application without further notice.

Respectfully submitted,

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
THE VERSTANDIG LAW FIRM LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
E-mail: mac@dcbankruptcy.com
*Counsel for The VerStandig Law Firm, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of September, 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein, including:

- Daniel Charles Carroll danc@carrollandferguson.com
- Chaitanya Gopal cgopal@raslg.com
- Stephen A. Metz smetz@offitkurman.com, MD71@ecfcbis.com;lydia.yale@offitkurman.com
- Courtney L. Morgan courtney.l.morgan@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Elizabeth Morris lee@morrissessing.com
- L. Jeanette Rice Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

I FURTHER CERTIFY that on the 21st day of September, 2026, a copy of this notice is being sent via First Class Mail, postage prepaid, to all parties on the mailing matrix attached hereto as Exhibit B, *except* that no copy is being mailed to undersigned counsel.

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.