Entered: October 15th, 2026

Signed: October 14th, 2026

**SO ORDERED**

No opposition.

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| WILLIAM CASTLE | * | |
| | * | Case No. 26-11062 LSS |
| | * | Chapter 11 (Subchapter V) |
| Debtor. | * | |
| | * | |

* * * * * * * * * * * * *

**ORDER GRANTING APPLICATION FOR COMPENSATION IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11**

Upon consideration of the Application for Compensation in a Case Under Subchapter V of Chapter 11 (the "Application") filed by Stephen A. Metz, Subchapter V Trustee herein, ("Applicant"), seeking an order allowing payment of Trustee's fees as a chapter 11 administrative claim pursuant to § 330 and § 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland, ORDERED:

1. That the Application be and hereby is GRANTED.

2. The Applicant's claim is allowed as a chapter 11 administrative expense claim pursuant to 11 U.S.C. §§ 330(a), 503(a), 503(b)(2), 503(b)(3)(d) and 503(b)(4) in the amount of $8,910.00 for Trustee's fees. Applicant may apply the Deposit of $5,000.00 received from the Debtor during the case to the fees approved herein. Debtor shall pay Applicant the balance of $3,910.00 in accordance with the Plan confirmed in this case.

3. That the Court shall retain jurisdiction over all matters related to this Order.

Cc: Stephen A. Metz, Subchapter V Trustee
Office of the United State Trustee

**END OF ORDER**

4929-2014-1264, v. 1