Entered: October 15th, 2026
Signed: October 14th, 2026

**SO ORDERED**

No opposition.

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| WILLIAM MARSHALL CASTLE | | Bankruptcy No. 26-11062-LSS |
| Debtor | * | (Chapter 7) |

*   *   *

**ORDER GRANTING *REQUEST FOR ALLOWANCE AND PAYMENT AS ADMINISTRATIVE EXPENSE OF COMPENSATION TO GUARDIAN AD LITEM FOR SERVICES RENDERED TO SUBCHAPTER V DEBTOR***

The above captioned matter came before the Court this date upon the *Request for Allowance and Payment as Administrative Expense of Compensation to Guardian Ad Litem for Services Rendered to Subchapter V Debtor* (the "*Application*") filed by Roger Schlossberg, the Guardian *Ad Litem* heretofore appointed and serving on behalf of the Debtor herein. Upon careful consideration of the *Application* as well as any opposition or other response interposed in reply thereto together with any evidence admitted at any hearing conducted with respect thereto, and it appearing that the relief prayed therein should be granted and the compensation sought to be paid for the services of said fiduciary is fair and reasonable and an actual and necessary cost and expense of preservation of the bankruptcy estate within the contemplation of 11 U.S.C. § 503 (b), it is therefore by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the *Application* be, and the same hereby is APPROVED; and it is further

ORDERED that compensation to Roger Schlossberg be, and the same hereby is, ALLOWED as an administrative expense in the sum total of $25,260.00 for his services rendered in these proceedings as *Guardian Ad Litem* for the Debtor.

**END OF ORDER**

cc: Roger Schlossberg, Guardian *Ad Litem*
Maurice Belmont VerStandig, Esquire
Stephen A. Metz, Subchapter V Trustee
Office of the U.S. Trustee