United States Bankruptcy Court
District of Maryland

In re: William Marshall Castle
Debtor

Case No. 26-11062-LSS
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0416-0 | User: admin | Page 1 of 2
Date Rcvd: Oct 29, 2026 | Form ID: pdfall | Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| 33154192 | + | Schlossberg & Associates, P.A., d/b/a Schlossberg Mastro, 18421 Henson Blvd. Suite 200, Hagerstown, MD 21742-1389 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Oct 29 2026 17:11:00 | U.S. Trustee - Greenbelt, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Chaitanya Gopal | cgopal@raslg.com |
| Courtney L. Morgan | courtney.l.morgan@usdoj.gov USTPRegion04.GB.ECF@USDOJ.GOV |
| Daniel Charles Carroll | danc@carrollandferguson.com |
| Elizabeth Morris | |

| | |
|---|---|
| | lee@morrissessing.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Stephen A. Metz | smetz@offitkurman.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 8

Entered: October 15th, 2026

Signed: October 14th, 2026

**SO ORDERED**

No opposition.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

Lori Simpson

**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| WILLIAM MARSHALL CASTLE | | Bankruptcy No. 26-11062-LSS |
| Debtor | * | (Chapter 7) |

* * *

**ORDER GRANTING *REQUEST FOR ALLOWANCE AND PAYMENT AS ADMINISTRATIVE EXPENSE OF COMPENSATION TO GUARDIAN AD LITEM FOR SERVICES RENDERED TO SUBCHAPTER V DEBTOR***

The above captioned matter came before the Court this date upon the *Request for Allowance and Payment as Administrative Expense of Compensation to Guardian Ad Litem for Services Rendered to Subchapter V Debtor* (the "*Application*") filed by Roger Schlossberg, the Guardian *Ad Litem* heretofore appointed and serving on behalf of the Debtor herein. Upon careful consideration of the *Application* as well as any opposition or other response interposed in reply thereto together with any evidence admitted at any hearing conducted with respect thereto, and it appearing that the relief prayed therein should be granted and the compensation sought to be paid for the services of said fiduciary is fair and reasonable and an actual and necessary cost and expense of preservation of the bankruptcy estate within the contemplation of 11 U.S.C. § 503 (b), it is therefore by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the *Application* be, and the same hereby is APPROVED; and it is further

ORDERED that compensation to Roger Schlossberg be, and the same hereby is, ALLOWED as an administrative expense in the sum total of $25,260.00 for his services rendered in these proceedings as *Guardian Ad Litem* for the Debtor.

**END OF ORDER**

cc: Roger Schlossberg, Guardian *Ad Litem*
Maurice Belmont VerStandig, Esquire
Stephen A. Metz, Subchapter V Trustee
Office of the U.S. Trustee